GLENN C. COLTON (GC-2493)
WILSON SONSINI GOODRICH & ROSATI
PROFESSIONAL CORPORATION
12 East 49th Street
New York, NY 10017
Telephone: (212) 999-5800
Facsimile: (212) 999-5899

*Attorneys for Defendant
Gary Alan Tanaka*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ALBERTO WILLIAM VILAR, a/k/a "Albert Vilar," and GARY ALAN TANAKA,<br><br>Defendants. | S1 05 Cr. 621 (KMK)<br><br>ECF CASE<br><br>**NOTICE OF APPEARANCE** |

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for Defendant **Gary Alan Tanaka.**

I certify that I am admitted to practice in this Court.

Date: July 29, 2005

/s/ Glenn C. Colton
Glenn C. Colton (GC-2493)
WILSON SONSINI GOODRICH & ROSATI
PROFESSIONAL CORPORATION
12 East 49th Street
New York, NY 10017
Telephone: (212) 999-5800
Facsimile: (212) 999-5899

C:\NrPortbl\PALIB1\PXM\2698363_1.DOC (705)