UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x

UNITED STATES OF AMERICA,

　　　　　　Plaintiff,

　　　v.

ALBERTO WILLIAM VILAR, a/k/a "Albert Vilar,"
and GARY ALAN TANAKA,

　　　　　　Defendants.

---------------------------------------------------------x

S1 05 Cr. 621 (KMK)

ECF CASE

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

　　Please enter our appearance as counsel in this case for Defendant GARY ALAN TANAKA.

　　We certify that we are admitted to practice in this Court.

Dated:　August 4, 2005
　　　　New York, New York

　　　　　　　　　　　　　　　　　　s/ Steven G. Kobre
　　　　　　　　　　　　　　　Steven G. Kobre (SK-6310)
　　　　　　　　　　　　　　　Kobre & Kim LLP
　　　　　　　　　　　　　　　800 Third Avenue
　　　　　　　　　　　　　　　New York, New York 10022
　　　　　　　　　　　　　　　Tel.: (212) 488-1202
　　　　　　　　　　　　　　　Fax: (212) 488-1222


　　　　　　　　　　　　　　　Justin M. Sher (JS-8379)
　　　　　　　　　　　　　　　Kobre & Kim LLP
　　　　　　　　　　　　　　　800 Third Avenue
　　　　　　　　　　　　　　　New York, New York 10022
　　　　　　　　　　　　　　　Tel.: (212) 488-1234
　　　　　　　　　　　　　　　Fax: (212) 488-1220