Glenn C. Colton (GC-2493)
Jessica L. Margolis (JM-7786)
WILSON SONSINI GOODRICH & ROSATI
PROFESSIONAL CORPORATION
12 E. 49th Street, 30th Floor
New York, New York  10017

*Attorneys for Defendant*
*Gary Alan Tanaka*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | S1 05 Cr. 621 (KMK) |
| - against - | ECF CASE |
| ALBERTO WILLIAM VILAR, a/k/a "Albert Vilar," and GARY ALAN TANAKA | **NOTICE OF APPEARANCE** |
| Defendants. | |

To the Clerk of this Court and all parties of record:

    Please enter my appearance as counsel in this case for Defendant **Gary Alan Tanaka**.

    I certify that I am admitted to practice in this Court.

Date: August 4, 2005
                                                               /s/ Jessica L. Margolis
                                                    Jessica L. Margolis (JM-7786)
                                                    WILSON SONSINI GOODRICH & ROSATI
                                                    PROFESSIONAL CORPORATION
                                                    12 E. 49th Street, 30th Floor
                                                    New York, New York  10017
                                                    (212) 999-5800
                                                    Fax (212) 999-5899