MEMO ENDORSED

**KOBRE & KIM** LLP

800 THIRD AVENUE
NEW YORK, NEW YORK 10022
TEL 212.488.1200
FAX 212.488.1220
WWW.KOBREKIM.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/30/05

August 22, 2005

**BY FIRST CLASS MAIL**

The Honorable Kenneth M. Karas
United States District Judge
United States Courthouse
Southern District of New York
500 Pearl Street, Room 920
New York, NY 10007

Re:   **United States v. Alberto Vilar and Gary Tanaka**
(05 Cr. 621 (KMK))

Dear Judge Karas:

We represent Gary Alan Tanaka in the above-referenced matter. Together with Glenn C. Colton, Esq., and Jessica L. Margolis, Esq., of Wilson Sonsini Goodrich & Rosati P.C., we are at present the only attorneys who represent Mr. Tanaka in this criminal case.

In consequence, and per the request of Ms. Eileen Levine, we respectfully submit this letter asking that the following attorneys be removed from the docket: Eric M. Creizman, Esq. and Victor J. Rocco, Esq. of Heller Ehrman LLP and Philip L. Weinstein of the Federal Defender Division Legal Aid Society.

Respectfully submitted,

*/s/ Justin Sher*

Steven G. Kobre
212.488.1202

Justin M. Sher
212.488.1234

Hon. Kenneth M. Karas
August 22, 2005
Page 2

cc:   Marc Litt, Esq., United States Attorney's Office (by fax)
      Glenn C. Colton, Esq., Wilson Sonsini Goodrich & Rosati P.C. (by fax)
      Jessica L. Margolis, Esq., Wilson Sonsini Goodrich & Rosati P.C. (by fax)
      Jeffrey C. Hoffman, Esq., Hoffman & Pollok LLP (by fax)
      Eric M. Creizman, Esq., Heller Ehrman LLP (by fax)
      Victor J. Rocco, Esq., Heller Ehrman LLP (by fax)
      Philip L. Weinstein, Esq., Federal Defender Division Legal Aid Society (by fax)


SO ORDERED.

Kenneth M. Karas
United States District Judge