

WSGR. Wilson Sonsini Goodrich & Rosati
PROFESSIONAL CORPORATION

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
FILED: 1/26/05

12 East 49th Street, 30th Floor
New York, NY 10017-8203

PHONE 212.999.5800
FAX 212.999.5899

www.wsgr.com

OCT 24 2005

**MEMO ENDORSED**

October 24, 2005

VIA FACSIMILE

The Honorable Kenneth M. Karas
United States District Judge
United States Courthouse
Southern District of New York
500 Pearl Sreet, Room 920
New York, NY 10007

Re:    *United States v. Alberto Vilar and Gary Tanaka*, 05 Cr. 621 (KMK)

Dear Judge Karas:

We represent Gary Tanaka in the above-entitled action. The purpose of this letter is to request an additional three days, until Friday, October 28, 2005, to respond to the Government's letter dated October 14, 2005. Although Your Honor's hand-endorsement setting a deadline for this response is dated October 18, 2005, this endorsement was not filed with the Court until October 20, 2005. Moreover, we did not receive notice of the endorsement until the afternoon of October 21, 2005. Copies of the file-stamped endorsed letter (without exhibits) and the electronic notification are attached.

We have spoken with Assistant United States Attorney Marc Litt and he consents to this request.

Thank you for your consideration.

Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

Glenn C. Colton

*Defendant Tanaka is given until oct 28 to respond to the Government's October 14 letter*

cc:    AUSA Marc Litt (212-637-0083)
       Jeffrey Hoffman, Esq. (212-679-1844)

SO ORDERED

KENNETH M. KARAS U.S.D.J.
10/24/05

C:\NrPortbl\PALIB1\JEMA\2749980_1.DOC

PALO ALTO    AUSTIN    NEW YORK    RESTON    SALT LAKE CITY    SAN DIEGO    SAN FRANCISCO    SEATTLE