| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | ECF CASE |

UNITED STATES OF AMERICA )
)
v. ) **NOTICE OF APPEARANCE AND REQUEST**
) **FOR ELECTRONIC NOTIFICATION**
ALBERTO WILLIAM VILAR, ) **S2 05 Cr. 621 (KMK)**
  a/k/a/ "Albert Vilar," )
GARY ALAN TANAKA, )
)
      Defendants. )

TO:    Clerk of Court
         United States District Court
         Southern District of New York

      The undersigned attorney respectfully requests the Clerk to note her appearance in this case and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

                              Respectfully submitted,

                              MICHAEL J. GARCIA
                              United States Attorney for the
                                 Southern District of New York


                           by: _____
                               Deirdre A. McEvoy
                               Assistant United States Attorney
                               (212) 637-2309

TO:    Glenn C. Colton, Esq.
         Jeffrey C. Hoffman, Esq.
         Steven G. Kobre, Esq.
         Jessica Leigh Margolis, Esq.
         Susan C. Wolfe, Esq.