**EXHIBIT B**

# Record of Exhibits

| Entry No. | Exhibits | (a) Where found / (b) Who found by | (a) Ref No. / (b) Exhibit No. | (a)(b)(c) |
|---|---|---|---|---|
| 1 | FOUR TWINLOCK FILES FROM BOX 147 | (a) CADOGAN TATE (b) DS SHAW | (a) 11-47 (b) HDS/1 | (a) IN SITU (b) DC DURRANT (c) E6512999 |
| 2 | ONE TWINLOCK FILE "GRAHAM ARAD" BOX 141 | (a) CADOGAN TATE (b) DS SHAW | (a) 11-52 (b) HDS/2 | (a) IN SITU (b) DC DURRANT (c) E6512998 |
| 3 | CORRESPONDENCE IN BOX 211 | (a) CADOGAN TATE (b) DS SHAW | (a) 11-56 (b) HDS/3 | (a) IN SITU (b) DC DURRANT (c) S813405 Z |

I have initialled each answer which is correct.

Signature(s) of officer(s) ..................

Signature(s) of person(s) questioned ..................

| Entry No. | Exhibits | (a) Where found (b) Who found by | (a) Ext Ref No. (b) Ref No. | (a) Produced (b) Person producing (c) Custody No. or Bk. 66 entry | (a) Witnessed by (b) Marked by (c) Seal No. |
|---|---|---|---|---|---|
| 4 | TWO TWINLOCK FILES "LLOYDS BANK" + "AML PARTNERSHIP" BOX 146 | (a) CADOGAN TATE (b) DS SHAW | (a) 11·59 (b) HDS/4 | | (a) IN SITU (b) DC DURRANT (c) E6512997 |
| 5 | CORRESPONDENCE "TRADE NOTIFICATIONS" BOX 210 | (a) CADOGAN TATE (b) DS SHAW | (a) 12·04 (b) HDS/5 | | (a) IN SITU (b) DC DURRANT (c) S8134067 |
| 6 | CORRESPONDENCE "BEAR STEARN STATEMENTS" BOX 217 | (a) CADOGAN TATE (b) DS SHAW | (a) 12·07 (b) HDS/6 | | (a) IN SITU (b) DC DURRANT (c) S8134072 |

Signature(s) of officer(s) ..................

I have initialled each answer which is correct.

Signature(s) of person(s) questioned ..................

| Entry No. | Exhibits | (a) Who found<br>(b) Who found by<br>Ref. No. | (a) Questions & Answers | (a) Where sealed<br>(b) Who by<br>(c) Seal No. | (a) Place deposited<br>(b) Person depositing<br>(c) Custody No. or Bk. 66 entry |
|---|---|---|---|---|---|
| 7 | PENTIUM III CPU<br>BOX 258 | (a) CADOGAN TATE<br>(b) DS SHAW | (a) 12.12<br>(b) HOS/7 | (a) IN SITU<br>(b) DC DURRANT<br>(c) SB13408 Z | (a)<br>(b)<br>(c) |
| 8 | PENTIUM III CPU<br>BOX 248 | (a) CADOGAN TATE<br>(b) DS SHAW | (a) 12-16<br>(b) HOS/8 | (a) IN SITU<br>(b) DC DURRANT<br>(c) SB1330S Z | (a)<br>(b)<br>(c) |
| 9 | CORRESPONDENCE<br>"PRIVATE PLACEMENTS"<br>BOX 209 | (a) CADOGAN TATE<br>(b) DS SHAW | (a) 12.18<br>(b) HOS/9 | (a) IN SITU<br>(b) DC DURRANT<br>(c) SB13306Z | (a)<br>(b)<br>(c) |

I have initialled each answer which is correct.

Signature(s) of person(s) questioned.................

Signature(s) of officer(s).................

10

| Entry No. | Exhibits | (a) Where found (b) Who found by | (a) (b) Exhibit Ref. No. | Questions and answers | (a) Where sealed (b) Who by (c) Seal No. | (a) Place deposited (b) Person depositing (c) Custody No. or Bk. 66 entry |
|---|---|---|---|---|---|---|
| 10 | MEMO + RECORD OF TRANSACTIONS BOX 236 | (a) CADOGAN TATE (b) DS SHAW | (a) 12.21 (b) HOS/10 | | (a) IN SITU (b) DC DURRANT (c) C329S444 | (a) (b) (c) |
| 11 | IBM THINKPAD LAPTOP BOX 259 | (a) CADOGAN TATE (b) DS SHAW | (a) 12.25 (b) HOS/11 | | (a) IN SITU (b) DC DURRANT (c) 167SS00 Z | (a) (b) (c) |
| 12 | SMELLITE PRO LAPTOP BOX 259 | (a) CADOGAN TATE (b) DS SHAW | (a) 12.25 (b) HOS/12 | | (a) IN SITU (b) DC DURRANT (c) SB133072 Z | (a) (b) (c) |

I have initialled each answer which is correct.

Signature(s) of person(s) questioned ..................

Signature(s) of officer(s) ..................

| Entry No. | Exhibits | (a) Where found (b) Who found by | (a) Exhibit Ref. No. | Questions and answers | (a) Where sealed (b) Who by (c) Seal No. | (a) Place deposited (b) Person depositing (c) Custody No. or Bk. 66 entry |
|---|---|---|---|---|---|---|
| 13 | PENTIUM CPU Box 234 | (a) CADOGAN TATE (b) DS SHAW | (a) 12-31 (b) HOS/13 | | (a) IN SITU (b) DC DURRANT (c) SB13308 Z | (a) (b) (c) |
| 14 | CORRESPONDENCE "PRIVATE PLACEMENTS" Box 216 | (a) CADOGAN TATE (b) DS SHAW | (a) 12-55 (b) HOS/14 | | (a) IN SITU (b) DC DURRANT (c) SB13309 Z | (a) (b) (c) |
| 15 | DELL POWEREDGE 2400 + TAPE CPU Box 279 | (a) CADOGAN TATE (b) DS SHAW | (a) 12-59 (b) HOS/15 | | (a) IN SITU (b) DC DURRANT (c) SB13310 Z | (a) (b) (c) |

I have initialled each answer which is correct.

Signature(s) of officer(s) ..................... [signature]

Signature(s) of person(s) questioned ..................................

| Entry No. | Exhibits | (a) Where found / (b) Who found by | (a) Time seized / (b) Exhibit Ref. No. | Questions and answers | (a) Where sealed / (b) Who by / (c) Seal No. | (a) Place deposited / (b) Person depositing / (c) Custody No. or Bk. 66 entry |
|---|---|---|---|---|---|---|
| 16 | HEWLETT PACKARD NETSERVER CPU<br><br>BOX 247 | (a) CADOGAN TATE<br><br>(b) DS SHAW | (a) 13·02<br><br>(b) HDS/16 | | (a) IN SITU<br><br>(b) DC DURRANT<br>(c) S813311 Z | (a)<br>(b)<br>(c) |
| 17 | COMPAQ DESKPRO CPU<br><br>BOX 281 | (a) CADOGAN TATE<br><br>(b) DS SHAW | (a) 13·05<br><br>(b) HDS/17 | | (a) IN SITU<br><br>(b) DC DURRANT<br>(c) S813312 Z | (a)<br>(b)<br>(c) |
| 18 | BEAR STEARNS BANK STATEMENTS<br><br>BOX 159 | (a) CADOGAN TATE<br><br>(b) DS SHAW | (a) 13·13<br><br>(b) HDS/18 | | (a) IN SITU<br><br>(b) DC DURRANT<br>(c) AA69100 | (a)<br>(b)<br>(c) |

I have initialled each answer which is correct. ...........

Signature(s) of person(s) questioned ..........

Signature(s) of officer(s) ..........

| Entry No. | Exhibits | (a) Where found (b) Who found by | (a) Time seized (b) Exhibit Ref. No. | Questions and answers | (a) Where sealed (b) Who by (c) Seal No. | (a) Place deposited (b) Person depositing (c) Custody No. or Bk. 66 entry |
|---|---|---|---|---|---|---|
| 19 | CORRESPONDENCE + 2 BOXES FLOPPY DISCS Box 124 | (a) CADOGAN TATE (b) DS SHAW | (a) 13·17 (b) HOS/19 | | (a) IN SITU (b) DC DURRANT (c) E651299S | (a) (b) (c) |
| 20 | 2 FILES "LEO MURRAY" "BANK + WIRE INSTRUCTIONS" Box 127 | (a) CADOGAN TATE (b) DS SHAW | (a) 13·20 (b) HOS/20 | | (a) IN SITU (b) DC DURRANT (c) E651297Z | (a) (b) (c) |
| 21 | 2 FILES "HSBC" "GLOBAL INV" Box 198 | (a) CADOGAN TATE (b) DS SHAW | (a) 13·22 (b) HOS/21 | | (a) IN SITU (b) DC DURRANT (c) E651 | (a) (b) (c) |

I have initialled each answer which is correct

Signature(s) of person(s) questioned ..................

Signature(s) of officer(s) ..................

| Entry No. | Exhibits | (a) Where found / (b) Who found by | (a) Time seized / (b) Exhibit Ref. No. | Questions and answers |
|---|---|---|---|---|
| 22 | HEWLETT PACKARD BRIO CPU Box 319 | (a) DS SHAW (b) CADOGAN TATE | (a) 13-24 (b) HOS/22 | (a) IN SITU (b) DC DURRANT (c) S8133142 |
| 23 | ONE FILE "ATGF MICROMAT" Box 257 | (a) CADOGAN TATE (b) DS SHAW | (a) 13-25 (b) HOS/23 | (a) IN SITU (b) DC DURRANT (c) E6512970 |
| 24 | CORRES. "FILES GROUND FLOOR" Box 311 | (a) CADOGAN TATE (b) DS SHAW | (a) 13-27 (b) HOS/24 | (a) IN SITU (b) DC DURRANT (c) S8133152 |

Signature(s) of officer(s)..... [signature]

I have initialled each answer which is correct. Signature(s) of person(s) questioned.....

| No. | Description (a) Where found (b) Who found by | (a) Time seized (b) Exhibit Ref. No. | Questions and answers | (a) (b) Who (c) Sealing |
|---|---|---|---|---|
| 25 | CORRES. IN BOX 255 | (a) DS SHAW (b) CADOGAN TATE | (a) 13·29 (b) HOS/25 | | (a) IN SITU (b) DS SHAW (c) S8133162 |
| 26 | LEVER ARCH FILE "ALBERTO VILAR" BOX 233 | (a) CADOGAN TATE (b) DS SHAW | (a) 13·30 (b) HOS/26 | | (a) IN SITU (b) DS SHAW (c) E6512969 |
| 27 | CASSETTE TAPE BOX 252 | (a) CADOGAN TATE (b) DS SHAW | (a) 13·31 (b) HOS/27 | | (a) IN SITU (b) DS SHAW (c) C3295443 |

I have initialled each answer which is correct.

Signature(s) of officer(s)........[signature]........    Signature(s) of person(s) questioned..........

| Entry No. | Exhibits | (a) Where found<br>(b) Who found by | (a) Time seized<br>(b) Exhibit Ref. No. | Questions and answers |
|---|---|---|---|---|
| 28 | FILE "ATGP" BOX 249 | (a) CADOGAN TATE<br>(b) DS SHAW | (a) 13-34<br>(b) HQS/28 | (a) IN SITU<br>(b) DS SHAW<br>(c) E6512994 |
| 29 | 3 TWINLOCK FILES BOX 214 | (a) CADOGAN TATE<br>(b) DS SHAW | (a) 13-35<br>(b) HQS/29 | (a) IN SITU<br>(b) DS SHAW<br>(c) E6512993 |
| 30 | TWO TWINLOCK FILES BOX 250 | (a) CADOGAN TATE<br>(b) DS SHAW | (a) 13-37<br>(b) HQS/30 | (a) IN SITU<br>(b) DS SHAW<br>(c) E6512968 |

I have initialled each answer which is correct.

Signature(s) of officer(s) .................... [signature]    Signature(s) of person(s) questioned ....................

| | | Questions and answers | |
|---|---|---|---|
| 31 | THREE TWINLOCK FILES | (a) CADOGAN TATE<br>(b) DS SHAW | (a) 13-39<br>(b) HOS/31 | (a) IN SITU<br>(b) DS SHAW<br>(c) E6S12967 |
| 32 | CORRES IN BOX 191 | (a) CADOGAN TATE<br>(b) DS SHAW | (a) 13-4H<br>(b) HDS/32 | (a) IN SITU<br>(b) DS SHAW<br>(c) S813817Z |
| 33 | THREE TWINLOCK FILES BOX 291 | (a) CADOGAN TATE<br>(b) DC DURRANT | (a) 13-54<br>(b) WD/16 | (a) IN SITU<br>(b) DC DURRANT<br>(c) E6S126166 |

I have initialled each answer which is correct.

Signature(s) of person(s) questioned ..........

Signature(s) of officer(s) .......... [signature]

| No. | (a) Description / (b) Produced by | (a) Time / (b) Exhibit No. | (a) Custody / (b) Witness / (c) Seal No. |
|---|---|---|---|
| 34 | BEAR - STEARNS STATEMENTS (a) CADOGAN TATE (b) DC DURRANT | (a) 13.58 (b) WD/17 | (a) IN SITU |
|  | BOX 172 |  | (b) DC DURRANT (c) 58133182 |
| 35 | CORRESPONDENCE IN BOX 312 (a) CADOGAN TATE (b) DC DURRANT | (a) 14.00 (b) WD/18 | (a) IN SITU (b) DC DURRANT (c) 58133192 |
|  | BOX 312 |  |  |
| 36 | Three computers (a) CADOGAN TATE (b) DC DURRANT | (a) 14.01 (b) WD/19 | (a) IN SITU (b) DC DURRANT (c) 58133202 |
|  | BOX 237 |  |  |

Signature(s) of officer(s): [signature]

I have initialled each answer which is correct.

Signature(s) of person(s) questioned: [signature]

| No. | (a) | (b) | (c) |
|---|---|---|---|
| 37 | Copy fax | CADOGAN TATE | 14.03 | |
| 38 | Box 143 | DC DURRANT | WD/20 | DC DURRANT C3295445 |
|  | One(1) Document file "ATGF" | CADOGAN TATE | 14.06 | IN SITU |
|  | Box 175 | DC DURRANT | WD/21 | DC DURRANT MPSD40089413 |
| 39 | Correspondence from Box 310 | CADOGAN TATE | 14.09 | IN SITU |
|  | Box 310 | DC DURRANT | WD/22 | DC DURRANT MPSD40089414 |

Signature(s) of officer(s) ...........  I have initialled each answer which is correct.
Signature(s) of person(s) questioned ...........

| | | |
|---|---|---|
| 40 | One (1) H.P laptop five signature stamps | (a) CADOGAN TATE 14.13 (b) (c) IN STU |
| | Box 260 | (a) (b) DC DURRANT WD/23 (c) DC DURRANT E651296S |
| 41 | Correspondence from Box 318 | (a) CADOGAN TATE 14.15 (b) (c) IN S.TU |
| | Box 318 | (a) (b) DC DURRANT WD/24 (c) DC DURRANT AA69302 |
| | Six twin lock files | (a) CADOGAN TATE 14.18 (b) (c) IN STU |
| 42 | Box 290 | (a) (b) DC DURRANT WD/25 (c) DC DURRANT E651296Y |

Signature(s) of officer(s) .....  
Signature(s) of person(s) questioned .....  
I have initialled each answer which is correct.

| | (a) | (b) | (c) |
|---|---|---|---|
| 43 | H.P ling top | CADOGAN TATE | In Situ |
| | Box 299 | DC DURRANT 14.21 | (b) DC DURRANT |
| 44 | Correspondence from Box 319 | CADOGAN TATE WD/26 | (c) 58133222 |
| | Box 319 | DC DURRANT 14.23 | In Situ |
| 45 | Correspondence from Box 313 | CADOGAN TATE WD/27 | (b) DC DURRANT |
| | Box 313 | DC DURRANT 14.25 | (c) MPSD4008941ST |
| | | WD/28 | In Situ |
| | | | (b) DC DURRANT |
| | | | (c) MPSD4008941G |

Signature(s) of officer(s).......... [signature]

I have initialled each answer which is correct.

Signature(s) of person(s) questioned..........

9

| | | (a) | (b) | (a) | (b) | (c) |
|---|---|---|---|---|---|---|
| 46 | Correspondence in BOX 322 | CADOGAN TATE | 14.27 | IN SITU | (b) DC DURRANT (c) 58133232 | |
| | BOX 322 | DC DURRANT | WD/29 | | | |
| 47 | Correspondence from BOX 295 | CADOGAN TATE | 14.29 | IN SITU | (b) DC DURRANT (c) MPSD 400 89417 | |
| | BOX 295 | DC DURRANT | WD/30 | | | |
| 48 | Correspondence from BOX 286 | CADOGAN TATE | 14.31 | IN SITU | (b) DC DURRANT (c) MPSD 400 89418 | |
| | BOX 286 | DC DURRANT | WD/31 | | | |

Signature(s) of officer(s) .................  
I have initialled each answer which is correct.  
Signature(s) of person(s) questioned .................

| # | (a) | (b) | (a) | (b) | (c) |
|---|-----|-----|-----|-----|-----|
| 49 | Correspondence and Purse (?) and Computer backup files | CADOGAN TATE | 14.34 | IN SITU | | |
| | Box 321 | DC DURRANT | WD/132 | DC DURRANT | E6512963 |
| 50 | Transit envelope containing correspondence company seals signature stamps | CADOGAN TATE | 14.37 | IN SITU | | |
| | Box 309 | DC DURRANT | WD 133 | DC DURRANT | MPSD400 89419 |
| 51 | Correspondence 272 | CADOGAN TATE | 14.39 | IN SITU | | |
| | Box 272 | DC DURRANT | WD/134 | DC DURRANT | MPSD40089421 |

Signature(s) of officer(s) ..................... I have initialled each answer which is correct. Signature(s) of person(s) questioned ........

| Entry No. | Exhibits | (a) Where found / (b) Who found by | (a)/(b) |
|---|---|---|---|
| 52 | Correspondence from Box 292 | (a) CADOGAN TATE  14.42 | (a) IN SITU |
|  |  | (b) DC DURRANT  WD/35 | (b) DC DURRANT  (c) SB133242 |
| 53 | CASE (series) A320-9230. 292 | (a) CADOGAN TATE  14.45 | (a) IN SITU |
|  | BOX 282 | (b) DC DURRANT  WD/36 | (b) NC DURRANT  (c) SB133252 |
| 54 | AST BRAVO CPU | (a) CADOGAN TATE  14.46 | (a) IN SITU |
|  | BOX 280 | (b) DC DURRANT  WD/37 | (b) DC DURRANT  (c) SB133272 |

Signature(s) of officer(s) ..........  
Signature(s) of person(s) questioned ..........  
I have initialled each answer which is correct.

| No. | Exhibits | (b) Who found by | (b) Exhibit Ref. No. | Questions and answers | (b) Sealed by (c) Seal No. |
|---|---|---|---|---|---|
| SS | H.P. VECTRA CPU Box 307 | (a) CPD (b) DC DURRANT | (a) 14.48 (b) WD/38 | | (a) DW S.U. (b) DC DURRANT (c) SE13326 Z |
| S6 | DELL OPTIPLEX CPU 308 | (a) CAD. (b) DC DURRANT | (a) 14.50 (b) WD/39 | | (a) DW S.U. (b) DC DURRANT (c) SB13328 Z |
| | | (a) (b) | (a) (b) | | (a) (b) (c) |

I have initialled each answer which is correct.

Signature(s) of officer(s) ................................  Signature(s) of person(s) questioned ................................