| Entry No. | Exhibits | (a) Where found (b) Who found by | (a) Time seized (b) Exhibit Ref. No. | Questions and answers | (a) Who sealed it (b) Who by (c) Seal No. | (a) Placed deposited (b) Person depositing (c) Custody No. or Bk. 66 entry |
|---|---|---|---|---|---|---|
| 1 | 4 THIN WEE FILES FROM BOX 91 | (a) CADOGAN TATE (b) DC DURRANT | (a) 1055 (b) WD/1 | | (a) E6558131 IN SITU (b) DC DURRAN (c) E6558131 | (a) (b) (c) |
| 2 | 2 DOCUMENT WALLETS AND LLOYDS BANK CORRESPONCE FROM BOX 92 | (a) CADOGAN TATE (b) DC DURRANT | (a) 11.00 (b) WD/2 | | (a) IN SITU (b) DC DURRANT (c) D6482763 | (a) (b) (c) |
| 3 | CORRESPONDENCE RELATING TO REAL ESTATE FROM BOX 816 | (a) CADOGAN TATE (b) DC DURRANT | (a) 11.06 (b) WD/3 | | (a) INSITU (b) DC DURRANT (c) D6482761 | (a) (b) (c) |

I have initialled each answer which is correct.

Signature(s) of officer(s)      Signature(s) of person(s) questioned

| Entry No. | Exhibits | (a) Where found (b) Who found by | (a) Time seized (b) Exhibit Ref. No. | Questions and answers | (a) Where sealed (b) Who by (c) Seal No. | (a) Place deposited (b) Person depositing (c) Custody No. or Bk. 66 entry |
|---|---|---|---|---|---|---|
| 4 | BOX FILE + COLLESBROOKE FROM BOX 118 | (a) CADOGAN TATE (b) DC DURRANT | (a) 11·15 (b) WD/4 | | (a) IN SITU (b) DC DURRANT (c) E6858132 | (a) (b) (c) |
| 5 | 7 TWINLOCK FILES + BEAL STEAKS DOCUMENTS FROM BOX 119 | (a) CADOGAN TATE (b) DC DURRANT | (a) 11·41 (b) WD/5 | | (a) IN SITU (b) DC DURRANT (c) E6858133 | (a) (b) (c) |
| 6 | CABINET 109 FROM CONSTANCE CLOSSON (Panama Client Files) | (a) CADOGAN TATE (b) DC DURRANT | (a) 11·46 (b) WD/6 | | (a) IN SITU (b) DC DURRANT (c) 40154892 | (a) (b) (c) |

Signature(s) of officer(s)......................

I have initialled each answer which is correct.

Signature(s) of person(s) questioned......................

7

| Entry No. | Exhibits | (a) Where found (b) Who found by | (a) Time seized (b) Exhibit Ref. No. | Questions and answers | (a) Where sealed (b) Who by (c) Seal No. | (a) Place deposited (b) Person depositing (c) Custody No. or Bk. 66 entry |
|---|---|---|---|---|---|---|
| 7 | BLACK FLOPPY INVESTMENT LETTERS + BANK CORRESPONDENCE FROM BOX 120 | (a) CADOGAN TATE (b) DC BONAFE | (a) 11.53 (b) ANB/1 | | (a) INSITU (b) DC BONAFE (c) DS127470 | (a) (b) (c) |
| 8 | ASSORTED CORRESPONDENCE FROM BOX 121 | (a) CADOGAN TATE (b) DC DURRANT | (a) 12.15 (b) WD/7 | | (a) INSITU (b) DC DURRANT (c) D6482193 | (a) (b) (c) |
| 9 | FIVE TWIN LOCK FOLDERS FROM CABINET 103 CONTRACT CC08M | (a) CADOGAN TATE (b) DC BONAFE | (a) 12.23 (b) ANB/2 | | (a) INSITU (b) DC BONAFE (c) E6858134 | (a) (b) (c) |

Signature(s) of officer(s) ...... 

I have initialled each answer which is correct. ......

Signature(s) of person(s) questioned ......

| Entry No. | Exhibits | (a) Where found (b) Who found by | (b) Exhibit Ref. No. | Questions and answers | (a) (b) Who by (c) Seal No. | (a) Person depositing (c) Custody No. or Bk. 66 entry |
|---|---|---|---|---|---|---|
|  | CABINET 107 FROM CONSTANCE CLUSBY | (a) CADOGAN TATE (b) DC BONAR | (a) 12.28 (b) AJ6/3 | | (a) IN SITU (b) DC BONAR (c) 40154902 | (a) (b) (c) |
| 11 | 4 LEVER ARCH FILES AND 5 DOCUMENT WALLETS RE LITIGATES FROM CABINET 108 CONSTANCE CLUSBY | (a) CADOGAN TATE (b) DC DURRANT | (a) 12.30 (b) WD/8 | | (a) IN SITU (b) DC DURRANT (c) 40154922 | (a) (b) (c) |
| 12 | BANKING RECORDS + VARIOUS CLIENT FILES FROM CABINET 106 CONSTANCE CLUSBY | (a) CADOGAN TATE (b) DC DURRANT | (a) 12.35 (b) WD/9 | | (a) IN SITU (b) DC BONAR (c) 16754892 | (a) (b) (c) |

I have initialled each answer which is correct.

Signature(s) of officer(s): [signature]

Signature(s) of person(s) questioned: ____

| Entry No. | Exhibits | (a) Where found (b) Who found by | (a) Time seized (b) Exhibit Ref. No. | Questions and answers | (a) Where sealed (b) Who by (c) Seal No. | (a) Place deposited (b) Person depositing (c) Custody No. or Bk. 66 entry |
|---|---|---|---|---|---|---|
| 13 | AS PER ENTRY 12 | (a) CADOGAN TATE (b) DC DURRANT | (a) 12.40 (b) WD/9A | | (a) IN SITU (b) DC DURRANT (c) 16754902 | (a) (b) (c) |
| 14 | AS PER ENTRY 12+13 | (a) CADOGAN TATE (b) DC DURRANT | (a) 12.40 (b) WD/9B | | (a) IN SITU (b) DC DURRANT (c) 16754912 | (a) (b) (c) |
| 15 | ONE TOWNLOCK FILE "BEAR STEARNS" CABINET 13 | (a) CADOGAN TATE (b) DC DURRANT | (a) 12.56 (b) WD/10 | | (a) IN SITU (b) DC DURRANT (c) | (a) (b) (c) |

I have initialled each answer which is correct. ........................
Signature(s) of person(s) questioned ........................

Signature(s) of officer(s) ........[signature]........

| Entry No. | Exhibits | (a) Where found / (b) Who found by | (a) Time seized / (b) Exhibit Ref. No. | Questions and answers | (a) Where sealed / (b) Who by / (c) Seal No. | (a) Place deposited / (b) Person depositing / (c) Custody No. or Bk. 66 entry |
|---|---|---|---|---|---|---|
| 16 | TWINLOCK + DOCUMENT WALLET CONTAINING BANK FILES + PERSONAL RECORDS CABINET 10 | (a) CADOGAN TATE (b) DC DURRANT | (a) 13.05 (b) WD/11 | | (a) IN SITU (b) DC DURRANT (c) D6482764 | (a) (b) (c) |
| 17 | TWINLOCK FILE "RICK COHEN" CABINET 10 | (a) CADOGAN TATE (b) DC DURRANT | (a) 13.08 (b) WD/12 | | (a) IN SITU (b) DC DURRANT (c) D6482760 | (a) (b) (c) |
| 18 | TWINLOCK FILE "PANAMA" CABINET 14 | (a) CADOGAN TATE (b) DC DURRANT | (a) 13.35 (b) WD/13 | | (a) IN SITU (b) DC DURRANT (c) D6482762 | (a) (b) (c) |

Signature(s) of officer(s)...........

I have initialled each answer which is correct.

Signature(s) of person(s) questioned..........

| Entry No. | Exhibits | (a) Where found (b) Who found by | (a) Time seized (b) Exhibit Ref. No. | Questions and answers | (a) Where sealed (b) Who by (c) Seal No. |
|---|---|---|---|---|---|
| 19 | THREE (3) TWINLOCK FILES CABINET 1 | (a) CADOGAN TATE (b) DC DURRANT | (a) 13.46 (b) WD/14 | | (a) IN SITU (b) DC DURRANT (c) AAH1264 |
| 20 | FILES CONTAINING PANAMA OFFSHORE ACCOUNTS FROM BOX 28 | (a) CADOGAN TATE (b) DC DURRANT | (a) 13.52 (b) WD/15 | | (a) IN SITU (b) DC DURRANT (c) 1675493 Z |
| 21 | CATALOGUE FROM BOX 102 | (a) CADOGAN TATE (b) DC BONAFES | (a) 14.40 (b) ANB/4 | | (a) INSITU (b) DC BONAFES (c) C729/269 |

Signature(s) of officer(s)..................

I have initialled each answer which is correct.
Signature(s) of person(s) questioned..................

| Entry No. | Exhibits | (a) Where found (b) Who found by | (a) Time seized (b) Exhibit Ref. No. | Questions and answers | (a) Where sealed (b) Who by (c) Seal No. |
|---|---|---|---|---|---|
| 22 | BRIDGE COLESBROKE FROM BOX 67 | (a) Cadogan Toke (b) DCBonafos | (a) 1445 (b) ANB/5 | | (a) IN SITU (b) DC Bonafos (c) 163 54962 |
| 23 | COLESBROKE FROM BOX 78 | (a) Cadogan Toke (b) DCBonafos | (a) 1450 (b) ANB/6 | | (a) IN SITU (b) DCBonafos (c) C1291271 |
| 24 | 10 NOTEBOOKS FROM BOX 94 | (a) Cadogy Toke (b) DCBonafos | (b) ANB/7 | | (a) IN SITU (b) DCBonafos (c) AA4520 |

Signature(s) of officer(s) .......... 

I have initialled each answer which is correct.

Signature(s) of person(s) questioned ..........

| Entry No. | Exhibits | (a) Where found (b) Who found by | (a) Time seized (b) Exhibit Ref. No. | Questions and answers | (a) Where sealed (b) Who by (c) Seal No. | (a) Place deposited (b) Person depositing (c) Custody No. or Bk. 66 entry |
|---|---|---|---|---|---|---|
| 25 | BOX 77 Misc files | (a) Cadogan Tate (b) DC BONAFONT | (a) 1455 (b) AJB/8 | | (a) IN SITU (b) DC Bonafont (c) 16754947 | (a) (b) (c) |
| 26 | BOX 348 TRADESHOWS ARCHIVES 96-07 | (a) Cadogan Tate (b) DC BONAFONT | (a) 1457 (b) AJB/9 | | (a) IN SITU (b) DC BONAFONT (c) 16755162 | (a) (b) (c) |
| 27 | CALLS FROM BOX 349 | (a) Cadogan Tate (b) DC BONAFONT | (a) 1500 (b) AJB/10 | | (a) IN SITU (b) DC Bonafont (c) C1291272 | (a) (b) (c) |

Signature(s) of officer(s) [signature]

I have initialled each answer which is correct.

Signature(s) of person(s) questioned

| Entry No. | Exhibits | (a) Time seized (b) Exhibit Ref. No. | (a) Where found (b) Who found by | Questions and answers | (a) Where sealed (b) Who by (c) Seal No. | (a) Place deposited (b) Person depositing (c) Custody No. or Bk. 66 entry |
|---|---|---|---|---|---|---|
| 28 | COPIES FROM BOX 85 | (a) 15:05 (b) AB/11 | (a) Cadogan TCE (b) DCBonafes | | (a) MSIN (b) DCBonafes (c) C240 4900 | |
| 29 | COPIES FROM BOX 73 | (a) 15:12 (b) AB/12 | (a) Cadogan TCE (b) DeBonafes | | (a) MSIN (b) DCBonafes (c) T11449 | |
| 30 | COPIES FROM BOX 202 | (a) 15:16 (b) AB/13 | (a) Cadogan TCE (b) DBonafes | | (a) MSIN (b) DCBonafes (c) C240 4902 | |

Signature(s) of officer(s)...........

I have initialled each answer which is correct.............
Signature(s) of person(s) questioned..........

| Entry No. | Exhibits | (a) Where found (b) Who found by | (a) Time seized (b) Exhibit Ref. No. | Questions and answers | (a) Where sealed (b) Who by (c) Seal No. | (a) Place deposited (b) Person depositing (c) Custody No. or Bk. 66 entry |
|---|---|---|---|---|---|---|
| 31 | FILES + CDs FROM BOX 49 | (a) Caddop Tce (b) DC Benafer | (a) 15.19 (b) AB/14 | | (a) IN SITU (b) DC Benafer (c) F00243 | (a) (b) (c) |
| 32 | FKs + CDs FROM BOX 27 | (a) Caddapa Tce (b) DC Benafer | (a) 15:22 (b) AB/15 | | (a) IN SITU (b) DC Benafer (c) AA4598 | (a) (b) (c) |
| 33 | 2 LEVER ACCH FKs + correspondence FROM BOX 78 | (a) Caddop Tce (b) DC Benafer | (a) 1526 (b) AB/16 | | (a) IN SITU (b) PC Benafer (c) P46686 | (a) (b) (c) |

Signature(s) of officer(s) ..................................................

I have initialled each answer which is correct.

Signature(s) of person(s) questioned ..................................................

| Entry No. | Exhibits | (a) Where found (b) Who found by | (a) Time seized (b) Exhibit Ref. No. | Questions and answers | (a) Where sealed (b) Who by (c) Seal No. | (a) Place deposited (b) Person depositing (c) Custody No. or Bk. 66 entry |
|---|---|---|---|---|---|---|
| 34 | BOX 332 GLAND HALL FILES | (a) Cadbop Tak (b) DC Bowles | (a) 15.29 (b) ANS/17 | | (a) IN SITU (b) DC Bowles (c) 1675507Z | (a) (b) (c) |
| 35 | BOX 316 GLAND HALL BACK OFFICE PAPERS / DISK | (a) Cadbop Tak (b) DC Bowles | (a) 15.31 (b) ANS/18 | | (a) IN SITU (b) DC Bowles (c) 1675507Z | (a) (b) (c) |
| 36 | COLLECT FROM BOX 306 | (a) Cadbop Tak (b) DC Bowles | (a) 15.32 (b) ANS/19 | | (a) IN SITU (b) DC Bowles (c) C121290 | (a) (b) (c) |

Signature(s) of officer(s): [signature]

I have initialled each answer which is correct.

Signature(s) of person(s) questioned: [signature]

| Entry No. | Exhibits | (a) Where found (b) Who found by | (a) Time seized (b) Exhibit Ref. No. | Questions and answers | (a) Where sealed (b) Who by (c) Seal No. | (a) Place deposited (b) Person depositing (c) Custody No. or Bk. 66 entry |
|---|---|---|---|---|---|---|
| 27 | BOX 166 | (a) CADOGAN TATE (b) DC BONAFE | (a) 15:40 (b) ANB/20 | | (a) IN SITU (b) DC BONAFE (c) 16750082 | (a) (b) (c) |
| 28 | CONTS FROM BOX 193 | (a) CADOGAN TATE (b) DC BONAFE | (a) 15:52 (b) ANB/21 | | (a) IN SITU (b) DC BONAFE (c) C 2404901 | (a) (b) (c) |
| 29 | CONTS FROM BOX 331 | (a) CADOGAN TATE (b) DC BONAFE | (a) 15:56 (b) ANB/22 | | (a) IN SITU (b) DC BONAFE (c) AA4342 | (a) (b) (c) |

Signature(s) of officer(s) ..................    I have initialled each answer which is correct.
Signature(s) of person(s) questioned ..................

| Entry No. | Exhibits | (a) Where found<br>(b) Who found by | (a) Time seized<br>(b) Exhibit Ref. No. | Questions and answers | (a) Where sealed<br>(b) Who by<br>(c) Seal No. | (a) Place deposited<br>(b) Person depositing<br>(c) Custody No. or Bk. 66 entry |
|---|---|---|---|---|---|---|
| 40 | FILES FROM BOX 162 | (a) Cadogan Tate<br>(b) DC Bonafont | (a) 1559<br>(b) AB/23 | | (a) IN SITU<br>(b) DC Bonafont<br>(c) AA40092 | (a)<br>(b)<br>(c) |
| 41 | FILE FROM BOX 162 | (a) Cadogan Tate<br>(b) DC Bonafont | (a) 1604<br>(b) AB/24 | | (a) IN SITU<br>(b) DC Bonafont<br>(c) R4758D | (a)<br>(b)<br>(c) |
| 42 | FILES FROM BOX 199 | (a) Cadogan Tate<br>(b) DC Bonafont | (a) 1605<br>(b) AB/25 | | (a)<br>(b)<br>(c) H11991 | (a)<br>(b)<br>(c) |

Signature(s) of officer(s) .................................................. I have initialled each answer which is correct.

Signature(s) of person(s) questioned ..................................................

| Entry No. | Exhibits | (a) Where found (b) Who found by | (a) Time seized (b) Exhibit Ref. No. | Questions and answers | (a) Where sealed (b) Who by (c) Seal No. | (a) Place deposited (b) Person depositing (c) Custody No. or Bk. 66 entry |
|---|---|---|---|---|---|---|
| 43 | 25 Conputre Discs fro Box 330 | (a) CADOGAN TATE (b) DC BEAGF | (a) 16.10 (b) ANB/26 | | (a) IN SITU (b) DC BEAGF (c) C 4735973 | |
| 44 | Box 184 | (a) CADOGAN TATE (b) DC BEAGF | (a) 16.15 (b) ANB/27 | | (a) IN SITU (b) DC BEAGF (c) 16755032 | |
| 45 | Cables for Box 317 | (a) (b) | (a) 16.16 (b) ANB/28 | | (a) IN SITU (b) DC BEAGF (c) 247078 | |

Signature(s) of officer(s) _____  
I have initialled each answer which is correct.  
Signature(s) of person(s) questioned _____

| No. | Exhibits | (a) Place of finding (b) Date and time of finding (c) Initials | (a) What is it (b) Custody No. or Seal No. (c) Person depositing Bk. 66 entry |
|---|---|---|---|
| 46 | FROM BOX 21 | 16:21 | (a) IN SITU |
| 47 | BOX 126 | (a) DCBEAFES (b) AUB/29 | (b) DCBEAFES (c) 1675505Z |
| | | (a) CODOFC TAPE 16:28 | (a) IN SITU |
| | | (b) DCBEAFES AUB/30 | (b) DCBEAFES (c) 1675506Z |
| 48 | FILES FROM BOX 128 | (a) CADOLKCAN TAPE 16:30 | (a) IN SITU |
| | | (b) DCBEAFES AUB/31 | (b) DCBEAFES (c) T11638 |

I have initialled each answer which is correct.

Signature(s) of person(s) questioned ..................

Signature(s) of officer(s) .................. ..................

| Entry No. | Exhibits | (a) Where found / (b) Who found by | | (a)/(b)/(c) | |
|---|---|---|---|---|---|
| 49 | COPIES FROM BOX 185 | (a) CADOGAN TAPE (b) DC BEAKER (a) CADOGAN TAPE | (a) 1634 (b) AJB/32 | (a) INSITU (b) DC BEAKER (c) F00134 | |
| 50 | BOX 163 | (b) DC BEAKER | (a) 1636 (b) AJB/33 | (a) INSITU (b) DC BEAKER (c) 167SEA2 | |
| | | (a) (b) | (a) (b) | (a) (b) (c) | |
| | | (a) (b) | (a) (b) | (a) (b) (c) | |

I have initialled each answer which is correct.

Signature(s) of person(s) questioned ..................

Signature(s) of officer(s) .................... [signature]