**EXHIBIT H**



# COOPER WHITEMAN
## SOLICITORS

Our reference:   MC NS AMERINDO RED E1554          Your reference:

Mr M Fann
FSA
**FAX NO: 020 7066 9726**

23 Aug. 05

Dear Mr Fann

**Re: Amerindo Advisors (UK) Ltd**

I refer to my letter of 19 August.

I met with Mrs Tanaka who informs me that the company's items are currently stored at Cadogan Tate of 239 Acton Lane Park Royal London NW10 7NP.

I understand from Mrs Tanaka that the items stored do not all belong to the UK company, apparently there are several boxes of papers which have not yet been properly catalogued.

Please let me know if you require any further information.

Yours sincerely

**MICHAEL COOPER**

34 Bloomsbury Way London WC1A 2SA  Tel: 020 7831 5222  Fax: 020 7831 4194
DX: 35714 BLOOMSBURY
e-mail: law@cooperwhiteman.co.uk
website: www.cooperwhiteman.co.uk
David F. Whiteman LLB   Michael L. Cooper LLB
Assistant Solicitors: Ronald T. Clarke LLB   Bella K. Brodkin LLB
Consultant: Jonathan F. McDevitt LLB
REGULATED BY THE LAW SOCIETY