**EXHIBIT I**

# Financial Services Authority



Direct line: +44 20 7066 1492
Local fax: +44 20 7066 9723
Email: stephen.greenhalgh@fsa.gov.uk

**CONFIDENTIAL CORRESPONDENCE**

The Chief Executive
Amerindo Advisors (UK) Ltd
43 Upper Grosvenor Street
London W1 X9PG



26 May 2005

Our Ref: LPIC.E100012 - 45933

Your Ref:

**BY FAX 020 7493 5158 AND BY POST**

Dear Sir

## PRESERVATION OF DOCUMENTS

The Financial Services Authority ("FSA") has been contacted by the US Securities and Exchange Commission ("SEC") in connection with its interest in certain activities of Amerindo Investment Advisers Inc and potentially Amerindo Advisers (UK) Limited.

We understand that the SEC will shortly be making a request for assistance to the FSA in order to obtain responsive information and documents from Amerindo Advisers (UK) Limited in which event the FSA will consider whether to use its powers set out in Part XI of the Financial Services and Markets Act 2000. Part XI provides the FSA with powers to require the provision of information and the production of documents.

I should be grateful if you would immediately ensure that all documents and records, including computer records, pertaining to Amerindo Advisers (UK) Limited are preserved.

Kindly acknowledge receipt of this letter.

Yours faithfully

Stephen Greenhalgh
Law, Policy and International Co-operation
Enforcement Division

cc: Lucy Mcclements, Manager, FSA Wholesale Firms

The Financial Services Authority
25 The North Colonnade Canary Wharf London E14 5HS United Kingdom
Telephone +44 (0)20 7066 1000  Fax +44 (0)20 7066 1099
http://www.fsa.gov.uk

TOTAL P.02