# EXHIBIT Q

-----Original Message-----
From: Marc.Litt@usdoj.gov [mailto:Marc.Litt@usdoj.gov]
Sent: Friday, July 29, 2005 11:50 AM
To: Colton, Glenn
Subject: List of Lawyers

Glenn --

    Please give me your feedback on this list as soon as you are able.

              Marc.

This email and any attachments thereto may contain private, confidential, and privileged material for the sole use of the intended recipient. Any review, copying, or distribution of this email (or any attachments thereto) by others is strictly prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.

7/29/05

## Attorneys

Kevin Toner
Rick Cohen
David Mainzer
Eugene Licker
Graham Arad
Richard Marshall
Holly Fujie
Elizabeth Murphy
Cynthia Fair
Sheridan West
Jonathan Fink
Pamela Webster
Christian Green
Donald Lee
Josh Perttula
Mia Blackler
Mark Bonenfant
Ilana Cristofar
Mark McKeefry
Doug Lipstone
Nadav Ravid
Philip Wolman
Art Baram
Cynthia Fair
Claire Wong
Dina Tecimer
Randye Soref
Kristin Yokomoto
Laura Worsinger
Kelly Zinser
Paul Arrow
Lisa Jacobsen
Michael Rosella
Richard Slate
Arlene Morris
Mitchell Birner
Joanne Doldo
Mary Sjoquist
Bobby Bagheri
Jacqueline Edwards
Matthew Jacobs
Beth Kramer
Anna Cook
Heather Bestwick
Jaideep Bal

Oliver Watson
Michael Cereseto
David Collins
Alasdair Gordon
Peter O'Driscoll
Simon Cockshutt
Christine Skrutkowska
Scott Cochraine
Nigel Farr
Sin Wei Ong
James W. Canaday
Donald Karl
Fernando Berguido
Salvatore Graziano
William Baldiga
Stephan King
Frank Giordano
Donald Mendelsohn
Don Pearson
Lew Meyers
Todd Beld
Steve Stathatos
Tina Cooper
Cheryl Gerler
Jeff Makoff
Charlotte Makoff
Dick Nelson
Kathryn Turpin
Patricia Prince
Steve Arent
Michael Greene
John Walsh

<u>Law Firms</u>

Heller Ehrman
Buchalter, Nemer, Fields & Younger
White & Case
Hewlett, Beck & Arad
Beck & Arad
Loeb & Loeb
Kirkpatrick & Lockhart
Bergidio & Bergidio
Patton Boggs
Sucra & Sucra
Wedlake Bell
Walkers
Maples & Caulder

Geller Law Group P.C.
Herbert Smith
Coudert Brothers
O'Melveny & Myers
Moore, Costello & Hart
Perkins Coie
Paul Hastings
Battle Fowler
Milberg Weiss
Brown Rudnick Berlack Israels
Chone Nelson & Makoff
Cohen Makoff & Kinnear
Argue Peterson Harbison & Meyers
Greenberg Henigfan & Mercer
Thompson Hine
Foley Lardner