Steven G. Kobre
Justin M. Sher
KOBRE & KIM LLP
800 Third Avenue
New York, New York 10022
Tel: 212.488.1200

Glenn C. Colton
Jessica L. Margolis
WILSON SONSINI GOODRICH & ROSATI
PROFESSIONAL CORPORATION
12 E. 49th Street, 30th Floor
New York, New York 10017
Tel: 212.999.5800

*Attorneys for Defendant*
*Gary Alan Tanaka*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | S2 05 Cr. 621 (KMK) |
| - against - | ECF CASE |
| ALBERTO WILLIAM VILAR, a/k/a "Albert Vilar," and GARY ALAN TANAKA<br><br>Defendants. | |

## DECLARATION OF GARY ALAN TANAKA

I, Gary Alan Tanaka, declare as follows:

1. I am a defendant in the above-captioned action. I submit this declaration in support of the motion to suppress evidence seized from a storage facility located at 239 Acton Lane, London, United Kingdom. Because I am submitting this declaration for the limited purpose of supporting the motion to suppress, I have not included every fact known to me relating to the subject matter of this action.

2. I am a citizen of the United States. For the majority of the period between 1965 and 2005 and continuously from 1981 thorough 2005, I lived in London, England, where my wife and I maintain a permanent residence. Three of my children also reside in London.

3. In 2005, I was a director, shareholder and officer of Amerindo Advisors (UK) Limited ("Amerindo U.K."), which leased offices at 43 Upper Grosvenor Street, London (the "Grosvenor Offices"). In that capacity, when I was not traveling, I was regularly present in the Grosvernor Offices during business hours. I stored various business records throughout the premises and maintained a personal working space, which included a desk, computer, various files and personal belongings.

4. I also kept certain private and confidential items at the Grosvenor Offices, including legally privileged correspondence with attorneys retained to represent me.

5. I understand that, before Amerindo U.K. vacated the Grosvenor Offices, documents and records, including the possessions referenced in ¶¶ 3-4, were collected, stowed in boxes and transferred to a storage facility located at Cadogan Tate, 239 Acton Lane, London ("Cadogan Tate").

6. I understood that Amerindo U.K.'s materials would be stored in a secure place at Cadogan Tate that was not accessible by anyone other than Michael Cooper, counsel to Amerindo U.K., and other agents of Amerindo U.K. Based on this information, I expected that Amerindo U.K.'s storage area at Cadogan Tate would remain private and free from unlawful, official intrusion.

7. I have no recollection of ever meeting a person named Ms. Beulah Birrd, nor do I recall ever having discussed investments with an individual by that name.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration is executed the ninth day of March 2006, at New York, New York.

_____
Gary Alan Tanaka