

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

Case No. 05-CR-621 (KMK)

ALBERTO WILLIAM VILAR and
GARY ALAN TANAKA,

ORDER

Defendants.

KENNETH M. KARAS, District Judge:

The Court is in receipt of numerous letters from the Parties regarding the outstanding privilege issues. Upon review of these letters, it is hereby:

ORDERED that the Government provide Defendants on or before **March 24, 2006** with any potentially privileged electronic or hard copy documents seized on October 14, 2005 from the Cadogan Tate Facility in London;

ORDERED that the Parties appear for a conference on **April 7, 2006 at 2:15 pm** to discuss the outstanding privilege issues and potential litigation regarding the privilege issues. Each Party should be prepared to discuss in some detail their respective positions regarding the privilege status of the documents seized from Amerindo's domestic offices (i.e., specific examples or documents supporting each side's position.)

At the conference, the Court will also discuss the trial date for this case.

SO ORDERED.

Dated:   March 22, 2006
         New York, New York

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　KENNETH M. KARAS
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE