

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | S2 05 Cr. 621 (KMK) |
| - against - | ECF CASE |
| ALBERTO WILLIAM VILAR, a/k/a "Albert Vilar," and GARY ALAN TANAKA | **ORDER AMENDING LEVEL OF CASH SECURITY REQUIRED TO SECURE GARY TANAKA'S PERSONAL RECOGNIZANCE BOND** |
| Defendants. | |

Having considered the application filed by Defendant Gary Tanaka on March 31, 2006, and having held argument on the application on April 7, 2006, the Court hereby orders that the Clerk of Court release $500,000 of the $1,000,000 cash currently securing the $10,000,000 personal recognizance bond signed by Mr. Tanaka on June 3, 2005 ("Released Funds"). The Released Funds should be wired to the WILSON, SONSINI, GOODRICH & ROSATI TRUST ACCOUNT, pursuant to the attached wiring instructions.

SO ORDERED.

_____
Judge Kenneth M. Karas
United States District Judge