

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

**MEMO ENDORSED**

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 17, 2006

**BY FACSIMILE**
Honorable Kenneth M. Karas
United States District Judge
United States Courthouse
500 Pearl Street, Room 920
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/18/06
```

    Re: United States v. Alberto Vilar and Gary Tanaka
         05 Cr. 621 (KMK)

Dear Judge Karas:

    The parties respectfully propose the following briefing schedule to resolve any privilege issues concerning the U.S. documents: Any motion by the Government due on May 25, 2006, response by the defendants due on June 8, 2006, and the Government's reply, if any, due no later than June 15, 2006.

         Respectfully submitted,

         MICHAEL J. GARCIA
         United States Attorney
         Southern District of New York

         By: *[signature]*
         Rhonda Jung
         Special Assistant United States Attorney
         Neil M. Barofsky
         Assistant United States Attorney
         Telephone: (212) 637-2217/2333

cc: Glenn Colton, Esq./Jessica Margolis, Esq.
    Jeffrey Hoffman, Esq.
    Eugene Licker, Esq./Amanda Merkur, Esq.

*The briefing schedule regarding any privilege issues related to US documents is approved.*

SO ORDERED

*[signature]*
KENNETH M. KARAS U.S.D.J.
4/17/06

TOTAL P.02