USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/18/06

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- against -

ALBERTO WILLIAM VILAR, a/k/a "Albert Vilar," and GARY ALAN TANAKA

Defendants.

S2 05 Cr. 621 (KMK)

ECF CASE

AMENDED ORDER AMENDING LEVEL OF CASH SECURITY REQUIRED TO SECURE GARY TANAKA'S PERSONAL RECOGNIZANCE BOND

Having considered the application filed by Defendant Gary Tanaka on March 31, 2006, and having held argument on the application on April 7, 2006, the Court hereby orders that the Clerk of Court release $500,000 of the $1,000,000 cash currently securing the $10,000,000 personal recognizance bond signed by Mr. Tanaka on June 3, 2005, as well as any interest earned with respect to the $500,000 (collectively, the "Released Funds"). A check in the amount of the Released Funds should be issued in the name of WILSON, SONSINI, GOODRICH & ROSATI TRUST ACCOUNT.

SO ORDERED.

Judge Kenneth M. Karas
United States District Judge  4/18/06