UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | S2 05 Cr. 621 (KMK) |
| - against - | ECF CASE |
| ALBERTO WILLIAM VILAR, a/k/a "Albert Vilar," and GARY ALAN TANAKA | ORDER |
| Defendants. | |

The Court hereby orders that the Clerk of Court transfer the $500,000 cash currently securing the $10,000,000 personal recognizance bond signed by Mr. Tanaka on June 3, 2005 into an interest-bearing account.

SO ORDERED.

Judge Kenneth M. Karas
United States District Judge     5/5/06

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/8/06