UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | S3 05 Cr. 621 (KMK) |
| - against - | ECF CASE |
| ALBERTO WILLIAM VILAR, a/k/a "Albert Vilar," and GARY ALAN TANAKA<br>Defendants. | ORDER AMENDING BAIL CONDITIONS |

Having considered the application filed by Defendant Gary Tanaka on August 23, 2006, and having held argument on the application on August 24, 2006, the Court hereby orders that the Clerk of Court release the remaining $500,000 cash currently securing the $10,000,000 personal recognizance bond signed by Mr. Tanaka on June 3, 2005, as well as any interest earned with respect to the $500,000 (collectively, the "Released Funds"). A check in the amount of the Released Funds should be issued in the name of WILSON, SONSINI, GOODRICH & ROSATI TRUST ACCOUNT.

The Court further orders that the conditions of Gary Tanaka's house arrest be modified to permit Mr. Tanaka to leave his son's apartment Tuesday, Thursday and Friday between 7:30 a.m. and 5:30 p.m., provided that he leaves a phone message for pre-trial services prior to leaving and upon returning to the apartment. Mr. Tanaka continues to be permitted to leave the apartment Monday and Wednesday at the discretion of pre-trial services pursuant to this Court's oral order dated April 7, 2006.

SO ORDERED.

Judge Kenneth M. Karas
United States District Judge  8/27/06