UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | S3 05 Cr. 621 (KMK) |
| against | ECF CASE |
| ALBERTO WILLIAM VILAR, a/k/a "Albert Vilar," and GARY ALAN TANAKA, | |
| Defendants. | |

## NOTICE OF MOTION BY DEFENDANT
## GARY TANAKA'S MOTION FOR A *FRANKS* HEARING

Defendant Gary Alan Tanaka, by his attorneys, hereby moves for a hearing pursuant to *Franks v. Delaware*, 438 U.S. 154 (1978). In support of his motion, Mr. Tanaka submits the accompanying Memorandum of Law, the Declaration of Jessica L. Margolis and the Affidavit of Eugene Licker.

Dated: August 30, 2006
      New York, New York

By:  /s/ Glenn C. Colton

Glenn C. Colton (GC-2493)
Jessica L. Margolis (JM-7786)
WILSON SONSINI GOODRICH & ROSATI
PROFESSIONAL CORPORATION
12 E. 49th Street, 30th Floor
New York, New York 10017
Tel: 212.999.5800

Steven Kobre
Justin M. Sher
KOBRE & KIM LLP
800 Third Avenue
New York, New York 10022
Tel: 212.488.1234

*Attorneys for Defendant
Gary Alan Tanaka*