# Exhibit O

`<MENU>` to return to headlines.                                61 n Equity **CN**

| Search | GO | Options | Related Info | BN Sep 12 2005 18:31:59 |

Vilar May Have Defrauded Other Clients, U.S. Investigator Says      Page 1/5

By Bob Van Voris
   Sept. 12 (Bloomberg) -- Alberto Vilar and Gary Tanaka, cofounders of New York's Amerindo Investment Advisors Inc., may have stolen from more than the one investor they're charged with defrauding, a postal investigator said.
   In a statement filed under seal in May and released today, a U.S. postal inspector identified a second possible victim in addition to Lily Cates, the New York woman who claims Vilar and Tanaka stole $5 million from her. The investigator also said Cates referred her to three other investors who Cates believed ``may have had trouble'' getting their money from Amerindo.
   ``There is reason to be concerned that other investors are likewise being victimized by Vilar and Tanaka,'' said U.S. Postal Inspector Cynthia M. Fraterrigo in the May 25 affidavit filed in support of a warrant to search Amerindo's Park Avenue offices.
   If true, the existence of additional victims may mean new charges for Vilar, 64, and Tanaka, 62, who face 10 years in prison if convicted on the existing charges of conspiracy, securities fraud, investment adviser fraud, mail fraud, wire fraud and money laundering.

Australia 61 2 9777 8600    Brazil 5511 3048 4500    Europe 44 20 7330 7500    Germany 49 69 920410
Hong Kong 852 2977 6000  Japan 81 3 3201 8900  Singapore 65 6212 1000  U.S. 1 212 318 2000  Copyright 2006 Bloomberg L.P.
G394-296-0 25-Aug-06  9:14:31

Bloomberg

```
<MENU> to return to headlines.                              61 n Equity CN
```

| Search | GO | Options | Related Info | BN Sep 12 2005 18:31:59 |

Vilar May Have Defrauded Other Clients, U.S. Investigator Says     Page 2/5

One of the investors identified in the papers said in an interview that she had no trouble getting her money from Amerindo. Jeffrey Hoffman, Vilar's lawyer, didn't return voicemail messages seeking comment. Glen Colton, a lawyer for Tanaka, declined to respond to the specifics of the government's claims.

"Tanaka is looking forward to his day in court," said Colton.

                    Search Warrant

Fraterrigo's affidavit became public today in papers filed by Vilar asking U.S. District Judge Kenneth Karas to throw out evidence seized from Amerindo and statements he made to investigators. Tanaka also filed a request today asking Karas to suppress his statements.

Fraterrigo's statement claims that Lisa Mayer, an Amerindo investor since 1987, "described years of begging Vilar to release some of their investment to pay for the care of her sick father -- who Vilar had known for some 30 years, and who was one of Vilar's original investors -- and Vilar's rejection of those

Australia 61 2 9777 8600     Brazil 5511 3048 4500     Europe 44 20 7330 7500     Germany 49 69 920410
Hong Kong 852 2977 6000  Japan 81 3 3201 8900  Singapore 65 6212 1000  U.S. 1 212 318 2000  Copyright 2006 Bloomberg L.P.
                                                                              G394-296-0 25-Aug-06 9:14:42

Bloomberg

```
<MENU> to return to headlines.                           61 n Equity CN
```

| Search | GO | Options | Related Info | BN Sep 12 2005 18:31:59 |

Vilar May Have Defrauded Other Clients, U.S. Investigator Says      Page 3/5
requests.''
     Mayer, who said she had dated Vilar ``on and off'' for about
10 years, according to Fraterrigo, claimed Vilar had threatened
to create tax problems for her and her family if they sued to
recover $11 million they had invested with Amerindo.

                        Civil Lawsuits

     Last year, Vilar and Amerindo sued Mayer, her sister and a
private investigator in New York state court claiming they had
spread false rumors that he was stealing client money. Vilar
dropped the suit after he was arrested. The Mayers' countersuit
for the return of their money is proceeding.
     Fraterrigo also said that Cates, who is the mother of
actress Phoebe Cates, told her that Amerindo investors Brian
Harvey, Paul Marcus and Joy Urich ``may have had trouble
redeeming all or part of their investments.''
     Urich, contacted at her home near San Diego, says Amerindo
returned her money.
     ``We got our money out in time, several years ago,'' said
Urich, who says she is a longtime friend of Cates.

Australia 61 2 9777 8600      Brazil 5511 3048 4500     Europe 44 20 7330 7500       Germany 49 69 920410
Hong Kong 852 2977 6000 Japan 81 3 3201 8900 Singapore 65 6212 1000 U.S. 1 212 318 2000 Copyright 2006 Bloomberg L.P.
                                                                       G394-296-0 25-Aug-06 9:14:46

Bloomberg

&lt;MENU&gt; to return to headlines.                              61 n Equity **CN**

| Search | GO | Options | Related Info | BN Sep 12 2005 18:31:59 |

Vilar May Have Defrauded Other Clients, U.S. Investigator Says   Page 4/5
   ``I introduced Lily to Albert, I regret to say,'' Urich said, using the name Vilar was born with.
      Harvey and Marcus couldn't be located.
      Amerindo has been sued by the U.S. Securities and Exchange Commission and is being supervised by a court-appointed monitor.
      The case is U.S. v. Vilar, 05-CR-621, U.S. District Court for the Southern District of New York.

--Editor: Aarons.

Story illustration: To see a graph of Amerindo Technology Fund's performance, click  ATCHX US &lt;Equity&gt; GP W &lt;GO&gt; .
To see a menu of Bloomberg legal resources, click
  BLAW &lt;GO&gt; . To see other top legal stories, click  TLAW &lt;GO&gt; .

To contact the reporter on this story:
Bob Van Voris in U.S. District Court in New York at (1)(212) 617-4171 or rvanvoris@bloomberg.net.

To contact the editor responsible for this story:
Patrick Oster in New York at (1)(212) 617-4088

Australia 61 2 9777 8600    Brazil 5511 3048 4500    Europe 44 20 7330 7500    Germany 49 69 920410
Hong Kong 852 2977 6000  Japan 81 3 3201 8900  Singapore 65 6212 1000  U.S. 1 212 318 2000  Copyright 2006 Bloomberg L.P.
                                                                        G394-256-0 25-Aug-06  9:14:50

Bloomberg

&lt;MENU&gt; to return to headlines.                                                         61 n **Equity CN**

| Search | GO | Options | Related Info | BN Sep 12 2005 18:31:59 |

Vilar May Have Defrauded Other Clients, U.S. Investigator Says          Page 5/5
or poster@bloomberg.net.