# Exhibit P

# AMERINDO INVESTMENT ADVISORS INC.

17A CURZON STREET  LONDON W1Y 7FE
TEL: 629 2349 TLX: 291735 AML UK

## CLIENT CONFIRMATION

We have today made entry to your Account as indicated below.
See below explanations of symbols in 'Type of Entry' column.

| BOT/SOLD | DATE | DESCRIPTION | CLASS | TYPE OF ENTRY | AMOUNT | ACCOUNT |
|---|---|---|---|---|---|---|
| SOLD | 12-31-90 | REDEMPTION OF 47.3 SHARES AMERINDO INTERNATIONAL VENTURE FUND AT $739.49 PER SHARE | D | JE | $35,000 | |

MS. LILY CATES

| | | |
|---|---|---|
| CK | Check | CIE | Correcting entry |
| DIV | Dividend | JE | Journal entry |
| TAX | Taxes withheld | INT | Interest |
| EXI | Security exchange | TFD | Funds transfer |
| SUB | Subscription | FRS | Fractional shares |

REDACTED

LC-00445

# AMERINDO INVESTMENT ADVISORS INC.

17A CURZON STREET  LONDON W1Y 7FE
TEL. 629 2349 TLX: 291735 AML UK

## CLIENT CONFIRMATION

We have today made entry to your Account as indicated below.
See below explanations of symbols in 'Type of Entry' column.

| BOT/SOLD | DATE | DESCRIPTION | CLASS | TYPE OF ENTRY | AMOUNT | ACCOUNT |
|---|---|---|---|---|---|---|
| | 12-21-90 | WIRE TRANSFER OF $35,000 TO BANK A/C # | D | TFD | $35,000 | |

MS. LILY CATES

| CK | Check | CJE | Correcting entry |
| DIV | Dividend | JE | Journal entry |
| TAX | Taxes withheld | INT | Interest |
| EXI | Security exchange | TFD | Funds transfer |
| SUB | Subscription | FRS | Fractional shares |

REDACTED

LC-00448

# AMERINDO INVESTMENT ADVISORS INC.

17A CURZON STREET  LONDON W1Y 7FE
TEL: 629 2349 TLX: 291735 AML UK

## CLIENT CONFIRMATION

We have today made entry to your Account as indicated below.
See below explanations of symbols in 'Type of Entry' column.

| BOT/SOLD | DATE | DESCRIPTION | CLASS | TYPE OF ENTRY | AMOUNT | ACCOUNT |
|---|---|---|---|---|---|---|
| SOLD | 05-31-91 | 64.6764 SHARES OF AMERINDO INTERNATIONAL VENTURE FUND I @ $773.08 PER SHARE | D | JE | $50,000 | |

MS. LILY CATES

| CK | Check | CJE | Correcting entry |
|---|---|---|---|
| DIV | Dividend | JE | Journal entry |
| TAX | Taxes withheld | INT | Interest |
| EXI | Security exchange | TFD | Funds transfer |
| SUB | Subscription | FRS | Fractional shares |

REDACTED

LC-00451



## AMERINDO INVESTMENT ADVISORS INC.

17A CURZON STREET  LONDON W1Y 7FE
TEL: 629 2349 TLX: 291735 AML UK

### CLIENT CONFIRMATION

We have today made entry to your Account as indicated below.
See below explanations of symbols in 'Type of Entry' column.

| BOT/SOLD | DATE | DESCRIPTION | CLASS | TYPE OF ENTRY | AMOUNT | ACCOUNT |
|---|---|---|---|---|---|---|
| | 06-03-91 | WIRE TRANSFER OF $50,000 TO BANK A/C # | D | TFD | $50,000 | |

MS. LILY CATES

| CK | Check | CJE | Correcting entry |
|---|---|---|---|
| DIV | Dividend | JE | Journal entry |
| TAX | Taxes withheld | INT | Interest |
| EXI | Security exchange | TFD | Funds transfer |
| SUB | Subscription | FRS | Fractional shares |

REDACTED

LC-00449

# AMERINDO INVESTMENT ADVISORS INC.

17A CURZON STREET  LONDON W1Y 7FE
TEL: 629 2349 TLX: 291735 AML UK

## CLIENT CONFIRMATION

We have today made entry to your Account as indicated below.
See below explanations of symbols in 'Type of Entry' column.

| BOT/SOLD | DATE | DESCRIPTION | CLASS | TYPE OF ENTRY | AMOUNT | ACCOUNT |
|---|---|---|---|---|---|---|
| · | 06-28-91 | CHECK MADE OUT TO R. ESMERIAN INC. FOR $100,000 | D | CK | $100,000 | |

MS. LILY CATES

| | |
|---|---|
| CK  Check | CJE  Correcting entry |
| DIV  Dividend | JE  Journal entry |
| TAX  Taxes withheld | INT  Interest |
| EXI  Security exchange | TFD  Funds transfer |
| SUB  Subscription | FRS  Fractional shares |

REDACTED

LC-00452

# AMERINDO INVESTMENT ADVISORS INC.

17A CURZON STREET  LONDON W1Y 7FE
TEL: 629 2349 TLX: 291735 AML UK

## CLIENT CONFIRMATION

We have today made entry to your Account as indicated below.
See below explanations of symbols in 'Type of Entry' column.

| BOT/SOLD | DATE | DESCRIPTION | CLASS | TYPE OF ENTRY | AMOUNT | ACCOUNT |
|---|---|---|---|---|---|---|
| . | 09-10-91 | CHECK FOR $175,000 MADE OUT TO LILY CATES | D | CK | $175,000 | |

MS. LILY CATES

CK    Check
DIV   Dividend
TAX   Taxes withheld
EXI   Security exchange
SUB   Subscription

CJE   Correcting entry
JE    Journal entry
INT   Interest
TFD   Funds transfer
FRS   Fractional shares

**REDACTED**

LC-00453

# AMERINDO INVESTMENT ADVISORS INC.

17A CURZON STREET  LONDON W1Y 7FE
TEL: 629 2349 TLX: 291735 AML UK

## CLIENT CONFIRMATION

We have today made entry to your Account as indicated below.
See below explanations of symbols in 'Type of Entry' column.

| BOT/SOLD | DATE | DESCRIPTION | CLASS | TYPE OF ENTRY | AMOUNT | ACCOUNT |
|---|---|---|---|---|---|---|
| SOLD | 10.31.92 | REDEMPTION OF 86 UNITS OF AMERINDO INTERNATIONAL VENTURE FUND I @ $872.14 PER SHARE | D | JE | $75,000.00 | |

MS. LILY CATES

| | | | |
|---|---|---|---|
| CK | Check | CJE | Correcting entry |
| DIV | Dividend | JE | Journal entry |
| TAX | Taxes withheld | INT | Interest |
| EXI | Security exchange | TFD | Funds transfer |
| SUB | Subscription | FRS | Fractional shares |

REDACTED

LC-00481

# AMERINDO INVESTMENT ADVISORS INC.

17A CURZON STREET  LONDON W1Y 7FE
TEL: 629 2349 TLX: 291735 AML UK

## CLIENT CONFIRMATION

We have today made entry to your Account as indicated below.
See below explanations of symbols in 'Type of Entry' column.

| BOT/SOLD | DATE | DESCRIPTION | CLASS | TYPE OF ENTRY | AMOUNT | ACCOUNT |
|---|---|---|---|---|---|---|
| | 10.26.92 | WIRE TRANSFER TO LILY CATES, BANK SUPERSAVER ACCOUNT # FOR $75,000.00 | D | CK | $75,000.00 | |

MS. LILY CATES

| | |
|---|---|
| CK | Check |
| DIV | Dividend |
| TAX | Taxes withheld |
| EXI | Security exchange |
| SUB | Subscription |

| | |
|---|---|
| CJE | Correcting entry |
| JE | Journal entry |
| INT | Interest |
| TFD | Funds transfer |
| FRS | Fractional shares |

REDACTED

LC-00482

# AMERINDO INVESTMENT ADVISORS INC.

17A CURZON STREET LONDON W1Y 7FE
TEL: 071-629 2349  FAX: 071-493 5758

## CLIENT CONFIRMATION

We have today made entry to your Account as indicated below.
See below explanations of symbols in 'Type of Entry' column.

| BOT/SOLD | DATE | DESCRIPTION | CLASS | TYPE OF ENTRY | AMOUNT | ACCOUNT |
|---|---|---|---|---|---|---|
|  | 12.28.92 | REDEMPTION OF 154 SHARES OF AMERINDO INTERNATIONAL VENTURE FUND I ON 12.28.92 AT $941.51 PER SHARE | D | RED | $144,992.54 |  |

MS. LILY CATES

| | | | |
|---|---|---|---|
| MAT | Maturity | RED | Redemption |
| CK | Check | CIE | Correcting entry |
| DIV | Dividend | JE | Journal entry |
| TAX | Taxes witheld | INT | Interest |
| EXI | Security exchange | TFD | Funds transfer |
| SUB | Subscription | FRS | Fractional shares |

## REDACTED

LC-00457

# AMERINDO INVESTMENT ADVISORS INC.

17A CURZON STREET  LONDON W1Y 7FE
TEL: 071-629 2349  FAX: 071-493 5758

## CLIENT CONFIRMATION

We have today made entry to your Account as indicated below.
See below explanations of symbols in "Type of Entry" column.

| BOT/SOLD | DATE | DESCRIPTION | CLASS | TYPE OF ENTRY | AMOUNT | ACCOUNT |
|---|---|---|---|---|---|---|
| | 12.28.92 | WIRE TRANSFER OF $145,000 TO BANK A/C # | D | TFD | $145,000 | |

MS. LILY CATES

MAT  Maturity
CK   Check
DIV  Dividend
TAX  Taxes withheld
EXI  Security exchange
SUB  Subscription

RED  Redemption
CJE  Correcting entry
JE   Journal entry
INT  Interest
TFD  Funds transfer
FRS  Fractional shares

REDACTED

LC-00456

# AMERINDO INVESTMENT ADVISORS INC.

17A CURZON STREET LONDON W1Y 7FE
TEL: 071-629 2349  FAX: 071-493 5758

## CLIENT CONFIRMATION

We have today made entry to your Account as indicated below.
See below explanations of symbols in 'Type of Entry' column.

| BOT/SOLD | DATE | DESCRIPTION | CLASS | TYPE OF ENTRY | AMOUNT | ACCOUNT |
|---|---|---|---|---|---|---|
| SLD | 02.28.93 | REDEMPTION OF 46.64 SHARES OF AMERINDO INTERNATIONAL VENTURE FUND I @ $964.88 PER SHARE | D | JE | $45,000.00 | |

MS. LILY CATES

| | | | |
|---|---|---|---|
| MAT | Maturity | RED | Redemption |
| CK | Check | CJE | Correcting entry |
| DIV | Dividend | JE | Journal entry |
| TAX | Taxes witheld | INT | Interest |
| EXI | Security exchange | TFD | Funds transfer |
| SUB | Subscription | FRS | Fractional shares |

**REDACTED**

LC-00483

# AMERINDO INVESTMENT ADVISORS INC.

17A CURZON STREET  LONDON W1Y 7FE
TEL: 071-629 2349  FAX: 071-493 5758

## CLIENT CONFIRMATION

We have today made entry to your Account as indicated below.
See below explanations of symbols in 'Type of Entry' column.

| BOT/SOLD | DATE | DESCRIPTION | CLASS | TYPE OF ENTRY | AMOUNT | ACCOUNT |
|----------|------|-------------|-------|---------------|--------|---------|
|  | 03.01.93 | WIRE TRANSFER OF $45,000 TO BANK A/C # | D | TFD | $45,000 |  |

MS. LILY CATES

| | | | |
|---|---|---|---|
| MAT | Maturity | RED | Redemption |
| CK | Check | CJE | Correcting entry |
| DIV | Dividend | JE | Journal entry |
| TAX | Taxes withheld | INT | Interest |
| EX1 | Security exchange | TFD | Funds transfer |
| SUB | Subscription | FRS | Fractional shares |

REDACTED

LC-00484

# AMERINDO INVESTMENT ADVISORS INC.

17A CURZON STREET LONDON W1Y 7FE
TEL: 071-629 2349  FAX: 071-493 5758

## CLIENT CONFIRMATION

We have today made entry to your Account as indicated below.
See below explanations of symbols in 'Type of Entry' column.

| BOT/SOLD | DATE | DESCRIPTION | CLASS | TYPE OF ENTRY | AMOUNT | ACCOUNT |
|----------|------|-------------|-------|---------------|--------|---------|
| SLD | 07.01.93 | REDEMPTION OF 51.41 UNITS OF AMERINDO INTERNATIONAL VENTURE FUND I. @ $972.47 PER UNIT | D | JE | $50,000.00 | |

MS. LILY CATES

| | |
|---|---|
| MAT | Maturity |
| CK | Check |
| DIV | Dividend |
| TAX | Taxes witheld |
| EXI | Security exchange |
| SUB | Subscription |

| | |
|---|---|
| RED | Redemption |
| CIE | Correcting entry |
| JE | Journal entry |
| INT | Interest |
| TFD | Funds transfer |
| FRS | Fractional shares |

REDACTED

LC-00485

# AMERINDO INVESTMENT ADVISORS INC.

17A CURZON STREET LONDON W1Y 7FE
TEL: 071-629 2349  FAX: 071-493 5758

## CLIENT CONFIRMATION

We have today made entry to your Account as indicated below.
See below explanations of symbols in 'Type of Entry' column.

| BOT/SOLD | DATE | DESCRIPTION | CLASS | TYPE OF ENTRY | AMOUNT | ACCOUNT |
|---|---|---|---|---|---|---|
| | 07.01.93 | WIRE TRANSFER OF $50,000 TO BANK A/C # | D | TFD | $50,000 | |

MS. LILY CATES

| | | | |
|---|---|---|---|
| MAT | Maturity | RED | Redemption |
| CK | Check | CJE | Correcting entry |
| DIV | Dividend | JE | Journal entry |
| TAX | Taxes witheld | INT | Interest |
| EXI | Security exchange | TFD | Funds transfer |
| SUB | Subscription | FRS | Fractional shares |

REDACTED

LC-00486

# AMERINDO INVESTMENT ADVISORS INC.

17A CURZON STREET  LONDON W1Y 7FE
TEL : 071-629 2349  FAX : 071-493 5758

## CLIENT CONFIRMATION

We have today made entry to your Account as indicated below.
See below explanations of symbols in "Type of Entry" column.

| BOT/SOLD | DATE | DESCRIPTION | CLASS | TYPE OF ENTRY | AMOUNT | ACCOUNT |
|----------|------|-------------|-------|---------------|--------|---------|
| SLD | 10.31.93 | REDEMPTION OF 45.84 UNITS OF AMERINDO INTERNATIONAL VENTURE FUND I @ $981.67 PER UNIT | D | JE | $45,000.00 | |

MS. LILY CATES

| | | | |
|---|---|---|---|
| MAT | Maturity | RED | Redemption |
| CK | Check | CJE | Correcting entry |
| DIV | Dividend | JE | Journal entry |
| TAX | Taxes withheld | INT | Interest |
| EXI | Security exchange | TFD | Funds transfer |
| SUB | Subscription | FRS | Fractional shares |

REDACTED

LC-00487

# AMERINDO INVESTMENT ADVISORS INC.

17A CURZON STREET  LONDON W1Y 7FE
TEL.: 071-629 2349  FAX: 071-493 5758

## CLIENT CONFIRMATION

We have today made entry to your Account as indicated below.
See below explanations of symbols in Type of Entry column.

| BOT/SOLD | DATE | DESCRIPTION | CLASS | TYPE OF ENTRY | AMOUNT | ACCOUNT |
|---|---|---|---|---|---|---|
| | 10.25.93 | WIRE TRANSFER OF $45,000 TO BANK A/C # | D | TFD | $45,000 | |

MS. LILY CATES

MAT  Maturity
CK   Check
DIV  Dividend
TAX  Taxes withheld
EXI  Security exchange
SUB  Subscription

RED  Redemption
CJE  Correcting entry
JE   Journal entry
INT  Interest
TFD  Funds transfer
FRS  Fractional shares

**REDACTED**

LC-00488

## AMERINDO INVESTMENT ADVISORS INC.

17A CURZON STREET LONDON W1Y 7FE
TEL: 071-629 2349  FAX: 071-493 5758

### CLIENT CONFIRMATION

We have today made entry to your Account as indicated below.
See below explanations of symbols in Type of Entry column.

| BOT/SOLD | DATE | DESCRIPTION | CLASS | TYPE OF ENTRY | AMOUNT | ACCOUNT |
|---|---|---|---|---|---|---|
| SLD | 03.31.94 | REDEMPTION OF 86.1 UNITS OF AMERINDO INTERNATIONAL VENTURE FUND I @ $1045.29 PER UNIT FOR A TOTAL VALUE OF $90,000 | D | RED | $90,000.00 | |
| | MS. LILY CATES | | | | | |

( 2 )

*Collect 5/27/94 5 post to Lierry*
*To cover legal taxes.*

| | | | |
|---|---|---|---|
| MAT | Maturity | RED | Redemption |
| CK | Check | CJE | Correcting entry |
| DIV | Dividend | JE | Journal entry |
| TAX | Taxes witheld | INT | Interest |
| EXI | Security exchange | TFD | Funds transfer |
| SUB | Subscription | FRS | Fractional shares |

REDACTED

LC-00458

# AMERINDO INVESTMENT ADVISORS INC.

17A CURZON STREET  LONDON W1Y 7FE
TEL.: 071-629 2349  FAX: 071-493 5758

## CLIENT CONFIRMATION

We have today made entry to your Account as indicated below.
See below explanations of symbols in 'Type of Entry' column.

| BOT/SOLD | DATE | DESCRIPTION | CLASS | TYPE OF ENTRY | AMOUNT | ACCOUNT |
|---|---|---|---|---|---|---|
|  | 04.04.94 | WIRE TRANSFER OF $65,000 TO BANK A/C # | D | CK | $65,000 |  |

For Lc
Taxes

**MS. LILY CATES**

| MAT | Maturity | | RED | Redemption. |
| CK | Check | | CJE | Correcting entry |
| DIV | Dividend | | JE | Journal entry |
| TAX | Taxes withheld | | INT | Interest |
| EXI | Security exchange | | TFD | Funds transfer |
| SUB | Subscription | | FRS | Fractional shares |

# REDACTED

LC-00459

# AMERINDO INVESTMENT ADVISORS INC.

17A CURZON STREET  LONDON W1Y 7FE
TEL: 071-629 2349  FAX: 071-493 5758

## CLIENT CONFIRMATION

We have today made entry to your Account as indicated below.
See below explanations of symbols in 'Type of Entry' column.

| BOT/SOLD | DATE | DESCRIPTION | CLASS | TYPE OF ENTRY | AMOUNT | ACCOUNT |
|---|---|---|---|---|---|---|
| SLD | 04.03.95 | REDEMPTION OF 84.34 SHARES OF AMERINDO INTERNATIONAL VENTURE FUND I @ $1185.68 PER SHARE | D | RED | $100,000.00 | |

MS. LILY CATES

| | | | | |
|---|---|---|---|---|
| MAT | Maturity | | RED | Redemption |
| CK | Check | | CJE | Correcting entry |
| DIV | Dividend | | JE | Journal entry |
| TAX | Taxes witheld | | INT | Interest |
| EXI | Security exchange | | TFD | Funds transfer |
| SUB | Subscription | | FRS | Fractional shares |

**REDACTED**

# AMERINDO INVESTMENT ADVISORS INC.

17A CURZON STREET LONDON W1Y 7FE
TEL: 071-629 2349  FAX: 071-493 5758

## CLIENT CONFIRMATION

We have today made entry to your Account as indicated below.
See below explanations of symbols in 'Type of Entry' column.

| BOT/SOLD | DATE | DESCRIPTION | CLASS | TYPE OF ENTRY | AMOUNT | ACCOUNT |
|---|---|---|---|---|---|---|
| — | 04.12.95 | WIRE TRANSFER OF $100,000.00 TO BANK A/C # | D | TFD | $100,000.00 | |

MS. LILY CATES

| | | |
|---|---|---|
| MAT Maturity | RED Redemption | |
| CK Check | CJE Correcting entry | |
| DIV Dividend | JE Journal entry | |
| TAX Taxes witheld | INT Interest | |
| EXI Security exchange | TFD Funds transfer | |
| SUB Subscription | FRS Fractional shares | |

REDACTED

LC-00461

# AMERINDO INVESTMENT ADVISORS INC.

17A CURZON STREET LONDON W1Y 7FE
TEL: 071-629 2349  FAX: 071-493 5758

## CLIENT CONFIRMATION

We have today made entry to your Account as indicated below.
See below explanations of symbols in 'Type of Entry' column.

| BOT/SOLD | DATE | DESCRIPTION | CLASS | TYPE OF ENTRY | AMOUNT | ACCOUNT |
|---|---|---|---|---|---|---|
| SLD | 05.18.95 | REDEMPTION OF 211.98 SHARES OF AMERINDO INTERNATIONAL VENTURE FUND I @ $1179.33 PER SHARE | D | RED | $250,000.00 | |

MS. LILY CATES

MAT  Maturity
CK   Check
DIV  Dividend
TAX  Taxes withheld
EXI  Security exchange
SUB  Subscription

RED  Redemption
CJE  Correcting entry
JE   Journal entry
INT  Interest
TFD  Funds transfer
FRS  Fractional shares

REDACTED

LC-00462

# AMERINDO INVESTMENT ADVISORS INC.

17A CURZON STREET  LONDON W1Y 7FE
TEL: 071-629 2349  FAX: 071-493 5758

## CLIENT CONFIRMATION

We have today made entry to your Account as indicated below.
See below explanations of symbols in 'Type of Entry' column.

| BOT/SOLD | DATE | DESCRIPTION | CLASS | TYPE OF ENTRY | AMOUNT | ACCOUNT |
|----------|------|-------------|-------|---------------|--------|---------|
| — | 05.18.95 | WIRE TRANSFER OF $250,000.00 TO<br>BANK A/C # | D | TFD | $250,000.00 | |

MS. LILY CATES

| | | | |
|---|---|---|---|
| MAT | Maturity | RED | Redemption |
| CK | Check | CJE | Correcting entry |
| DIV | Dividend | JE | Journal entry |
| TAX | Taxes witheld | INT | Interest |
| EXI | Security exchange | TFD | Funds transfer |
| SUB | Subscription | FRS | Fractional shares |

## REDACTED

LC-00463

## AMERINDO INVESTMENT ADVISORS INC.

17A CURZON STREET  LONDON W1Y 7FE
TEL: 071-629 2349  FAX: 071-493 5758

### CLIENT CONFIRMATION

We have today made entry to your Account as indicated below.
See below explanations of symbols in 'Type of Entry' column.

| BOT/SOLD | DATE | DESCRIPTION | CLASS | TYPE OF ENTRY | AMOUNT | ACCOUNT |
|----------|------|-------------|-------|---------------|--------|---------|
| SLD | 07.05.95 | REDEMPTION OF 84.56 SHARES OF AMERINDO INTERNATIONAL VENTURE FUND I @ $1182.53 PER SHARE | D | RED | $100,000.00 | |

MS. LILY CATES

| | |
|---|---|
| MAT | Maturity |
| CK | Check |
| DIV | Dividend |
| TAX | Taxes witheld |
| EXI | Security exchange |
| SUB | Subscription |

| | |
|---|---|
| RED | Redemption |
| CJE | Correcting entry |
| JE | Journal entry |
| INT | Interest |
| TFD | Funds transfer |
| FRS | Fractional shares |

## REDACTED

# AMERINDO INVESTMENT ADVISORS INC.

17A CURZON STREET  LONDON W1Y 7FE
TEL: 071-629 2349  FAX: 071-493 5758

## CLIENT CONFIRMATION

We have today made entry to your Account as indicated below.
See below explanations of symbols in 'Type of Entry' column.

| BOT/SOLD | DATE | DESCRIPTION | CLASS | TYPE OF ENTRY | AMOUNT | ACCOUNT |
|---|---|---|---|---|---|---|
| — | 07.06.95 | WIRE TRANSFER OF $100,000.00 TO BANK A/C # | D | TFD | $100,000.00 | |

MS. LILY CATES

| | | | |
|---|---|---|---|
| MAT | Maturity | RED | Redemption |
| CK | Check | CJE | Correcting entry |
| DIV | Dividend | JE | Journal entry |
| TAX | Taxes withheld | INT | Interest |
| EXI | Security exchange | TFD | Funds transfer |
| SUB | Subscription | FRS | Fractional shares |

REDACTED

LC-00464

# AMERINDO INVESTMENT ADVISORS, INC.

SUCRE BUILDING, CALLE 48 ESTE
BELLA VISTA, P.O. BOX 5168, PANAMA 5, PANAMA
TEL: (507) 264-9673  FAX: (507) 264-9667

## CLIENT CONFIRMATION

We have today made entry to your Account as indicated below.
See below explanations of symbols in "Type of Entry" column.

| BOT/SOLD | DATE | DESCRIPTION | CLASS | TYPE OF ENTRY | AMOUNT | ACCOUNT |
|----------|------|-------------|-------|---------------|--------|---------|
| SLD | 11.15.95 | REDEMPTION OF 789.18 SHARES OF AMERINDO INTERNATIONAL VENTURE FUND I @ $1,230.39 PER SHARE | D | RED | $971,000.00 | |

MS. LILY CATES

| | |
|---|---|
| MAT | Maturity |
| CK | Check |
| DIV | Dividend |
| TAX | Taxes Witheld |
| EXI | Security Exchange |
| SUB | Subscription |

| | |
|---|---|
| RED | Redemption |
| CJE | Correcting Entry |
| JE | Journal Entry |
| INT | Interest |
| TFD | Funds Transfer |
| FRS | Fractional Shares |

REDACTED

LC-00466

# AMERINDO INVESTMENT ADVISORS, INC.

SUCRE BUILDING, CALLE 48 ESTE
BELLA VISTA, P.O. BOX 5168, PANAMA 5, PANAMA
TEL: (507) 264-9673  FAX: (507) 264-9667

## CLIENT CONFIRMATION

We have today made entry to your Account as indicated below.
See below explanations of symbols in Type of Entry column.

| BOT/SOLD | DATE | DESCRIPTION | CLASS | TYPE OF ENTRY | AMOUNT | ACCOUNT |
|---|---|---|---|---|---|---|
| ⎯ | 11.26.95 | WIRE TRANSFER OF $971,000.00 TO <br><br> A/C # | D | TFD | $971,000.00 | |

MS. LILY CATES

| | | | |
|---|---|---|---|
| MAT | Maturity | RED | Redemption |
| CK | Check | CJE | Correcting Entry |
| DIV | Dividend | JE | Journal Entry |
| TAX | Taxes Witheld | INT | Interest |
| EXI | Security Exchange | TFD | Funds Transfer |
| SUB | Subscription | FRS | Fractional Shares |

**REDACTED**

LC-00467

# AMERINDO INVESTMENT ADVISORS, INC.

SUCRE BUILDING, CALLE 48 ESTE
BELLA VISTA, P.O. BOX 5168, PANAMA 5, PANAMA
TEL: (507) 264-9673 FAX: (507) 264-9667

## CLIENT CONFIRMATION

We have today made entry to your Account as indicated below.
See below explanations of symbols in 'Type of Entry' column.

| BOT/SOLD | DATE | DESCRIPTION | CLASS | TYPE OF ENTRY | AMOUNT | ACCOUNT |
|----------|------|-------------|-------|---------------|--------|---------|
| SLD | 12.28.95 | REDEMPTION OF 23.94 SHARES OF AMERINDO INTERNATIONAL VENTURE FUND I @ $1,253.14 PER SHARE | D | RED | $30,000.00 | |

MS. LILY CATES

| | | | |
|---|---|---|---|
| MAT | Maturity | RED | Redemption |
| CK | Check | CIE | Correcting Entry |
| DIV | Dividend | JE | Journal Entry |
| TAX | Taxes Witheld | INT | Interest |
| EXI | Security Exchange | TFD | Funds Transfer |
| SUB | Subscription | FRS | Fractional Shares |

REDACTED

LC-00468



# AMERINDO INVESTMENT ADVISORS, INC.

SUCRE BUILDING, CALLE 48 ESTE
BELLA VISTA, P.O. BOX 5168, PANAMA 5, PANAMA
TEL: (507) 264-9673  FAX: (507) 264-9667

## CLIENT CONFIRMATION

We have today made entry to your Account as indicated below.
See below explanations of symbols in 'Type of Entry' column.

| BOT/SOLD | DATE | DESCRIPTION | CLASS | TYPE OF ENTRY | AMOUNT | ACCOUNT |
|---|---|---|---|---|---|---|
| — | 12.28.95 | WIRE TRANSFER OF $30,000.00<br>TO<br>A/C # | D | TFD | $30,000.00 | |

MS. LILY CATES

MAT  Maturity
CK   Check
DIV  Dividend
TAX  Taxes Withheld
EXI  Security Exchange
SUB  Subscription

RED  Redemption
CJE  Correcting Entry
JE   Journal Entry
INT  Interest
TFD  Funds Transfer
FRS  Fractional Shares

REDACTED

LC-00469

# AMERINDO INVESTMENT ADVISORS, INC.

SUCRE BUILDING, CALLE 48 ESTE
BELLA VISTA, P.O. BOX 5168, PANAMA 5, PANAMA
TEL: (507) 264-9673 FAX: (507) 264-9667

## CLIENT CONFIRMATION

We have today made entry to your Account as indicated below.
See below explanations of symbols in Type of Entry column.

| BOT/SOLD | DATE | DESCRIPTION | CLASS | TYPE OF ENTRY | AMOUNT | ACCOUNT |
|---|---|---|---|---|---|---|
| SLD | 04.15.97 | REDEMPTION OF 125.60 SHARES OF AMERINDO INTERNATIONAL VENTURE FUND I @ $1,592.31 PER SHARE | D | RED | $200,000.00 | |

MS. LILY CATES

| | | | |
|---|---|---|---|
| MAT | Maturity | RED | Redemption |
| CK | Check | CJE | Correcting Entry |
| DIV | Dividend | JE | Journal Entry |
| TAX | Taxes Witheld | INT | Interest |
| EXI | Security Exchange | TFD | Funds Transfer |
| SUB | Subscription | FRS | Fractional Shares |

REDACTED

LC-00470

## AMERINDO INVESTMENT ADVISORS, INC.

SUCRE BUILDING, CALLE 48 ESTE
BELLA VISTA, P.O. BOX 5168, PANAMA 5, PANAMA
TEL: (507) 264-9673  FAX: (507) 264-9667

### CLIENT CONFIRMATION

We have today made entry to your Account as indicated below.
See below explanations of symbols in 'Type of Entry' column.

| BOT/SOLD | DATE | DESCRIPTION | CLASS | TYPE OF ENTRY | AMOUNT | ACCOUNT |
|---|---|---|---|---|---|---|
| | 04.16.97 | WIRE TRANSFER OF $200,000.00 TO           BANK A/C # | D | TFD | $200,000.00 | |

MS. LILY CATES

MAT  Maturity
CK   Check
DIV  Dividend
TAX  Taxes Witheld
EXI  Security Exchange
SUB  Subscription

RED  Redemption
CJE  Correcting Entry
JE   Journal Entry
INT  Interest
TFD  Funds Transfer
FRS  Fractional Shares

REDACTED

LC-00471

# AMERINDO INVESTMENT ADVISORS, INC.

SUCRE BUILDING, CALLE 48 ESTE
BELLA VISTA, P.O. BOX 5168, PANAMA 5, PANAMA
TEL: (507) 264-9673  FAX: (507) 264-9667

## CLIENT CONFIRMATION

We have today made entry to your Account as indicated below.
See below explanations of symbols in "Type of Entry" column.

| BOT/SOLD | DATE | DESCRIPTION | CLASS | TYPE OF ENTRY | AMOUNT | ACCOUNT |
|---|---|---|---|---|---|---|
| SLD | 10.15.97 | REDEMPTION OF 2.73 SHARES OF AMERINDO INTERNATIONAL VENTURE FUND I @ $1,813.90 PER SHARE | D | RED | $4,951.95 | |

MS. LILY CATES

| | |
|---|---|
| MAT | Maturity |
| CK | Check |
| DIV | Dividend |
| TAX | Taxes Witheld |
| EXI | Security Exchange |
| SUB | Subscription |

| | |
|---|---|
| RED | Redemption |
| CJE | Correcting Entry |
| JE | Journal Entry |
| INT | Interest |
| TFD | Funds Transfer |
| FRS | Fractional Shares |

REDACTED

LC-00472

# AMERINDO INVESTMENT ADVISORS, INC.

SUCRE BUILDING, CALLE 48 ESTE
BELLA VISTA, P.O. BOX 5168, PANAMA 5, PANAMA
TEL: (507) 264-9673  FAX: (507) 264-9667

## CLIENT CONFIRMATION

We have today made entry to your Account as indicated below.
See below explanations of symbols in 'Type of Entry' column.

| BOT/SOLD | DATE | DESCRIPTION | CLASS | TYPE OF ENTRY | AMOUNT | ACCOUNT |
|---|---|---|---|---|---|---|
| — | 10.15.97 | REDEMPTION OF RHODES DIVIDEND | D | RED | $95,048.05 | |

MS. LILY CATES

| | | | |
|---|---|---|---|
| MAT | Maturity | RED | Redemption |
| CK | Check | CJE | Correcting Entry |
| DIV | Dividend | JE | Journal Entry |
| TAX | Taxes Witheld | INT | Interest |
| EXI | Security Exchange | TFD | Funds Transfer |
| SUB | Subscription | FRS | Fractional Shares |

**REDACTED**

LC-00473

# AMERINDO INVESTMENT ADVISORS, INC.

SUCRE BUILDING, CALLE 48 ESTE
BELLA VISTA, P.O. BOX 5168, PANAMA 5, PANAMA
TEL: (507) 264-9673 · FAX: (507) 264-9667

## CLIENT CONFIRMATION

We have today made entry to your Account as indicated below.
See below explanations of symbols in 'Type of Entry' column.

| BOT/SOLD | DATE | DESCRIPTION | CLASS | TYPE OF ENTRY | AMOUNT | ACCOUNT |
|---|---|---|---|---|---|---|
| — | 10.15.97 | WIRE TRANSFER OF $100,000.00 TO BANK A/C # | D | TFD | $100,000.00 | |

MS. LILY CATES

| MAT | Maturity | RED | Redemption |
|---|---|---|---|
| CK | Check | CJE | Correcting Entry |
| DIV | Dividend | JE | Journal Entry |
| TAX | Taxes Witheld | INT | Interest |
| EXI | Security Exchange | TFD | Funds Transfer |
| SUB | Subscription | FRS | Fractional Shares |

REDACTED

LC-00475

# AMERINDO INVESTMENT ADVISORS, INC.

SUCRE BUILDING, CALLE 48 ESTE
BELLA VISTA, P.O. BOX 5168, PANAMA 5, PANAMA
TEL: (507) 264-9673 FAX: (507) 264-9667

## CLIENT CONFIRMATION

We have today made entry to your Account as indicated below.
See below explanations of symbols in 'Type of Entry' column.

| BOT/SOLD | DATE | DESCRIPTION | CLASS | TYPE OF ENTRY | AMOUNT | ACCOUNT |
|---|---|---|---|---|---|---|
| — | 12.09.98 | REDEMPTION OF RHODES CAPITAL GROUP DIVIDENDS | D | RED | $75,000.00 | |

MS. LILY CATES

| | | | |
|---|---|---|---|
| MAT | Maturity | RED | Redemption |
| CK | Check | CE | Correcting Entry |
| DIV | Dividend | JE | Journal Entry |
| TAX | Taxes Withheld | INT | Interest |
| EXI | Security Exchange | TFD | Funds Transfer |
| SUB | Subscription | FRS | Fractional Shares |

**REDACTED**

LC-00476

# AMERINDO INVESTMENT ADVISORS, INC.

SUCRE BUILDING, CALLE 48 ESTE
BELLA VISTA, P.O. BOX 5168, PANAMA 5, PANAMA
TEL: (507) 264-9673 FAX: (507) 264-9667

## CLIENT CONFIRMATION

We have today made entry to your Account as indicated below.
See below explanations of symbols in "Type of Entry" column.

| BOT/SOLD | DATE | DESCRIPTION | CLASS | TYPE OF ENTRY | AMOUNT | ACCOUNT |
|---|---|---|---|---|---|---|
| | 03.31.99 | REDEMPTION OF ACCUMULATED DIVIDENDS + INTEREST EARNED ACCOUNT | D | RED | $215,000.00 | |

MS. LILY CATES

| | | | |
|---|---|---|---|
| MAT | Maturity | RED | Redemption |
| CK | Check | CIE | Correcting Entry |
| DIV | Dividend | JE | Journal Entry |
| TAX | Taxes Withheld | INT | Interest |
| EXI | Security Exchange | TFD | Funds Transfer |
| SUB | Subscription | FRS | Fractional Shares |

REDACTED

LC-00477

# AMERINDO INVESTMENT ADVISORS, INC.

SUCRE BUILDING, CALLE 48 ESTE
BELLA VISTA, P.O. BOX 5168, PANAMA 5, PANAMA
TEL: (507) 264-9673  FAX: (507) 264-9667

## CLIENT CONFIRMATION

We have today made entry to your Account as indicated below.
See below explanations of symbols in 'Type of Entry' column.

| BOT/SOLD | DATE | DESCRIPTION | CLASS | TYPE OF ENTRY | AMOUNT | ACCOUNT |
|---|---|---|---|---|---|---|
| ... | 3.31.99 | WIRE TO A/C #¹ | D | TFD | $215,000.00 | |

MS. LILY CATES

| | | | | |
|---|---|---|---|---|
| MAT | Maturity | | RED | Redemption |
| CK | Check | | CJE | Correcting Entry |
| DIV | Dividend | | JE | Journal Entry |
| TAX | Taxes Withheld | | INT | Interest |
| EXI | Security Exchange | | TFD | Funds Transfer |
| SUB | Subscription | | FRS | Fractional Shares |

**REDACTED**

# AMERINDO INVESTMENT ADVISORS, INC.

SUCRE BUILDING, CALLE 48 ESTE
BELLA VISTA, P.O. BOX 5168, PANAMA 5, PANAMA
TEL: (507) 264-9673  FAX: (507) 264-9667

## CLIENT CONFIRMATION

We have today made entry to your Account as indicated below.
See below explanations of symbols in 'Type of Entry' column.

| BOT/SOLD | DATE | DESCRIPTION | CLASS | TYPE OF ENTRY | AMOUNT | ACCOUNT |
|---|---|---|---|---|---|---|
| ... | 06.30.99 | REDEMPTION OF ACCUMULATED DIVIDENDS + INTEREST EARNED ACCOUNT | D | RED | $215,000.00 | |

MS. LILY CATES

| | |
|---|---|
| MAT Maturity | RED Redemption |
| CK Check | CJE Correcting Entry |
| DIV Dividend | JE Journal Entry |
| TAX Taxes Withheld | INT Interest |
| EXI Security Exchange | TFD Funds Transfer |
| SUB Subscription | FRS Fractional Shares |

REDACTED

LC-00479

# AMERINDO INVESTMENT ADVISORS, INC.

SUCRE BUILDING, CALLE 48 ESTE
BELLA VISTA, P.O. BOX 5168, PANAMA 5, PANAMA
TEL: (507) 264-9673 FAX: (507) 264-9667

## CLIENT CONFIRMATION

We have today made entry to your Account as indicated below.
See below explanations of symbols in 'Type of Entry' column.

| BOT/SOLD | DATE | DESCRIPTION | CLASS | TYPE OF ENTRY | AMOUNT | ACCOUNT |
|---|---|---|---|---|---|---|
| ... | 06.30.99 | WIRE TO A/C # | D | TFD | $215,000.00 | |

MS. LILY CATES

| | | | |
|---|---|---|---|
| MAT | Maturity | RED | Redemption |
| CK | Check | CJE | Correcting Entry |
| DIV | Dividend | JE | Journal Entry |
| TAX | Taxes Withheld | INT | Interest |
| EXI | Security Exchange | TFD | Funds Transfer |
| SUB | Subscription | FRS | Fractional Shares |

REDACTED

LC-00480