# Exhibit Q

**Lily Cates Withdrawals**          $6,503,920.03  As per Rupert's sheets on file until 06/17/02

| Date | Amount |
|---|---|
| 09/07/1989 | $300,000.00 |
| 12/21/1990 | $35,000.00 |
| 1991 | $325,000.00 |
| 01/29/1992 | $65,000.00 |
| 04/30/1992 | $50,000.00 |
| 10/26/1992 | $75,000.00 |
| 12/28/1992 | $145,000.00 |
| 03/01/1993 | $45,000.00 |
| 07/01/1993 | $50,000.00 |
| 10/22/1993 | $45,000.00 |
| 04/04/1994 | $90,000.00 |
| 04/12/1995 | $100,000.00 |
| 05/18/1995 | $250,000.00 |
| 07/05/1995 | $100,000.00 |
| 11/26/1995 | $971,000.00 |
| 12/28/1995 | $30,000.00 |
| 10/01/1996 | $100,000.00 |
| 04/06/1997 | $200,000.00 |
| 07/17/1997 | $100,000.00 |
| 10/16/1997 | $100,000.00 |
| 09/30/1998 | $138,000.00 |
| 12/09/1998 | $75,000.00 |
| 03/31/1999 | $215,000.00 |
| 07/09/1999 | $215,000.00 |
| 10/01/1999 | $215,000.00 |
| 01/03/2000 | $215,000.00 |
| 09/14/2000 | $575,000.00 |
| 07/03/2001 | $350,000.00 |
| 03/14/2002 | $250,000.00 |
| 04/17/2002 | $50,000.00 |
| 04/18/2002 | $57,138.12 |
| 05/21/2002 | $150,000.00 |
| 05/21/2002 | $166,000.00 |
| 06/10/2002 | $500,000.00 |
| 06/17/2002 | $156,781.91 |

AUK-30-01495