# Exhibit R

# AMERINDO INVESTMENT ADVISORS, INC.

Avenida Samuel Lev
Edificio Plaza Obar
Apartado 52
Panama 5, Panai
Tel: (507) 264-96
Fax: (507) 264-96

December 26, 2000

Dr H. Mayer, Debra Mayer &
Lisa Mayer,
Condominium One Candina
Candina Street
Santruce  PR 00907
Puerto Rico

Dear Dr Mayer, Debra and Lisa:

### Re: Fixed Rate Deposit Account

This is to remind you that your Fixed Rate Deposit Account in the total sum of $11,066,713.44 will mature on December 31, 2000.  As it is a one year agreement, you were supposed to inform us in writing a month before the maturity date of your intentions regarding future investment.

We are pleased to inform you that we are happy to re-new your Fixed Rate Deposit at a rate of 11% per annum, providing the investment will be for a period of three years. This is the most favorable rate that we can offer.  Normally for institutional clients on investments of or over $10,000,000 we offer 10% for the first year, 10.5% for the second year and 11% for the third year.  Interest earned is paid annually.

We are happy to continue to pay your interest on monthly basis should you still require this service.  As in the past the interest paid is discounted by the monthly withdrawals.

We understand that you would prefer to have your payments made from a different bank.  Regretfully this is not possible.  You are an offshore client and unless you would move your investments to the USA we are not able to pay you from any other source.

Please confirm in writing that you wish us to renew your Fixed Rate Deposit Account at the above rate.  Should this not be acceptable we would wire your full principal to the bank of your choice on January 2, 2001.

With kind regards to you all and good wishes for the New Year,

Renata Tanaka

CC Alberto Vilar

[ FAX COVER PAGE ]

Att: RUPERT STABLEFORD

·DATE : January 4, 2001

TO : NAME : RENATA TANAKA
FAX NO. : 020 7493 5158

FROM : NAME : LISA MAYER
FAX NO. : 787-723-1521

Number of Pages : 2 (including cover page)

Subject / Notes : RE: FIXED RATE DEPOSIT ACCOUNT

DEAR RENATA,
As Acknowledgement to your faxed letter
DATED DECEMBER 26, 2000 WE :
x   Lisa Mayer
x   Kiki Taki
x   Andrea Mayer
AGREE To have our Total sum of :
$11,066,713.44 (FIXED-RATE DEPOSIT ACCOUNT)
AT THE RATE OF 11% per ANNum FOR A
PERIOD OF three YEARS, WITH OUR MONTHLY
DIVIDENDS BEING FORWARDED AS PER CURRENT
instructions.
   PLEASE CONFIRM RECEIPT OF this FAXED
LETTER. PLEASE SEND US To OUR HOME ADDRESS
IN PUERTO RICO BY FEDEX OUR NEW, UPDATED
ORIGINAL GUARANTEE (SIGNED BY ALBERTO AND GARY)
REFLECTING THESE CHANGES, INCLUDING THE
FOURTH QUARTER STATEMENT OF ACCOUNT

DEC-16-2004 16:35        RIVERSIDE WEST                                    P.12/40

I FAX COVER PAGE I

Att: RUPERT STABLEFORD                    DATE: January 4, 2001

TO :   NAME: RENATA TANAKA

FAX NO. : 020 7493 5158

FROM :   NAME: LISA MAYER                          ②

FAX NO. : 789-723-1521

Number of Pages : 2        (including cover page)

Subject / Notes : _____

FOR FIXED-INCOME AND EQUITIES, ALSO A
CURRENT LISTING OF STOCKS.
        ALSO PLEASE SEND TO MR. DAVID ROUNCE,
directly by separate, FEDEX A COPY OF:
THE UPDATED GUARANTEE AND THE FOURTH
QUARTER STATEMENT OF ACCOUNT.
        RENATA, we look FORWARD TO SPEAKING
personally with you FROM time to time
AND would BE DELIGHTED TO SEE you
AND GARY IN person SOON.
        OUR BEST WISHES FOR THE NEW YEAR
AND ALWAYS,

# AMERINDO INVESTMENT ADVISORS, INC.

Avenida Samuel Lewis
Edificio Plaza Obarrio
Apartado 5215
Panama 5, Panama
Tel: (507) 264-9673
Fax: (507) 264-9667

January 4, 2001

Dr H. Mayer, Debra Mayer &
Lisa Mayer
Condominium one Candina
Candina Street
Santruce PR 00907
Puerto Rico

Dear Dr Mayer, Debra & Lisa:

### Re: Fixed Rate Deposit Account

Thank you for your letter of today.

We are pleased to inform you that as per your instructions of today we have renewed your Fixed Rate Deposit Account. Please find below the main points of your new agreement:

1.      The principal invested is in the sum of $11,066,713.44.

2.      The agreed interest rate is 11% per annum, payable on monthly basis. Due to early interest withdrawals, interest paid is discounted.

3.      The investment is for a period of three years.

4.      Monthly payments will be in the amount of $96,667.74. This is payable within the first three working days of the following month.

5.      The investment will mature on December 31, 2003. We will require a written notice one month prior to maturity date informing us of your desire to redeem or re-new your investment.

We will send by FedEx signed copies of your new agreement as soon as we obtain signatures from both principals.

As you requested, please be informed that $1,000,000 invested at 11% per annum would give you a monthly interest payment of $8,735.00

We are in a process of preparing you statement for the period ending December 31, 2000 and shall forward it to you under a separate cover.

We hope the above covers all the points. Should you have any questions please do not hesitate to call us.

With kind regards,

Renata Tanaka

cc Alberto Vilar