Exhibit S

**HOFFMAN & POLLOK LLP**
ATTORNEYS AT LAW
260 MADISON AVENUE
NEW YORK, N.Y. 10016
(212) 679-2900
FAX NO: (212) 679-1844

JEFFREY C. HOFFMAN
JOHN L. POLLOK
SUSAN C. WOLFE
WILLIAM A. ROME
LISA ROSENTHAL
JACQUELINE N. LAND

MICHAEL S. POLLOK
OF COUNSEL

ROBERT H. KIERNAN
(1973 - 1995)

May 26, 2006

AUSA Deirdre McAvoy
United States Attorney's Office
Southern District of New York
One St. Andrews Plaza
New York, New York 10007
Fax: 212 637-0083

Re: United States v. Vilar, 05 Cr. 0621(KMK)

Dear Ms. McEvoy:

    Enclosed please find 3500 material regarding Eugene Licker.

    As I indicated in an email to Mr. Litt, we intend to use certain search materials to cross-examine one or more of the agents. We therefore request that you bring the following boxes to the hearing:

1) AUS 41; A00242665
2) AUS 49; A01144105
3) AUS 72 (this box does not have another inventory number on it; it contains envelope A01144292 et. al.)
4) AUS 50 (contains envelope A01144288)
5) AUS 66; A00242673
6) AUS 51; A01144115
7) AUS 68; A01144102
8) AUS 16; A01144270
9) AUS 31; A00243359
10) A01144298
11) A01144243
12) A01144252

    Thank you for your attention.

Very truly yours,

*Susan C. Wolfe*
SUSAN C. WOLFE

HOFFMAN & POLLOK LLP

Page 2
May 26, 2006

Cc: Glenn Colton, Esq.
    Stephen Kobre, Esq.