UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        - against -<br><br>ALBERTO WILLIAM VILAR, a/k/a "Albert Vilar," and GARY ALAN TANAKA<br><br>                Defendants. | S3 05 Cr. 621 (KMK)<br><br>ECF CASE |

## NOTICE OF CHANGE OF LAW FIRM ADDRESS

Please take notice that, effective September 18, 2006, the New York office of Wilson, Sonsini, Goodrich & Rosati, Professional Corporation, has relocated from 12 East 49th Street, 30th Floor, New York, New York, 10017, to the following new address:

>   Wilson, Sonsini, Goodrich & Rosati
>   1301 Avenue of the Americas, 40th Floor
>   New York, New York, 10019
>   Telephone (unchanged): 212-999-5800
>   Fax (unchanged): 212-999-5899

All further pleadings and correspondence in this action should be sent to the new address.

Dated:  New York, New York                     By:  _____/s/_____
        September 18, 2006                              Glenn C. Colton (GC-2493)
                                                       Jessica L. Margolis (JM-7786)
                                                       WILSON SONSINI GOODRICH &
                                                       ROSATI
                                                       PROFESSIONAL CORPORATION
                                                       1301 Avenue of the Americas, 40th Floor
                                                       New York, New York  10019
                                                       Tel: 212.999.5800

                                                       *Attorneys for Defendant Gary Tanaka*