# Exhibit B

```
6775VILH                hearing
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

UNITED STATES OF AMERICA,

         v.                            05 Cr. 621 (KMK)

ALBERTO VILAR and GARY TANAKA,

              Defendants.

------------------------------x

                                       July 7, 2006
                                       10:30 a.m.

Before:

                HON. KENNETH M. KARAS,

                                       District Judge

                      APPEARANCES

MICHAEL J. GARCIA
     United States Attorney for the
     Southern District of New York
BY:  MARC LITT
     DEIRDRE McEVOY
     Assistant United States Attorneys

HOFFMAN & POLLOK, L.L.P.
     Attorneys for Defendant Vilar
BY:  JEFFREY C. HOFFMAN
     SUSAN C. WOLFE

WILSON, SONSINI, GOODRICH & ROSATI
     Attorneys for Defendant Tanaka
BY:  GLENN CHARLES COLTON
     JESSICA MARGOLIS
     and
KOBRE & KIM, L.L.P.
BY:  STEVEN GARY KOBRE
     JUSTIN SHER

```
     6775VILH                    Fraterrigo - direct
```

1  Q.  In connection with that investigation, did there come a
2  time you submitted an affidavit for a search warrant?
3  A.  Yes.
4  Q.  For what location.
5  A.  For Amerindo Investment Advisors, Inc. located on 399 Park
6  Avenue, 22nd floor, New York, New York.
7  Q.  To whom did you submit your affidavit?
8  A.  To Magistrate Judge Frank Maas.
9  Q.  When did that occur?
10 A.  On May 25th, 2005, in the evening.
11 Q.  Was that the first time you applied for a warrant to search
12 the premises of Amerindo's New York office at 399 Park Avenue?
13 A.  Yes, it was.
14 Q.  Before you applied to Judge Maas for a warrant to search
15 those premises, had you applied for any other warrant in the
16 Amerindo case?
17 A.  No, I did not.
18 Q.  Where did you go to apply for the warrant?
19 A.  Went to the residence of Magistrate Maas.
20 Q.  How long did you spend in Magistrate Maas' residence,
21 approximately?
22 A.  Approximately one hour.
23 Q.  What did you observe Magistrate Maas do?
24 A.  I observed him reading the search warrant, the search
25 warrant affidavit, the arrest warrants and the complaints.