# Exhibit O

(Exhibit 1)

# AMERINDO
INVESTMENT ADVISORS INC.

399 Park Avenue 22nd Floor
New York, NY 10022
Tel (212) 371-6360
Fax (212) 371-6988

Alberto W. Vilar
*President*

August 3, 2004

Ms. Lily Cates

[REDACTED]

<u>*Via Messenger*</u>

Dear Lily:

I am really at a loss to explain why you have gone on the attack since the recent breakfast with Gene Ross, where I was again trying to help your investment results. This unexpected stance flies in the face of both my long-term record of service in accommodation to you and my repeated assurances that we would shortly update your statements this month which would reflect the excellent mid-year results, and provide more documentation on the private investments that were written down for all clients over the past year. Since that forced write-down, however, your overall portfolio has regained much of the earlier write-down, as June 30 ended on a high market note. I trust you will appreciate that Gary's extended illness and hospitalization, and James' three-month leave of absence slowed down the London office, which we regret, but was unavoidable.

My own personal involvement on your behalf over the years should speak for itself.

i.  I initially induced you to convert a bond portfolio to equities, that allowed you to participate in the bull market of the 1990s, and avoid the catastrophic losses that all bonds incurred during that period of high interest rates.
ii. I was clearly instrumental in winning your case against Merrill and Shearson.
iii. I was and remain prepared to give whatever testimony was needed for your lawsuit against Marshall's law firm.
iv. I offered equity in Amerindo, which is about to be handsomely rewarded.

Exhibit 1 cont.

v. I put my firm's research resources at your disposal to persuade you not to invest in Hamilton, which proved correct.
vi. I recently met with Gene Ross to help keep your funds invested in cash and not bonds, which are quite likely to decline with rising inflation interest rates.
vii. You were the only client Gary and I included in the proposed SBA partnership, awaiting investing authority.

For no other client in the 24-year history of Amerindo have I reached out to this extent, and continue to do so.

We are indeed proud that Amerindo ranked #1 in the nation for June 30 of this year, and believe technology will lead the market over the next five years, when you stand to do very well. No other firm or sector of the market came close to us during this period. This should certainly help the proposed joint venture I have separately discussed with you. Incidentally, we can provide you with full documentation on the write-down of the privates in all portfolios we were required to take. Since the write-downs, some privates have subsequently recovered, which would show up in future portfolio evaluations.

I will return late tomorrow afternoon from Pittsburgh and can meet with you then, or any time on Friday.

Sincerely,

Alberto

AV:ms (Dictated from Pittsburgh)

cc: Gary Tanaka

-2-

LC-01057