

**UNITED STATES OF AMERICA**
SECURITIES AND EXCHANGE COMMISSION

## ATTESTATION

I HEREBY ATTEST

that:

Attached is a copy of, Schedule 13G, received in this Commission February 1, 2005, on behalf of Amerindo Investment Advisors Inc., a California corporation, et al, under the name Homestore Inc., File No. 5-58289, pursuant to the provisions of the Securities Exchange Act of 1934.

on file in this Commission
March 22, 2006
(Date)

*Larry Mills*
Records Officer

It is hereby certified that the Associate Executive Director, Office of Filings and Information Services, U.S. Securities and Exchange Commission, Washington, D.C., which Commission was created by the Securities Exchange Act of 1934 (15 U.S.C. 78a et seq.) is official custodian of the records and files of said Commission, and all records and files created or established by the Federal Trade Commission pursuant to the provisions of the Securities Act of 1933 and transferred to this Commission in accordance with Section 210 of the Securities Exchange Act of 1934, and was such official custodian at the time of executing the above attestation, and that he/she, and persons holding the positions of Deputy Director, Associate Directors, Special Assistant to the Director, Records Officer, Branch Chief of Records Management, and the Program Analyst for the Records Officer, or any one of them, are authorized to execute the above attestation.

For the Commission

*Nancy M. Morris*
Secretary

SEC 334 (1-06)

```
                        UNITED STATES
             SECURITIES AND EXCHANGE COMMISSION
                     Washington, D.C. 20549

                         SCHEDULE 13G

            Under the Securities Exchange Act of 1934
                      (Amendment No.     )

                         HomeStore Inc.
          -----------------------------------------
                       (Name of Issuer)

                         COMMON STOCK
          -----------------------------------------
                  (Title of Class of Securities)

                          437852106
                      ------------------
                        (CUSIP Number)

                       December 31, 2004
     -------------------------------------------------------
          (Date of Event Which Requires Filing of this Statement)
```

Check the appropriate box to designate the rule pursuant to which this Schedule is filed:

   { X }   Rule 13d-1(b)

   {   }   Rule 13d-1(c)

   {   }   Rule 13d-1(d)

*The remainder of this cover page shall be filled out for a reporting person's initial filing on this form with respect to the subject class of securities, and for any subsequent amendment containing information which would alter the disclosures provided in a prior cover page.

The information required in the remainder of this cover page shall not be deemed to be "filed" for the purpose of Section 18 of the Securities Exchange Act of 1934 ("Act") or otherwise subject to the liabilities of that section of the Act but shall be subject to all other provisions of the Act (however, see the Notes).

(Continued on following pages(s))

SCHEDULE 13G

CUSIP NO. 437852106
------------------------------------------------------------------------

1)   Name of Reporting Person
     I.R.S. Identification Nos. of above persons (entities only)

     AMERINDO INVESTMENT ADVISORS INC., a California corporation, AMERINDO
     INVESTMENT ADVISORS, INC., a Panama corporation, AMERINDO INVESTMENT
     ADVISORS INC. PROFIT SHARING PLAN, AMERINDO ADVISORS (UK) LIMITED
     RETIREMENT BENEFITS SCHEME, ALBERTO W. VILAR, GARY A. TANAKA, JAMES

Disclosure Page 1

P.F. STABLEFORD and RENATA LEPORT, who disaffirm the existence of any group and who are sometimes collectively referred to as the "Reporting Persons."

---

2) Check the Appropriate Box            (a)
   if a Member of a Group               -----------------------
   (See Instructions)                   (b)
                                        -----------------------

---

3) SEC Use Only

---

4) Citizenship or Place of Organization

   See Item 4 of separate cover pages for Reporting Persons

---

Number of Shares        (5)  Sole Voting Power
Beneficially Owned
by Each Reporting            7,500 shares in the aggregate for all Reporting Persons
Person with                  and as to all but a portion of which beneficial ownership
                        is disclaimed

                        (6)  Shared Voting Power

                             7,473,138 shares in the aggregate for all Reporting Persons
                             and as to all but up to 53,400 shares of which beneficial
                        ownership is disclaimed

                        (7)  Sole Dispositive Power

                        7,500 shares in the aggregate for all Reporting Persons
                             and as to all but a portion of which beneficial ownership
                        is disclaimed

                        (8)  Shared Dispositive Power

                             7,473,138 shares in the aggregate for all Reporting Persons
                             and as to all but up to 53,400 shares of which beneficial
                        ownership is disclaimed

---

9) Aggregate Amount Beneficially
   Owned by Each Reporting Person

   7,526,538 shares in the aggregate for all Reporting Persons and as to
   all but up to 53,400 shares of which beneficial ownership is disclaimed

---

10) Check if the Aggregate Amount                                            {X}
    in Row 9 Excludes Certain
    Shares (See Instructions)

---

11) Percent of Class Represented
    by Amount in Row 9                                                    5.13%

---

12) Type of Reporting Person                                              IA, EP, IN
    (See Instructions)

---

SCHEDULE 13G

CUSIP NO.  437852106

---

1) Name of Reporting Person
   I.R.S. Identification Nos. of above persons (entities only)

   AMERINDO INVESTMENT ADVISORS INC.

---

2) Check the Appropriate Box           (a)
   if a Member of a Group               _____
   (See Instructions)                  (b)
                                        _____

---

3) SEC Use Only

---

4) Citizenship or Place of Organization

   California

---

Number of Shares       (5) Sole Voting Power                              None
Beneficially Owned
by Each Reporting      (6) Shared Voting Power
Person with
                           7,473,138 shares, as to all of which beneficial ownership
                           is disclaimed

                       (7) Sole Dispositive Power                         None

                       (8) Shared Dispositive Power

                           7,473,138 shares, as to all of which beneficial ownership
                           is disclaimed

---

9) Aggregate Amount Beneficially
   Owned by Each Reporting Person

   7,473,138 shares, as to all but a portion of which beneficial ownership
   is disclaimed

Disclosure Page 3

SEC-0000387

```
10)  Check if the Aggregate Amount                                      (X)
     in Row 9 Excludes Certain
     Shares (See Instructions)
```

```
11)  Percent of Class Represented
     by Amount in Row 9                                              5.09%
```

```
12)  Type of Reporting Person                                           IA
     (See Instructions)
```

SCHEDULE 13G

CUSIP NO.   437852106

```
1)   Name of Reporting Person
     I.R.S. Identification Nos. of above persons (entities only)

     AMERINDO INVESTMENT ADVISORS, INC.
```

```
2)   Check the Appropriate Box            (a)
     if a Member of a Group
     (See Instructions)                   (b)
```

```
3)   SEC Use Only
```

```
4)   Citizenship or Place of Organization

     Panama
```

| Number of Shares Beneficially Owned by Each Reporting Person with | | |
|---|---|---|
| | (5) Sole Voting Power | None |
| | (6) Shared Voting Power | |
| | 0 shares, as to all of which beneficial ownership is disclaimed | |
| | (7) Sole Dispositive Power | None |
| | (8) Shared Dispositive Power | |
| | 0 shares, as to all of which beneficial ownership is disclaimed | |

```
9)   Aggregate Amount Beneficially
     Owned by Each Reporting Person

     0 shares, as to all of which beneficial ownership is disclaimed


10)  Check if the Aggregate Amount                                    (X)
     in Row 9 Excludes Certain
     Shares (See Instructions)


11)  Percent of Class Represented
     by Amount in Row 9                                               0.00%


12)  Type of Reporting Person                                         IA
     (See Instructions)
```

SCHEDULE 13G

CUSIP NO.   437852106

```
1)   Name of Reporting Person
     I.R.S. Identification Nos. of above persons (entities only)

     Amerindo Investment Advisors Inc. Profit Sharing Plan


2)   Check the Appropriate Box             (a)
     if a Member of a Group                -------------------------
     (See Instructions)                    (b)
                                           -------------------------


3)   SEC Use Only


4)   Citizenship or Place of Organization

     New York


Number of Shares
Beneficially Owned    (5)  Sole Voting Power
by Each Reporting
Person with        7,500 shares, as to all of which beneficial ownership
                         is disclaimed
```

SEC-0000389

```
        (6)  Shared Voting Power                              None

        (7)  Sole Dispositive Power

             7,500 shares, as to all of which beneficial ownership
               is disclaimed

        (8)  Shared Dispositive Power                         None
```

9)  Aggregate Amount Beneficially
    Owned by Each Reporting Person

    7,500 shares, as to all of which beneficial ownership is disclaimed

10) Check if the Aggregate Amount                             {X}
    in Row 9 Excludes Certain
    Shares (See Instructions)

11) Percent of Class Represented
    by Amount in Row 9                                        0.01%

12) Type of Reporting Person                                  EP
    (See Instructions)


                            SCHEDULE 13G

CUSIP NO.   437852106

1)  Name of Reporting Person
    I.R.S. Identification Nos. of above persons (entities only)

    AMERINDO ADVISORS (UK) LIMITED RETIREMENT BENEFITS SCHEME

2)  Check the Appropriate Box           (a)
    if a Member of a Group
    (See Instructions)                  (b)

3)  SEC Use Only

4)  Citizenship or Place of Organization

United KINGDOM

```
Number of Shares        (5)  Sole Voting Power                           None
Beneficially Owned
by Each Reporting       (6)  Shared Voting Power
Person with
                             45,900 shares, as to all of which beneficial ownership
                             is disclaimed

                        (7)  Sole Dispositive Power                      None

                        (8)  Shared Dispositive Power

                             45,900 shares, as to all of which beneficial ownership
                             is disclaimed
```

9) Aggregate Amount Beneficially
   Owned by Each Reporting Person

   45,900 shares, as to all of which beneficial ownership is disclaimed

10) Check if the Aggregate Amount                                         {X}
    in Row 9 Excludes Certain
    Shares (See Instructions)

11) Percent of Class Represented
    by Amount in Row 9                                                    0.03%

12) Type of Reporting Person                                              EP
    (See Instructions)

SCHEDULE 13G

CUSIP NO.   437852106

1) Name of Reporting Person
   I.R.S. Identification Nos. of above persons (entities only)

   ALBERTO W. VILAR

2) Check the Appropriate Box          (a)
   if a Member of a Group             ---------------------------
   (See Instructions)                 (b)
                                      ---------------------------

Disclosure Page 7

SEC-0000391

3) SEC Use Only

4) Citizenship or Place of Organization

   United States

Number of Shares         (5) Sole Voting Power
Beneficially Owned
by Each Reporting        7,500 shares, as to only a portion of which beneficial
Person with              ownership is affirmed

    (6) Shared Voting Power

        7,473,138 shares, as to all but up to 53,400 shares of
        which beneficial ownership is disclaimed

    (7) Sole Dispositive Power

        7,500 shares, as to only a portion of which beneficial
        ownership is affirmed

    (8) Shared Dispositive Power

        7,473,138 shares, as to all but up to 53,400 shares of
        which beneficial ownership is disclaimed

9) Aggregate Amount Beneficially
   Owned by Each Reporting Person

   7,526,538 shares, as to all but a portion of which beneficial ownership
   is disclaimed

10) Check if the Aggregate Amount                                          {X}
    in Row 9 Excludes Certain
    Shares (See Instructions)

11) Percent of Class Represented
    by Amount in Row 9                                                     5.13%

12) Type of Reporting Person                                               IN
    (See Instructions)

SCHEDULE 13G

```
2)   Check the Appropriate Box                  (a)
     if a Member of a Group                     ---------------------------
     (See Instructions)                         (b)
                                                ---------------------------


3)   SEC Use Only


4)   Citizenship or Place of Organization

     United States
```

```
Number of Shares      (5)  Sole Voting Power                          None
Beneficially Owned
by Each Reporting     (6)  Shared Voting Power
Person with
                           7,480,638 shares, as to all but up to 45,900 shares of
                           which beneficial ownership is disclaimed

                      (7)  Sole Dispositive Power                     None

                      (8)  Shared Dispositive Power

                           7,480,638 shares, as to all but up to 45,900 shares of
                           which beneficial ownership is disclaimed


9)   Aggregate Amount Beneficially
     Owned by Each Reporting Person

     7,519,038 shares, as to all but a portion of which beneficial ownership
     is disclaimed


10)  Check if the Aggregate Amount                                    {X}
     in Row 9 Excludes Certain
     Shares (See Instructions)


11)  Percent of Class Represented
     by Amount in Row 9                                               0.03%


12)  Type of Reporting Person                                         IN
     (See Instructions)
```

SCHEDULE 13G

CUSIP NO.   437852106

1) Name of Reporting Person  
   I.R.S. Identification Nos. of above persons (entities only)

   JAMES P.F. STABLEFORD

2) Check the Appropriate Box   (a)  
   if a Member of a Group  
   (See Instructions)          (b)

3) SEC Use Only

4) Citizenship or Place of Organization

   United Kingdom

Number of Shares Beneficially Owned by Each Reporting Person with

(5) Sole Voting Power                                None

(6) Shared Voting Power

   45,900 shares, as to all of which beneficial ownership is affirmed

(7) Sole Dispositive Power                           None

(8) Shared Dispositive Power

   45,900 shares, as to all of which beneficial ownership is affirmed

9) Aggregate Amount Beneficially  
   Owned by Each Reporting Person

   45,900 shares, as to all of which beneficial ownership is affirmed

10) Check if the Aggregate Amount                    {X}  
    in Row 9 Excludes Certain  
    Shares (See Instructions)

11) Percent of Class Represented

         by Amount in Row 9                                            0.0

```
12)  Type of Reporting Person                                          IN
     (See Instructions)
```

SCHEDULE 13G

CUSIP NO.  437852106

```
1)   Name of Reporting Person
     I.R.S. Identification Nos. of above persons (entities only)

     RENATA LE PORT


2)   Check the Appropriate Box           (a)
     if a Member of a Group              _____
     (See Instructions)                  (b)
                                         _____


3)   SEC Use Only


4)   Citizenship or Place of Organization

     United Kingdom
```

| Number of Shares Beneficially Owned by Each Reporting Person with | (5) Sole Voting Power | None |
|---|---|---|
| | (6) Shared Voting Power | |
| | 45,900 shares, as to all of which beneficial ownership is affirmed | |
| | (7) Sole Dispositive Power | None |
| | (8) Shared Dispositive Power | |
| | 45,900 shares, as to all of which beneficial ownership is affirmed | |

```
9)   Aggregate Amount Beneficially
     Owned by Each Reporting Person

     45,900 shares, as to all of which beneficial ownership is affirmed
```

HOMESTORE INC - SCH 13G

```
10)  Check if the Aggregate Amount
     in Row 9 Excludes Certain                                    [X]
     Shares (See Instructions)

---------------------------------------------------------------------

11)  Percent of Class Represented
     by Amount in Row 9
                                                                0.03%

---------------------------------------------------------------------

12)  Type of Reporting Person
     (See Instructions)                                            IN

---------------------------------------------------------------------
```

SEC-0000396

Item 1.
------

    (a) The name of issuer as to whose securities this statement relates is Homestore, Inc. (the "Issuer").

    (b) The address of Issuer's principal place of business is 30700 Russell Ranch Road, Westlake Village, CA 91362.