Item 2.
-------

     (a-c) This statement is being filed by Amerindo Investment Advisors Inc., a
California corporation whose principal executive offices are located at One
Embarcadero Center, Suite 2310, San Francisco, California, 94111 ("Amerindo"),
Amerindo Investment Advisors, Inc., a Panama corporation, whose principal
executive offices are located at Edificio Sucre, Calle 48 Este, Bella Vista,
Apartado 6277, Panama 5, Panama ("Amerindo Panama"), the Amerindo Investment
Advisors Inc. Profit Sharing Plan, whose address is 399 Park Avenue, 22nd
Floor, New York, NY 10022 (the "Plan"), the Amerindo Advisors (UK) Limited
Retirement Benefits Scheme, whose address is 43 Grosvenor Street, London WIX
9PG England (the "Retirement Benefits Scheme"), Alberto W. Vilar, Gary A.
Tanaka, James P.F. Stableford, and Renata Le Port (sometimes hereinafter
collectively referred to as the "Reporting Persons"). Although this statement
is being made jointly by the Reporting Persons, each of them expressly
disaffirms membership in any group under Rule 13d-5 under the Securities
Exchange Act of 1934, as amended (the "Exchange Act"), or otherwise. Amerindo
and Amerindo Panama are sometimes hereinafter collectively referred to as the
"Advisor Entities."

     Each of the Advisor Entities is an investment advisor, and all of the
subject securities have been purchased by the Advisor Entities (or, in the case
of securities held, by the Plan and the Retirement Benefits Scheme) in the
ordinary course of their respective businesses as investment advisors and not
with the purpose of effecting change or influencing the control of the issuer
or in connection with or as a participant in any transaction having such
purpose or effect, including any transaction subject to Rule 13d-3(b) under the
Exchange Act. Amerindo is registered as an investment advisor under the
Investment Advisors Act of 1940, as amended. Messrs. Vilar and Tanaka are the
sole shareholders and directors of each of the Advisor Entities. Alberto W.
Vilar is sole trustee of the Plan, and Messrs. Alberto W. Vilar, Gary A.
Tanaka, James P.F. Stableford and Ms. Renata Le Port are joint trustees of the
Retirement Benefits Scheme (which are qualified employee benefit plans).
Because each of the Advisor Entities is obligated to act in the best interests
of its respective clients and in accordance with the respective mandates of
those clients, and because the trustee of the Plan and the trustees of the
Retirement Benefits Scheme are required to act in the best interest of the
beneficiaries thereof, there is no agreement between or among any of the
Reporting Persons to act together with respect to the issuer or its securities,
except that they may, from time to time and provided that transactions are
otherwise being effected at the same time, aggregate orders for client accounts
in order to receive more favorable trading terms.

     (d-e) This statement is being filed as to the Common Stock of
Homestore, Inc., Cusip Number 437852106.

SEC-0000398



Item 3.  If this statement is filed pursuant to Rules 13d-1(b), or 13d-2
[...] whether the document is a:

SEC-0000399

(a ) Inapplicable.

(j)    This statement is being filed jointly by the Reporting Persons, although each of them expressly disaffirms membership in any group under Rule 13d-5 under the Exchange Act.

SEC-0000400

Item 1  Ownership.

(a-c) The following table sets forth for each of the Advisor Entities and for the Plan the aggregate number of shares of the Common Stock of the Issuer beneficially owned by such person as of December 31, 2004, and the percentage which such shares constitute of the total number of shares outstanding, as reflected on the Issuer's Form 10Q for the Quarter ended September 30, 2004, unless based on more recent information obtained directly from the Issuer (with beneficial ownership determined as set forth in Rule 13d-3 under the Exchange Act, but with beneficial ownership being expressly disclaimed). Messrs. Vilar and Tanaka, as the sole shareholders and directors of the Advisor Entities, share with each other investment and dispositive power as to all of the shares shown as owned by the Advisor Entities, who otherwise have sole investment and dispositive power with respect thereto, except that each client of the Advisor Entities has the unilateral right to terminate the advisory agreement with the Advisor Entity in question on notice which typically need not exceed 30 days. Alberto W. Vilar is sole trustee of the Plan, and Messrs. Alberto W. Vilar, Gary A. Tanaka, James P.F. Stableford and Ms. Renata LePort are joint trustees of the Retirement Benefits Scheme.

| Name | No. of Shares | Percent of Class |
| --- | --- | --- |
| Amerindo | 7,473,138 | 5.09% |
| Amerindo Panama | 0 | 0.00% |
| Plan | 7,500 | 0.01% |
| Retirement Benefits Scheme | 45,900 | 0.03% |
| Alberto W. Vilar | 7,526,538 | 5.13% |
| Gary A. Tanaka | 7,519,038 | 5.12% |
| James P.F. Stableford | 45,900 | 0.03% |
| Renata Le Port | 45,900 | 0.03% |

SEC-0000401

Item 5.   Ownership of Five Percent or Less of a Class.
_____

     Inapplicable

SEC-0000402

Disclosure Page 19

SEC-0000403

The subject shares are all owned by clients of the Advisor
Entities or by the Plan and the Retirement Benefits Scheme.

SEC-0000404

Item 7.   Identification and Classification of the Subsidiary Which

Acquired the Security Being Reported on By the Parent Holding

Company.

Inapplicable.

SEC-0000405

Item 8.   Identification and Classification of Members of the Group.

(a-c) This statement is being filed by Amerindo Investment Advisors Inc., a
California corporation whose principal executive offices are located at One
Embarcadero Center, Suite 2310, San Francisco, California, 94111 ("Amerindo"),
Amerindo Investment Advisors, Inc., a Panama corporation, whose principal
executive offices are located at Edificio Sucre, Calle 48 Este, Bella Vista,
Apartado 6277, Panama 5, Panama ("Amerindo Panama"), the Amerindo Investment
Advisors Inc. Profit Sharing Plan, whose address is 399 Park Avenue, 22nd
Floor, New York, NY 10022 (the "Plan"), the Amerindo Advisors (UK) Limited
Retirement Benefits Scheme, whose address is 43 Grosvenor Street, London WIX
9PG England (the "Retirement Benefits Scheme"), Alberto W. Vilar, Gary A.
Tanaka, James P.F. Stableford, and Renata Le Port (sometimes hereinafter
collectively referred to as the"Reporting Persons").  Although this statement
is being made jointly by the Reporting Persons, each of them expressly
disaffirms membership in any group under Rule 13d-5 under the Securities
Exchange Act of 1934, as amended (the "Exchange Act"), or otherwise.  Amerindo
and Amerindo Panama are sometimes hereinafter collectively referred to as the
"Advisor Entities."

Each of the Advisor Entities is an investment advisor, and all of the
subject securities have been purchased by the Advisor Entities (or, in the case
of securities held, by the Plan and the Retirement Benefits Scheme) in the
ordinary course of their respective businesses as investment advisors and not
with the purpose of effecting change or influencing the control of the issuer
or in connection with or as a participant in any transaction having such
purpose or effect, including any transaction subject to Rule 13d-3(b) under the
Exchange Act.  Amerindo is registered as an investment advisor under the
Investment Advisors Act of 1940, as amended.  Messrs. Vilar and Tanaka are the
sole shareholders and directors of each of the Advisor Entities.  Alberto W.
Vilar is sole trustee of the Plan, and Messrs. Alberto W. Vilar, Gary A.
Tanaka, James P.F. Stableford and Ms. Renata Le Port are joint trustees of the
Retirement Benefits Scheme (which are qualified employee benefit plans).
Because each of the Advisor Entities is obligated to act in the best interests
of its respective clients and in accordance with the respective mandates of
those clients, and because the trustee of the Plan and the trustees of the
Retirement Benefits Scheme are required to act in the best interest of the
beneficiaries thereof, there is no agreement between or among any of the
Reporting Persons to act together with respect to the issuer or its securities,
except that they may, from time to time and provided that transactions are
otherwise being effected at the same time, aggregate orders for client accounts
in order to receive more favorable trading terms.

(d-e) This statement is being filed as to the Common Stock of
Homestore, Inc., Cusip Number 437852106.

SEC-0000406

Item 9.    Notice of Dissolution of Group.

SEC-0000407

Inapplicable.

SEC-0000408

Item 10.  Certification.
--------  --------------

        By signing below, the undersigned certify that, to the best of their
knowledge and belief, the securities referred to above were acquired and are
held in the ordinary course of business and were not acquired and are not
held for the purpose of or with the effect of changing or influencing the
control of the issuer of the securities and were not acquired and are not
held in connection with or as a participant in any transaction having that
purpose or effect.


                              SIGNATURES

        After reasonable inquiry and to the best of the knowledge and belief
of the undersigned, we certify that the information set forth in this
statement is true, complete and correct.

                              AMERINDO INVESTMENT ADVISORS INC.,
                              a California corporation


                         By: /s/ Alberto W. Vilar
                             ------------------------------
                             ALBERTO W. VILAR, PRESIDENT


                              AMERINDO INVESTMENT ADVISORS, INC.,
                              a Panama Corporation


                         By: /s/ Alberto W. Vilar
                             ------------------------------
                             ALBERTO W. VILAR, DIRECTOR


                     AMERINDO INVESTMENT ADVISORS INC.
                     PROFIT SHARING PLAN


                         By: /s/ Alberto W. Vilar
                             ------------------------------
                             ALBERTO W. VILAR, TRUSTEE

                     AMERINDO ADVISORS (UK) LIMITED
                     RETIREMENT BENEFITS SCHEME

                       By: /s/ Alberto W. Vilar
                           ------------------------------
                           ALBERTO W. VILAR, TRUSTEE


                         By: /s/ Gary A. Tanaka
                             ------------------------------
                             GARY A. TANAKA, TRUSTEE

SEC-0000409

By: /s/ James P.F. Stableford
------------------------------------
JAMES P.F. STABLEFORD, TRUSTEE


By: /s/ Renata Le Port
------------------------------------
RENATA LE PORT, TRUSTEE


By: /s/ Alberto W. Vilar
------------------------------------
ALBERTO W. VILAR


By: /s/ Gary A. Tanaka
------------------------------------
GARY A. TANAKA

SEC-0000410

EXHIBIT A

HOMESTORE, INC.

COMMON STOCK

437852106

We hereby agree that the within Statement on Schedule 13G regarding our
beneficial ownership of Common Stock is filed on behalf of each of us.

AMERINDO INVESTMENT ADVISORS INC.,
a California corporation

By: /s/ Alberto W. Vilar
    --------------------------------
    ALBERTO W. VILAR, PRESIDENT

AMERINDO INVESTMENT ADVISORS, INC.,
a Panama Corporation

By: /s/ Alberto W. Vilar
    --------------------------------
    ALBERTO W. VILAR, DIRECTOR

AMERINDO INVESTMENT ADVISORS INC.
PROFIT SHARING PLAN

By: /s/ Alberto W. Vilar
    --------------------------------
    ALBERTO W. VILAR, TRUSTEE

AMERINDO ADVISORS (UK) LIMITED
RETIREMENT BENEFITS SCHEME

SEC-0000411

By: /s/ Alberto W. Vilar
-------------------------------
ALBERTO W. VILAR, TRUSTEE


By: /s/ Gary A. Tanaka
-------------------------------
GARY A. TANAKA, TRUSTEE


By: /s/ James P.F. Stableford
-------------------------------
JAMES P.F. STABLEFORD, TRUSTEE


By: /s/ Renata Le Port
-------------------------------
RENATA LE PORT, TRUSTEE


By: /s/ Alberto W. Vilar
-------------------------------
ALBERTO W. VILAR


By: /s/ Gary A. Tanaka
-------------------------------
GARY A. TANAKA


EXHIBIT B

HOMESTORE, INC.

COMMON STOCK

437852106


Although we hereby disaffirm the existence of a group as set forth under
Rule 13d-5 under the Securities Exchange Act of 1934, as amended, this
statement is being made on behalf of the following Reporting Persons:

| Name | Item 3 Classification |
|------|----------------------|
| Amerindo Investment Advisors Inc. | (E) Investment Adviser |
| Amerindo Investment Advisors, Inc. | (E) Investment Adviser |
| Amerindo Investment Advisors Inc. Profit Sharing Plan | (F) Employee Benefit Plan |
| Amerindo Advisors (UK) Limited Retirement Benefits Scheme | (F) Employee Benefit Plan |
| Alberto W. Vilar | (G) Control Person |
| Gary A. Tanaka | (G) Control Person |


AMERINDO INVESTMENT ADVISORS INC.,
a California corporation

SEC-0000412

By: /s/ Alberto W. Vilar
```
    -----------------------------------
```
ALBERTO W. VILAR, PRESIDENT


AMERINDO INVESTMENT ADVISORS, INC.,
a Panama Corporation


By: /s/ Alberto W. Vilar
```
    -----------------------------------
```
ALBERTO W. VILAR, DIRECTOR


AMERINDO INVESTMENT ADVISORS INC.
PROFIT SHARING PLAN


By: /s/ Alberto W. Vilar
```
    -----------------------------------
```
ALBERTO W. VILAR, TRUSTEE

AMERINDO ADVISORS (UK) LIMITED
RETIREMENT BENEFITS SCHEME

By: /s/ Alberto W. Vilar
```
    -----------------------------------
```
ALBERTO W. VILAR, TRUSTEE


By: /s/ Gary A. Tanaka
```
    -----------------------------------
```
GARY A. TANAKA, TRUSTEE


By: /s/ James P.F. Stableford
```
    -----------------------------------
```
JAMES P.F. STABLEFORD, TRUSTEE


By: /s/ Renata Le Port
```
    -----------------------------------
```
RENATA LE PORT, TRUSTEE


By: /s/ Alberto W. Vilar
```
    -----------------------------------
```
ALBERTO W. VILAR


By: /s/ Gary A. Tanaka
```
    -----------------------------------
```
GARY A. TANAKA

SEC-0000413