# Exhibit W

# AMERINDO INVESTMENT ADVISORS INC.

### Certificate of Guaranteed Fixed Rate Deposit Account
(This Certificate and the Deposit represented
hereby are neither negotiable, nor transferable)

This is to certify that .....DR. .HERBERT. MAYER.....................

.............................    [REDACTED]

.............................

has deposited the sum of .$200,000 .................................
United States dollars with Amerindo Investment Advisors Inc for the
period from..7..April.1988...(a valuation day) to .7..April.1990...
(a valuation day) subject to the terms and conditions of the
Confidential Offering Brochure dated March 19, 1987, as amended from
time to time. This Certificate is not valid unless it bears the
manual signature of its duly authorized officers.

Dated ...8.April.1988..........................(Seal)

...................................
Authorized Signatory

...................................
Authorized Signatory

Certificates are not being offered in Panama or the United
Kingdom, its territories or possessions, or to citizens or residents
thereof.

# AMERINDO INVESTMENT ADVISORS INC.

Guaranteed Fixed Rate Deposit Account

BANK TELEGRAPHIC TRANSFER

Instruction Sheet

---

FUNDS CAN BE WIRED TO ONE OF TWO CUSTODIANS AS FOLLOWS:

1. To:    Citibank N.A.
          20 Exchange Place
          New York, New York  10004

   Credit Account:    Bear Stearns & Company
                      Account No. 09253186

   For Further Credit:    Amerindo Fixed Rate Deposit Account
                          Account No. 102-01475-24

   Amount:    U.S.$....................
              Initial Transfer

   By Order of:    ................................
                   Client's Name or Name of Client's
                   Offshore Corporation

                          OR

2. To:    Citibank N.A.
          44 Berkeley Square
          London W1X 6NA, England

   Credit Account:    Amerindo Management Limited
                      Account No. 08122721

   Amount:    U.S.$....................
              Initial Transfer

   By Order of:    ................................
                   Client's Name or Name of Client's
                   Offshore Corporation

---