# Exhibit BB

163

1 UNITED STATES DISTRICT COURT
1 SOUTHERN DISTRICT OF NEW YORK
2 -----------------------------x
2
3 UNITED STATES OF AMERICA
3
4       v.                    05 Cr. 621 (KMK)
4
5 ALBERTO VILAR                    Hearing
5 GARY TANAKA,
6           Defendant.
6 -----------------------------x
7                          New York, N.Y.
7                          August 9, 2006
8                          9:45 a.m.
8 Before:
9
9       KENNETH M. KARAS
10                          District Judge
10
11 MICHAEL J. GARCIA
11 United States Attorney for the
12 Southern District of New York
12     One St. Andrew's Plaza
13     New York, N.Y.  10007
13 DEIRDRE A. McEVOY
14 MARC O. LITT
14     Assistant United States Attorneys
15
15 JEFFREY C. HOFFMAN, ESQ.
16 Attorneys for Defendant Vilar
16     Hoffman & Pollik, LLP
17     260 Madison Avenue, 22nd Floor
17     New York, New York  10016
18     (212) 679-2900
18
19 GLENN C. COLTON, ESQ.
19 Attorney for Defendant Tanaka
20     Wilson Sonsini Goodrich & Rosati (NYC)
20     12 East 49th Street, 30th Floor
21     New York, New York  10017
21     (212) 999-5804
22
22 STEVEN G. KOBRE, ESQ.
23 Attorney for Defendant Tanaka
23     Kobre & Kim LLP
24     800 Third Avenue
24     New York, New York  10022
25     (212) 488-1200
             SOUTHERN DISTRICT REPORTERS, P.C.
                    (212) 805-0300

167

689ztan1                    Fratterigo - redirect

1      MS. McEVOY:  Just give them to you, so.

2   Q.  Can you just explain for the record, which of those

3   exhibits is draft one and which is draft two?

4      MR. KOBRE:  Objection to the characterization of the

5   documents as drafts.  I don't think the witness ever

6   characterized that final one as a draft.

7      THE COURT:  Sustained.

8   Q.  Can you explain for us -- you testified about a first draft

9   that you did.  Which of those exhibits is that?

10  A.  The first draft is exhibit WW.

11  Q.  And what is exhibit XXX?

12  A.  That was the last draft on the, the final.

13  Q.  The final draft?

14  A.  Yes.

15  Q.  Okay.

16      THE COURT:  It's XX, right, not XXX.  XXX or XX?

17      THE WITNESS:  Double.

18      THE COURT:  XX.  Okay.

19  Q.  Did Mr. Tanaka make the statement that you included in the

20  final draft of defendant exhibit XX?

21  A.  Yes.

22  Q.  At the time you modified the draft MOI, which is defense

23  exhibit WW, did you make a conscious decision not to change the

24  date on the MOI?

25  A.  No.

168

689ztan1              Fratterigo - redirect

1    Q.  Did you have any reason to conceal from anyone the fact

2    that defense exhibit XX was created on a date after defense

3    exhibit WW?

4    A.  No.

5    Q.  Now I'm going to direct your attention to the U.K. search.

6         MR. KOBRE:  Your Honor, may -- I just want to just

7    note at this moment in the testimony it is our position, in

8    light of the testimony, the door's now been open to the

9    discussion that supposedly occurred between Miss Fraterrigo and

10   Mr. Tanaka that day.  I tried to get into a little bit of the

11   time what was actually discussed in my direct -- in my

12   examination.  Government objected, your Honor sustained the

13   objections.  Now they're actually asking questions as to what

14   exactly Mr. Tanaka said.  It's our --

15        THE COURT:  No, no.  Because the door was opened by

16   you in terms of the Inspector's credibility, and in terms of

17   what changes she made and what she -- when she made them.  It's

18   not -- this inquiry doesn't go into the sequence of who said

19   what and when and how long they were in hotel rooms and what

20   not.  I don't agree.  I don't agree.  Go ahead.

21   BY MS. McEVOY:

22   Q.  Now turn to the U.K. search Inspector Fratterigo.  Do you

23   recall being asked a question on cross-examination about

24   whether you kept a log of materials you reviewed in the U.K.?

25   A.  Yes.

SOUTHERN DISTRICT REPORTERS, P.C.

(212) 805-0300