UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | S3 05 Cr. 621 (KMK) |
| against | ECF CASE |
| ALBERTO WILLIAM VILAR, a/k/a "Albert Vilar," and GARY ALAN TANAKA, | |
| Defendants. | |

## SUPPLEMENTAL DECLARATION OF JESSICA L. MARGOLIS

I, Jessica L. Margolis, declare as follows:

I am an attorney associated with the firm of Wilson Sonsini Goodrich & Rosati, Professional Corporation, attorneys for Defendant Gary Alan Tanaka. I am admitted to practice before the courts of the State of New York and before the United States District Courts for the Southern and Eastern Districts of New York. I respectfully submit this supplemental declaration in further support of Mr. Tanaka's Motion for a *Franks* Hearing. I have personal knowledge of the facts set forth in this declaration.

1. True and correct copies of excerpts from the transcript of the hearing held on May 31, 2006, are attached hereto as Exhibit A.

2. True and correct copies of excerpts from the transcript of the hearing held on July 7, 2006, are attached hereto as Exhibit B.

-2-

3. True and correct copies of excerpts from the transcript of the hearing held on July 10, 2006, are attached hereto as Exhibit C.

I declare under penalty of perjury that the foregoing is true and correct. Executed in New York, New York on September 28, 2006.

                                                                  /s/ Jessica L. Margolis