# KOBRE & KIM LLP

MEMO ENDORSED

800 THIRD AVENUE
NEW YORK, NEW YORK 10022
TEL 212.488.1200
FAX 212.488.1220
WWW.KOBREKIM.COM

October 4, 2006

**BY HAND**

Hon. Kenneth M. Karas
United Stated District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 920
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/5/06

Re: United States v. Gary Alan Tanaka
S2 05 Cr. 621 (KMK)

Dear Judge Karas:

I write on behalf of Gary Tanaka to respectfully request that he be permitted to travel to horse-racing facilities in Elmont, New York on October 7, October 14, November 4 and November 11, 2006. Mr. Tanaka is involved in the horse-racing business and has financial interests in horses that are expected to compete in races on these dates. Mr. Tanaka will not seek to attend these races in the event that these horses are not scheduled to race. The races on these four dates are the only races that Mr. Tanaka seeks to attend in the next eight months.

Both Pretrial Services and the Government have consented to this request.

Elmont, New York is located within the Eastern District of New York. As the Court is aware, Mr. Tanaka's bail conditions allow him to travel to the Eastern District of New York under the supervision of Pretrial Services.

Hon. Kenneth M. Karas
October 4, 2006
Page 2

       Thank you for your attention to this matter.

Respectfully submitted,

*Steven G. Kobre*
212.488.1202

cc:   Glenn C. Colton, Esq.
      Marc O. Litt, Assistant United States Attorney


SO ORDERED:

_____
Kenneth M. Karas, U.S.D.J.
10/5/06