UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/31/06
```

United States of America,

-v-

Alberto William Vilar
Gary Alan Tanaka

                Defendants.

Case No. 05-CR-621 (KMK)

AMENDED ORDER*
TIME CHANGE ONLY

KENNETH M. KARAS, District Judge:

        The above-entitled action having been assigned to the undersigned for all purposes,

        IT IS HEREBY ORDERED that all parties appear with counsel on **Wednesday, November 15, 2006 at 11:15am** for a Franks Hearing. The Hearing shall be held in courtroom 21D in the United States Federal Courthouse- 500 Pearl Street, New York, New York.

SO ORDERED.

Dated:     October 3d, 2006
              New York, New York

                                      KENNETH M. KARAS
                                      UNITED STATES DISTRICT JUDGE