Exhibit 6

# BEAR STEARNS

OFFICE SERVICING YOUR ACCOUNT
Bear, Stearns & Co. Inc.
383 Madison Avenue
New York, New York 10179
(212) 272-2000

CLEARED THROUGH ITS
WHOLLY OWNED SUBSIDIARY

Bear, Stearns Securities Corp.
One Metrotech Center North
Brooklyn, New York 11201-3859
(212) 272-1000

LILY CATES

STATEMENT PERIOD   February 1, 2005
THROUGH            February 28, 2005

ACCOUNT NUMBER   105 [REDACTED]
TAXPAYER NUMBER  On File
LAST STATEMENT   January 31, 2005

*Account Closed 02/28/05*

LILY CATES

[REDACTED]

## What's In This Statement

Financial Summary ........................ 3
Transaction Detail ........................ 3
Your Messages ........................... 7

## Your Portfolio at a Glance

| | | |
|---|---|---|
| Cash & Equivalent | | $0 | $-1,955,259 |
| Equities | | $0 | $3,996,961 : $237,750 |

▓ Last statement's market value
☐ Short market value

NET EQUITY THIS PERIOD                0
NET EQUITY LAST STATEMENT       1,803,952
CHANGE SINCE LAST STATEMENT    -1,803,952

There are no "Stop Loss" orders or other pending buy
or sell open orders on file for your account.

## Market Value of Your Portfolio

**SIPC** This summary is for informational purposes only. It is not intended as a tax document. See reverse side for important information.
This statement should be retained for your records.

027                      03/01/05.12:04  C01

B72

AUS-056-00410

CLEARED THROUGH ITS
WHOLLY OWNED SUBSIDIARY

Bear, Stearns Securities Corp.
One Metrotech Center North
Brooklyn, New York 11201-3859
(212) 272-1000

LILY CATES

V872

03/01/05;12:04  001

027

STATEMENT BACKER IS PRINTED ON THIS PAGE

2 of 7

AUS-056-00411

# BEAR STEARNS

OFFICE SERVICING YOUR ACCOUNT
Bear, Stearns & Co. Inc.
383 Madison Avenue
New York, New York  10179
(212) 272-2000

3 of 7

CLEARED THROUGH ITS
WHOLLY OWNED SUBSIDIARY

Bear, Stearns Securities Corp.
One Metrotech Center North
Brooklyn, New York 11201-3859
(212) 272-1000

LILY CATES

| | |
|---|---|
| STATEMENT PERIOD | February 1, 2005 |
| THROUGH | February 28, 2005 |
| ACCOUNT NUMBER | 105 [REDACTED] |
| TAXPAYER NUMBER | On File |
| LAST STATEMENT | January 31, 2005 |

## Cash Flow Analysis

| | THIS PERIOD |
|---|---|
| Opening Balance | $-1,955,259.26 |
| Securities Sold | 615,038.20 |
| Miscellaneous | 5,350,691.60 |
| Amount Credited | $5,965,729.80 |
| Securities Bought | -629,482.50 |
| Dividends/Interest Charged | -6,270.55 |
| Miscellaneous | -3,374,717.49 |
| Amount Debited | $-4,010,470.54 |
| Net Cash Activity | 1,955,259.26 |
| Closing Balance | $0.00 |

Same day transfers, cash between account types are not included in this
section; such transfers, as well as details for all other transactions this period,
appear in Transaction Detail.

## Cash Balance Summary

| | OPENING | CLOSING |
|---|---|---|
| Cash | 326.58 | 0.00 |
| Margin | -2,191,085.84 | 0.00 |
| Short | 235,500.00 | 0.00 |
| Net Cash Balance | $-1,955,259.26 | $0.00 |

## Income Summary

| | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| Short Int. Rebate | 423.85 | 816.91 |
| Total | $423.85 | $816.91 |
| Margin Int. Paid | -6,270.55 | -12,953.77 |

## Transaction Detail

### INVESTMENT ACTIVITY

| SETTLEMENT DATE | TRADE DATE | TRANSACTION | DESCRIPTION | SYMBOL/CUSIP | QUANTITY | PRICE | DEBIT AMOUNT | CREDIT AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 02/22/05 | 02/02/05 | BOUGHT | GOOGLE INC CL A ORIGINAL S/D 02/07/05 AS OF 02/02/05 | GOOG | 3,000 | 209.77750 | 629,482.50 | |

027                   0307105:12,04  001                                V972

AUS-056-00412

# BEAR STEARNS

**4 d 7**

OFFICE SERVICING YOUR ACCOUNT
Bear, Stearns & Co. Inc.
383 Madison Avenue
New York, New York 10179
(212) 272-2000

CLEARED THROUGH ITS
WHOLLY OWNED SUBSIDIARY

Bear, Stearns Securities Corp.
One Metrotech Center North
Brooklyn, New York 11201-3859
(212) 272-1000

LILY CATES

| | |
|---|---|
| STATEMENT PERIOD | February 1, 2005 |
| THROUGH | February 28, 2005 |
| ACCOUNT NUMBER | 105- [REDACTED] |
| TAXPAYER NUMBER | On File |
| LAST STATEMENT | January 31, 2005 |

## Transaction Detail (continued)

### INVESTMENT ACTIVITY (continued)

| SETTLEMENT DATE | TRADE DATE | TRANSACTION | DESCRIPTION | SYMBOL/CUSIP | QUANTITY | PRICE | DEBIT AMOUNT | CREDIT AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 02/2/2005 | 01/25/05 | SOLD | AMAZON.COM INC<br>WE ARE ACTING AS PRINCIPAL &<br>MARKET MAKER; COMMISSION FIELD<br>IS A COMMISSION EQUIVALENT -<br>DETAILS ON REQUEST<br>SHORT<br>ORIGINAL S/D 01/28/05 | AMZN | -7,500 | 41.15080 | | 308,245.84 |
| 02/2/2005 | 01/25/05 | SOLD | AKAMAI TECHNOLOGIES INC<br>WE ARE ACTING AS PRINCIPAL &<br>MARKET MAKER; COMMISSION FIELD<br>IS A COMMISSION EQUIVALENT -<br>DETAILS ON REQUEST<br>SHORT<br>AVG PRICE: DETAILS ON REQUEST | AKAM | -25,000 | 12.32210 | | 306,792.36 |
| 02/28/05 | | JOURNAL | EBAY INC<br>MASS TRANS TO 062- [REDACTED] | EBAY | -28,000 | | | |
| 02/28/05 | | JOURNAL | EYETECH PHARMACEUTICALS INC<br>MASS TRANS TO 062- [REDACTED] | EYET | -11,000 | | | |
| 02/28/05 | | JOURNAL | GOOGLE INC<br>CL A<br>MASS TRANS TO 062- [REDACTED] | GOOG | -3,000 | | | |
| 02/28/05 | | JOURNAL | GENZYME CORPORATION<br>MASS TRANS TO 062- [REDACTED] | GENZ | -5,028 | | | |
| 02/28/05 | | JOURNAL | MEDIMMUNE INC<br>MASS TRANS TO 062- [REDACTED] | MEDI | -15,000 | | | |
| 02/28/05 | | JOURNAL | XM SATELLITE RADIO HLDGS INC<br>MASS TRANS TO 062- [REDACTED] | XMSR | -25,000 | | | |
| 02/28/05 | | JOURNAL | YAHOO INC<br>MASS TRANS TO 062- [REDACTED] | YHOO | -28,350 | | | |
| 02/28/05 | | JOURNAL | AMAZON.COM INC<br>MASS TRANS FR 062- [REDACTED] | AMZN | 7,500 | | | |
| 02/28/05 | | JOURNAL | AKAMAI TECHNOLOGIES INC<br>MASS TRANS FR 062- [REDACTED] | AKAM | 25,000 | | | |

027

03/01/05-12/04 001

V872

# BEAR STEARNS

5 of 7

OFFICE SERVICING YOUR ACCOUNT
Bear, Stearns & Co. Inc.
383 Madison Avenue
New York, New York 10179
(212) 272-2000

CLEARED THROUGH ITS
WHOLLY OWNED SUBSIDIARY
Bear, Stearns Securities Corp.
One Metrotech Center North
Brooklyn, New York 11201-3859
(212) 272-1000

LILY CATES

| | |
|---|---|
| STATEMENT PERIOD | February 1, 2005 |
| THROUGH | February 28, 2005 |
| ACCOUNT NUMBER | 105- [REDACTED] |
| TAXPAYER NUMBER | On File |
| LAST STATEMENT | January 31, 2005 |

## Transaction Detail (continued)

### INVESTMENT ACTIVITY (continued)

| SETTLEMENT DATE | TRADE DATE | TRANSACTION | DESCRIPTION | SYMBOL/CUSIP | QUANTITY | PRICE | DEBIT AMOUNT | CREDIT AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 02/28/05 | | JOURNAL | TELIK INC MASS TRANS FR 062 [REDACTED] | TELK | 12,500 | | | |
| TOTAL | | | | | | | $-629,482.50 | $615,038.20 |

### INTEREST

| DATE | DESCRIPTION | SYMBOL/CUSIP | QUANTITY | RATE (%) | DEBIT AMOUNT | CREDIT AMOUNT |
|---|---|---|---|---|---|---|
| 02/22/05 | INT DB 105 [REDACTED] FEB 05 | | | | 6,270.55 | |
| TOTAL | | | | | $-6,270.55 | |

### DISTRIBUTION

| DATE | TRANSACTION | DESCRIPTION | SYMBOL/CUSIP | QUANTITY | RATE ($) | DEBIT AMOUNT | CREDIT AMOUNT |
|---|---|---|---|---|---|---|---|
| 02/23/05 | STOCK SPLIT | EBAY INC STK SPLIT ON 14000 SHS REC 01/31/05 PAY 02/16/05 | EBAY | 14,000 | | | |
| TOTAL | | | | | | | |

### MISCELLANEOUS

| DATE MO/DAY | TRANSACTION | DESCRIPTION | DEBIT AMOUNT | CREDIT AMOUNT |
|---|---|---|---|---|
| 02/07/05 | JOURNAL | MARK TO MARKET | 1,250.00 | |
| 02/07/05 | JOURNAL | 01/05 CLR CHG 105- [REDACTED] | | 171.00 |
| 02/07/05 | JOURNAL | MARK TO MARKET SHORT POS | | 1,250.00 |
| 02/14/05 | JOURNAL | MARK TO MARKET | | 8,250.00 |

027    03/01/05.12/24  001    V872

AUS-056-00414

# BEAR STEARNS

OFFICE SERVICING YOUR ACCOUNT
Bear, Stearns & Co. Inc.
383 Madison Avenue
New York, New York 10179
(212) 272-2000

CLEARED THROUGH ITS
WHOLLY OWNED SUBSIDIARY

Bear, Stearns Securities Corp.
One Metrotech Center North
Brooklyn, New York 11201-3859
(212) 272-1000

LILY CATES

| STATEMENT PERIOD | February 1, 2005 |
| THROUGH | February 28, 2005 |
| ACCOUNT NUMBER | 105- [REDACTED] |
| TAXPAYER NUMBER | On File |
| LAST STATEMENT | January 31, 2005 |

6 of 7

## Transaction Detail (continued)

### MISCELLANEOUS (continued)

| DATE MO/DAY/YR | TRANSACTION | DESCRIPTION | DEBIT AMOUNT | CREDIT AMOUNT |
|---|---|---|---|---|
| 02/14/05 | JOURNAL | MARK TO MARKET SHORT POS | 8,250.00 | |
| 02/22/05 | JOURNAL | SMVCR 105-          FEB 05 | | 423.85 |
| 02/25/05 | JOURNAL | TO: PUB/105- * JRL * | 326.58 | |
| 02/25/05 | JOURNAL | TO: PUB/102- * JRL *          ] | 44,963.20 | |
| 02/25/05 | JOURNAL | FROM: PUB/105- * JRL *          ] | | 326.58 |
| 02/25/05 | JOURNAL | FROM: PUB/102 [REDACTED] * JRL * | | 966,695.13 |
| 02/28/05 | JOURNAL | MARK TO MARKET | | 66,363.20 |
| 02/28/05 | JOURNAL | FROM: 999/062 [REDACTED] MASS * JRL * | | 1,830,822.33 |
| 02/28/05 | JOURNAL | EBAY INC MASS TRANS TO BOOKED P&L | 300,370.50 | |
| 02/28/05 | JOURNAL | EYETECH PHARMACEUTICALS INC MASS TRANS TO BOOKED P&L | 366,367.10 | |
| 02/28/05 | JOURNAL | GOOGLE INC CLA MASS TRANS TO BOOKED P&L | | 629,482.50 |
| 02/28/05 | JOURNAL | GENZYME CORPORATION MASS TRANS TO BOOKED P&L | 50,284.52 | |
| 02/28/05 | JOURNAL | MEDIMMUNE INC MASS TRANS TO BOOKED P&L | 411,148.50 | |
| 02/28/05 | JOURNAL | XM SATELLITE RADIO HLDGS INC CLA MASS TRANS TO BOOKED P&L | 615,967.00 | |

027

03/01/05:12:04  001

V672

AUS-056-00415

# BEAR STEARNS

OFFICE SERVICING YOUR ACCOUNT
Bear, Stearns & Co. Inc.
383 Madison Avenue
New York, New York 10179
(212) 272-2000

CLEARED THROUGH ITS
WHOLLY OWNED SUBSIDIARY

Bear, Stearns Securities Corp.
One Metrotech Center North
Brooklyn, New York 11201-3859
(212) 272-1000

LILY CATES

| | |
|---|---|
| STATEMENT PERIOD | February 1, 2005 |
| THROUGH | February 28, 2005 |
| ACCOUNT NUMBER | 105-[REDACTED] |
| TAXPAYER NUMBER | On File |
| LAST STATEMENT | January 31, 2005 |

7 of 7

## Transaction Detail (continued)

### MISCELLANEOUS (continued)

| DATE MO/DAY | TRANSACTION | DESCRIPTION | DEBIT AMOUNT | CREDIT AMOUNT |
|---|---|---|---|---|
| 02/28/05 | JOURNAL | YAHOO INC.<br>MASS TRANS TO BOOKED P&L | 193,076.89 | |
| 02/28/05 | JOURNAL | CASH<br>MASS TRANS CASH BOOK   PL | | 1,307,732.01 |
| 02/28/05 | JOURNAL | MARK TO MARKET SHORT POS | 66,363.20 | |
| 02/28/05 | JOURNAL | TO 999/062-[REDACTED]<br>* JRL * | 777,175.00 | |
| 02/28/05 | JOURNAL | AMAZON.COM INC<br>MASS TRANS TO BOOKED P&L | 308,245.84 | |
| 02/28/05 | JOURNAL | AKAMAI TECHNOLOGIES INC<br>MASS TRANS TO BOOKED P&L | 306,792.36 | |
| 02/28/05 | JOURNAL | TELIK INC<br>MASS TRANS TO BOOKED P&L | | 288,745.72 |
| 02/28/05 | JOURNAL | CASH<br>MASS TRANS CASH BOOK   PL | | 326,292.48 |
| TOTAL | | | $ 3,450,580.69 | $5,426,554.80 |

## Your messages

☞ Independent, third-party research on certain companies covered by the Firm's research is available to customers of Bear Stearns at no cost. Customers can access this research at www.bearstearns.com or can call (800) 517-2327 to request that a copy of this research be sent to them.

027

03/01/05;12:04  001

V812

AUS-056-00416