Exhibit 8

**Maxine Rye**

| | |
|---|---|
| **From:** | Michael Shattner [mshattner@amerindo com] |
| **Sent:** | Wednesday, March 02, 2005 17 10 |
| **To:** | Maxine Rye |
| **Subject:** | FW  Lily Cates |

Hi Maxine

Please pass on to GT

Thanks,
Michael

-----Original Message-----
From  Edward Swanson [mailto etswanson@worldnet att net]
Sent  Wednesday, March 02, 2005 12 06 PM
To  Michael Shattner
Cc  Alberto Vilar; Eugene Ross
Subject  Lily Cates

Michael

Please advise the appropriate persons at Amerindo that Bear Stearns, at the written request of Lily Cates, has transferred all securities and funds in account #s 102 [REDACTED] and 105 [REDACTED] to Lily's personal account at Bear Stearns

Best regards,

Ed Swanson


This email is subject to the policies set forth at http //www amerindo com/emaildisclaimer cfm

**AUK-4-01585**

1

**Maxine Rye**

| | |
|---|---|
| **From:** | Michael Shattner [mshattner@amerindo.com] |
| **Sent:** | Wednesday, March 02, 2005 17:10 |
| **To:** | Maxine Rye |
| **Subject:** | FW: Lily Cates |

Hi Maxine:

Please pass on to GT.

Thanks,
Michael

-----Original Message-----
From: Edward Swanson [mailto:etswanson@worldnet.att.net]
Sent: Wednesday, March 02, 2005 12:06 PM
To: Michael Shattner
Cc: Alberto Vilar; Eugene Ross
Subject: Lily Cates

Michael:

Please advise the appropriate persons at Amerindo that Bear Stearns, at
the written request of Lily Cates, has transferred all securities and
funds in account #s 102 [REDACTED] and 105 [REDACTED] to Lily's personal account at
Bear Stearns.

Best regards,

Ed Swanson

This email is subject to the policies set forth at http://www.amerindo.com/emaildisclaimer.cfm

AUK-30-01356