UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>- against -<br><br>ALBERTO WILLIAM VILAR, a/k/a "Albert Vilar," and<br>GARY ALAN TANAKA,<br><br>Defendants. | S3 05 Cr. 621 (KMK)<br><br>ECF CASE |

## NOTICE OF MOTION

PLEASE TAKE NOTICE THAT, upon the accompanying Affirmation in Support of Motion to Withdraw, dated November 24, 2006, Kobre & Kim LLP will move this Court, before the Honorable Kenneth M. Karas, United States District Court Judge for the Southern District of New York, located at 500 Pearl Street, New York, New York, at a date and time to be fixed by the Court for an Order permitting Kobre & Kim LLP and all of its attorneys and employees to withdraw from this matter.

Dated: November 24, 2006
New York, New York

                                      Respectfully submitted,

                                      KOBRE & KIM LLP

                           By:    /s/ Steven G. Kobre
                                      Steven G. Kobre
                                      Justin M. Sher
                                      Kobre & Kim LLP
                                      800 Third Avenue
                                      New York, New York 10022
                                      Tel: (212) 488-1200
                                      Fax: (212) 488-1220

                                      *Attorneys for Defendant Gary Alan Tanaka*

TO:    UNITED STATES ATTORNEY
         Southern District of New York
         One Saint Andrews Plaza
         New York, New York 10007
         Attn: AUSA Marc O. Litt