UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | S3 05 Cr. 621 (KMK) |
| - against - | ECF CASE |
| ALBERTO WILLIAM VILAR, a/k/a "Albert Vilar," and GARY ALAN TANAKA, | |
| Defendants. | |

**AFFIRMATION IN SUPPORT OF MOTION TO WITHDRAW**

STEVEN G. KOBRE, an attorney duly admitted to practice before the courts of the Southern District of New York, affirms the following under penalties of perjury:

1. I am a member of the firm of Kobre & Kim LLP ("Kobre & Kim" or "firm"). On August 4, 2005, I jointly with Justin M. Sher, Esq., another attorney at Kobre & Kim, filed a Notice of Appearance on behalf of Defendant Gary Alan Tanaka in this action.

2. Disciplinary Rule 2-110(C)(5) of the New York Lawyer's Code of Professional Responsibility (22 N.Y.C.R.R. Section 1200.15[c][5]) expressly authorizes a lawyer to withdraw from representing a client if the client knowingly and freely assents to termination of the employment. Local Rule 1.5(b)(5) specifies that New York's Disciplinary Rules governs the conduct of attorneys who appear before the District Court.

3. Mr. Tanaka has knowingly and freely consented to my firm's withdrawal from this matter and all related matters.

4. The firm of Wilson Sonsini Goodrich & Rosati P.C. remains as counsel for Mr. Tanaka in this matter.

WHEREFORE, I respectfully request that the Court issue an Order permitting Justin M. Sher, Kobre & Kim LLP, the undersigned and all of its attorneys and employees to withdraw from this matter.

Dated:    New York, New York
          November 24, 2006

                                                          /s/ Steven G. Kobre
                                                          Steven G. Kobre

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | S3 05 Cr. 621 (KMK) |
| - against - | ECF CASE |
| ALBERTO WILLIAM VILAR, a/k/a "Albert Vilar," and GARY ALAN TANAKA, | |
| Defendants. | |

KENNETH M. KARAS, District Judge:

The above-entitled action having been assigned to the undersigned for all purposes,

**IT IS HEREBY ORDERED** that the motion to withdraw on behalf of Kobre & Kim LLP, and specifically, Steven G. Kobre and Justin M. Sher, based upon Disciplinary Rule 2-110(C)(5) of the New York Lawyer's Code of Professional Responsibility (22 N.Y.C.R.R. Section 1200.15[c][5]) as applied to this Court by Local Rule 1.5(b)(5),  is hereby **GRANTED.**

SO ORDERED.

Dated:       November    , 2006
             New York, New York

                                          _____
                                          KENNETH M. KARAS
                                          UNITED STATES DISTRICT JUDGE