UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>- against -<br><br>ALBERTO WILLIAM VILAR, a/k/a "Albert Vilar," and<br>GARY ALAN TANAKA,<br><br>Defendants. | S3 05 Cr. 621 (KMK)<br><br>ECF CASE |



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
FILED: 12/1/06

KENNETH M. KARAS, District Judge:

The above-entitled action having been assigned to the undersigned for all purposes,

**IT IS HEREBY ORDERED** that the motion to withdraw on behalf of Kobre & Kim LLP, and specifically, Steven G. Kobre and Justin M. Sher, based upon Disciplinary Rule 2-110(C)(5) of the New York Lawyer's Code of Professional Responsibility (22 N.Y.C.R.R. Section 1200.15[c][5]) as applied to this Court by Local Rule 1.5(b)(5), is hereby **GRANTED.**

SO ORDERED.

Dated:   November 30, 2006
         New York, New York

                                    KENNETH M. KARAS
                                    UNITED STATES DISTRICT JUDGE