

GOVERNMENT EXHIBIT 18 — S2 05 Cr. 621 (KMK)(ID)