# AMERINDO INVESTMENT ADVISORS INC.

43 Upper Grosvenor Street
London W1X 9PG
Tel: (0171) 629 2349
Fax: (0171) 493 5158

399 Park Avenue, 18th Floor
New York, NY 10022
Tel: (212) 371 6360
Fax: (212) 371 6988

September 5, 1997

Dr. Herbert Mayer & the Misses Debra & Lisa Mayer
One Candina Street, Apt 3
Condado Santurce
Puerto Rico 00907

Dear Dr. Mayer, Debbie and Lisa:

As we have explained many, many times, your Fixed Deposits are invested across a broad spectrum of the term structure of rates, grades and maturities respectively. These investments cannot be liquidated at full face value, plus accumulated interest, <u>before their respective maturity dates</u>. As you also know, once you break an investment of this type prematurely, the investment traditionally reverts to a money market rate of interest for the entire duration. Any newly appointed advisor would also know this.

We would only be prepared to liquidate your entire Fixed Rate portfolio of investments at a substantial discount to their value date, stated values, which would be about 20%. Why you are so desperate to withdraw a portfolio that served you so well for so long makes no sense to us; it certainly cannot be because you stand to earn a higher rate elsewhere.

Your investment in intouch was made the way we make all of our private placement investments, which is that we effect a single globus purchase, and distribute the shares upon liquidation of the same to our private clients. Incidentally, we undertook for our account several additional investments in the company in order to sustain its value, which you directly benefited from. We can request the Transfer Agent of the company to re-issue your pro-rata portion of our globus holding directly to you. This is a very slow process which can easily take six-to-twelve months to effect, plus some expense. As to your request for the issuance of an "authentic and original" certificate, as far as we know, Transfer Agents and Registrars only issue shares in but one variety, which is known simply as a "share certificate". We wish it were otherwise, but we can only assume that you were concerned that we, as opposed to the duly authorized Transfer Agent, were going to issue you a certificate that was neither "original" nor "authentic". We really do not deserve such an implication when you consider the fine investment record we have demonstrated with your funds.

Sincerely yours,

Alberto W. Vilar

GOVERNMENT EXHIBIT
170
S3 05 Cr. 621 (KMK) (ID)

MAY-1000280