EXHIBIT MM

Hotel →

M. Horwed
10 CSCC

+ Kennein
STA
Selma
Lily
Paul

Sun/flight   Fri/Sat

KR/Calpers   Jury?

? JT

Gt ' CFO
2
3

BH

MET meeting

DS Filing

? Simbay

+ JX   Karl SG
Gibson