**EXHIBIT**

N N

1. 
2. Joly
3. ride ?
4. Marilyn
5. JE / CH    SAD ?
6. CH
7.       Dry knew

SAT. 12:30

SCh (AV)

Condor Limo
Marriott Sm
Dorchester Mon

SOPHIE  god  Tues
MAXINE  (9:30)
Barbara god mon

2 SED Books + office
i Dorchester
CH-fur   pen baseball
Mike -
Lily

Gary
Porfalin      { JI } desk

Cancel Phone {
6:00
7:45  ✓
8:45  c
5:29        620  720

Bernard Angler →    KT

Ralph    OC

(Paul)    TI →

✗ Wayne    ◄ 4 pm    GedSmart

JOEL

ESG  11 to 40 to 7    Israeli

Sunrise?

Jennifer Chan  10 d's ago

Tour — ASA

5th

Music Scene booms

Concert package

Tuesday

00

22 —  Tel 212 757 2340

Jennifer Chan

Colorado

GedSmart

Tough — full Bracket

2x liquidation

Series Vote    merge

409 - 3286

Who
750# ⟶    150 mio    $900

Lily ⟶
Paul = RLP.
Starbuse — doesn't doubt my word
he will remind him of
conversation. I am a
logical operation —
record of [illegible] they
state.

     let has not been sued

Plan to sell?

[ ATGP ]    } 100m
              } 4 Chg Value

HAL KANT
       (Soros)
       Grateful

Rumble to
         S.    ??

56

AGF

$50

Paul. WB To Take FDs
or
WB To take X  Fn  FX88

NY Thos) FAX the NH.

N.H.  603  924-5999

FAX
Form
fr
Steve
Kimble
Tell
hrinton

Liberal Arts.

Adn Goldsmith College    919 7481
Loring Hall — (44 771)
New cross Rd    SE14 8MJ

# = Cert Stage

28 Start
1 week Orientation

_____

→ Paul Marcus.

Lincolnshire Management. (S Corp)
3000 St, 10 Pay

Baylor, Enron.
Consultant also.

I   120 m
II   500 1/3
(  100 → order for packaging

P.E. Offering(s)

✱←✱   SBA→   we must give actual

Raise →

USA →

Main Characters,

TOP Guys I s/ tael 8

billea (JPds →

Dave /

Haven't merged yet

Full Time /

[ Chris Tafos ]

Full Time Co

Strong US—

we want full

Non-US

global X bew



Lib      88 x    3 4 8.

— 350,000/yr     {Maint. 6.8} x 980 ₥

— Bear Stearn

$ 165 ₥ losses ≠ 300 grams

40



45

Neyda 561 - 655 - 3011

→ Mendes

→ Mayers        δ    111 Є 88 Ҍ 5ᵗ

                                A 94
                        NY  10128
                    Tel 289 - 4053

(Meridien) →

Mike
Lily (James →

Chris Monton 406 995 745129

{ Planet + Drug

{ Biel        970 468 2316

{ Hatley

JGL - Breakfast | 8⁰⁰ →
                 | 9³⁰
                 | 10³⁰

71

(of (memo) / also

Q ( 2 / 3 )

NPO

w/ { Valery
     Elizabeth
     C.G

2x Mager
   + Tuttle

Troy

one w/

Mayflower
MOB Eur + Chris

→ Valery
→ John + Jose
→ Duke —

76

Murray

AvA good meeting

B/B was to see us. Sunday

Israel

Monday — consgete

after his own

stay on

Pre-IPO

2 things

Shell fund —

SBIC

We or I exclusively

$20 - 100M

BEN LADEN

1st

now    JP Morgan

CH

Issues [ 404 ≠ 3286 )

① →
②

1 Gudman.

2 B+B wt to do something.

3. Dan Turk

4. SBIC/        [ $1.    100% around

                    50% carry

                    Paul Hastings —

                              optimistic

— Warburg
   CSFB

— Will do something
   Gate keeper / Cant killed

                    ( Fleming (Robert)

                    Well come
                              — Trust

                    Owned by
   Caledonia

BBOS . in Charge.    3.13

? ①) Diana awareness,
②) JJ - Comm.
2 ③) 9789/ A06R
④) BTOF - Paul
172
MAtthew

N 011 971
484 - 5555
x
Meridian

A) .75
HYL    .50
1.25

B.

Baby CPR
merge
repeat    drapers
VS    frame

Drug Store

Monster Pens
Hefty    fragmented
large print 9/C
5.22 Greg Culley

Paul
S + S                    ✗   Mervilles + Sophie
Volpe                    ∅   DC — Nate
                             Fri    Rest — Ops
Mayer                        Sun
Oxford
Lucky →                  (HELEN)

(Newport Beach)


4th — 70%   HH   finithes
            98       99      00
     R  3.5%  ½ec              70-75

                 < 13.0   < 30
                 (-7)    Ok. 36
           35% say
                     will come down
                     SAA buyer who
                          will stay
                 ∅  30%



Dessener    Dave Hathaway

    92 +  17           c( )  (on) RD.
    Pm         4Aros   16% Cash
        § 2000/ ord  turn over

079 , NFD    Volpe    Reliquian
, drager    Restored,

Tues    Tux    , Baar/Raul
Uni    BH    , Uni
Volpe    BH *    Siuhi
NFD    DOC/ boy
Lopez    NFD    Mathew
Hi  Paris    City    Bill roous
DC    Valey
, Siuhu    Tues    Floren
Valery    Doz Aprd
Rich

Exodus

PR/s
[ help ]
NFD
Mathew
→ Ralph
EU 2 markel?
2nd/3rd CC
bg

Sharon
o Lisa Meyer →
o Monique Frazier → Frazier
                              IG.I.
o Lily Cates / Parne Webber
     JOE BASquin ?
     STReeD · Com ?
     STATUS
              IRC
                12.31
Valery o Good results
     Beg owing
     Chon + ord good
     Prod 1 year ed