UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ECF CASE

UNITED STATES OF AMERICA

       v.

ALBERTO WILLIAM VILAR,
  a/k/a "Albert Vilar," and
GARY ALAN TANAKA

            Defendants.

**NOTICE OF APPEARANCE** and
**REQUEST FOR ELECTRONIC NOTIFICATION**

S3 05 Cr. 621 (KMK)

TO:    Clerk of Court
         United States District Court
         Southern District of New York

       The undersigned attorney respectfully requests the Clerk to note his appearance in this case, and to add him as a Filing User for the United States to whom Notices of Electronic Filing will be transmitted in this case.

                         Respectfully submitted,

                         MICHAEL J. GARCIA
                         United States Attorney for the
                         Southern District of New York

                by:  /s/
                         BENJAMIN A. NAFTALIS
                         Assistant United States Attorney
                         (212) 637-2456