UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



---

UNITED STATES OF AMERICA

-v-

ALBERTO WILLIAM VILAR and
GARY ALAN TANAKA,

Defendants.

Case No. 05-CR-621 (KMK)

ORDER

---

KENNETH M. KARAS, District Judge:

WHEREAS the Court is in receipt of the letter from Eugene R. Licker dated April 24, 2007, in which Mr. Licker alleges that the insurance carrier for Amerindo Investment Advisors Inc. ("Amerindo U.S.") has unreasonably refused to cover defense costs and the costs for Amerindo U.S. to respond to the grand jury subpoena; and

WHEREAS the Court seeks to resolve this issue as expeditiously as possible. It is hereby

ORDERED that counsel for the Amerindo U.S.'s insurance carrier (be it John Hockenbury or a colleague) appear before this Court, in person or by phone, on Friday, April 26, at 11:00 a.m. in the United States Courthouse for the Southern District of New York, Courtroom 21D, 500 Pearl Street, New York, New York.

SO ORDERED.

Dated: April 26, 2007
New York, New York

KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE