UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

ALBERTO WILLIAM VILAR and
GARY ALAN TANAKA,

                Defendants.

Case No. 05-CR-621 (KMK)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/30/07

KENNETH M. KARAS, District Judge:

It is hereby:

ORDERED that Defendants' Motion for a Taint Hearing, together with any other motions relating to the Court's April 4, 2007 Opinion and Order, shall be filed on or before July 27, 2007. No extensions for the movants shall be granted. It is further

ORDERED that the Government's response to any motions shall be filed on or before August 27, 2007.

SO ORDERED.

Dated:     April 27, 2007
             New York, New York

                                                KENNETH M. KARAS
                                                UNITED STATES DISTRICT JUDGE