UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | S3 05 Cr. 621 (KMK) |
| - against - | ECF CASE |
| ALBERTO WILLIAM VILAR, a/k/a "Albert Vilar," and GARY ALAN TANAKA | **ORDER** |
| Defendants. | |

Having considered the request submitted by Defendant Gary Tanaka dated April 24, 2007, the Court hereby orders that the Clerk of Court release $2,000,000 of the $4,000,000 in assets pledged by Mark Tanaka in support of the $10,000,000 personal recognizance bond signed by Mr. Tanaka on June 3, 2005, as well as any interest earned with respect to the $2,000,000.

SO ORDERED.

Judge Kenneth M. Karas
United States District Judge