


U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 16, 2007



BY FACSIMILE

The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 920
New York, New York 10007

      Re:    United States. v. Alberto William Vilar and Gary Alan Tanaka,
             S3 05 Cr. 621 (KMK)

Dear Judge Karas:

      The Government respectfully submits this letter to extend by two days, to Friday, May 18, the time for the parties to submit letters concerning the idea of a limited waiver order to be issued in connection with the review of documents that may be responsive to the May 26, 2005 Grand Jury Subpoena served on Amerindo Investment Advisors Inc. The Government also requests the same extension of time within which to advise Mr. Tanaka's counsel of the Government's position concerning the return of certain seized electronic evidence. Counsel for the defendants have no objection to the Government's request.

                                Respectfully submitted,

                                  MICHAEL J. GARCIA
                                UNITED STATES ATTORNEY

SO ORDERED                     By: _____
                               Marc Litt
KENNETH M. KARAS U.S.D.J.    Assistant United States Attorney
5/16/07                             (212) 637-2295

cc:    Glenn C. Colton, Esq. (By facsimile)
       Ivan S. Fisher, Esq. (By facsimile)
       Eugene R. Licker, Esq. (By facsimile)