310-999-5200

**WSGR** Wilson Sonsini Goodrich & Rosati
PROFESSIONAL CORPORATION

1301 Avenue of the Americas, 40th Floor
New York, NY 10019-6022
www.wsgr.com

May 24, 2007

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/30/07

**BY FEDERAL EXPRESS**

The Honorable Kenneth M. Karas
United States District Judge
United States Courthouse
Southern District of New York
500 Pearl Street, Room 920
New York, NY 10007

Re:   *United States v. Alberto Vilar and Gary Tanaka*, 05 Cr. 621 (KMK)

Dear Judge Karas:

We represent Gary Tanaka in the above-entitled matter. On his behalf, we are respectfully submit this letter requesting an extension of two days, to Friday, June 1, 2007, for the parties to confer and, in the event that they are able to reach an agreement, submit an executed limited-waiver agreement to the Court. We have spoken to AUSA Marc Litt and Ivan Fisher (counsel for Defendant Alberto Vilar) and they have no objection to Mr. Tanaka's request.

Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

*/s/ Jessica L. Margolis*

Jessica L. Margolis

cc:   Marc Litt (by facsimile)
       Ivan Fisher (by facsimile)

SO ORDERED

KENNETH M. KARAS U.S.D.J.
5/29/07

PALO ALTO   AUSTIN   NEW YORK   RESTON   SALT LAKE CITY   SAN DIEGO   SAN FRANCISCO   SEATTLE