UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



---

United States of America,

  -v-

Alberto William Vilar
Gary Alan Tanaka

              Defendants.

Case No. 05-CR-621 (KMK)

ORDER

KENNETH M. KARAS, District Judge:

    The above-entitled action having been assigned to the undersigned for all purposes,

    IT IS HEREBY ORDERED that all parties appear with counsel for a Parties shall appear for a conference to address outstanding issues relating to the non-waiver agreement and any other pending matters on **July 17, 2007 at 2:15pm** in the United States Federal Courthouse-500 Pearl Street, New York, New York, Courtroom 21D.

SO ORDERED.

Dated:   July ⧸ , 2007
            New York, New York

                                            _____
                                            KENNETH M. KARAS
                                            UNITED STATES DISTRICT JUDGE