UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- against -

ALBERTO WILLIAM VILAR, a/k/a "Albert Vilar," and GARY ALAN TANAKA

Defendants.

S3 05 Cr. 621 (KMK)

ECF CASE

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
FILED: 8/7/07

IT IS HEREBY ORDERED that the bail conditions of Defendant Gary A. Tanaka are modified as follows:

1. electronic monitoring is suspended;
2. house arrest is suspended except as otherwise provided herein;
3. Mr. Tanaka must appear personally once a week at Pre-trial Services to meet with his Pre-trial Services Officer on a schedule to be set by Pre-Trial Services;
4. Mr. Tanaka must call Pre-trial Services once daily;
5. Mr. Tanaka's current residence is subject to random and unannounced searches by representatives of Pre-Trial Services between the hours of 8:00 a.m. and 10:00 p.m.;
6. Mr. Tanaka shall remain in his current residence between the hours of 11:00 p.m. and 7:00 a.m.; and
7. all other existing bail conditions shall remain unchanged and in effect except to the extent that they are inconsistent with the modifications ordered herein.

The above-recited modifications shall not take effect unless and until a bond reflecting these modifications is executed by Mr. Tanaka and each of the suretors who currently guarantee Mr. Tanaka's existing bail.

Dated: New York, New York
July 31, 2007

SO ORDERED

Judge Kenneth M. Karas
United States District Judge