**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | S3 05 Cr. 621 (KMK) |
| ) | |
| -- against -- ) | ECF CASE |
| ) | |
| ALBERTO WILLIAM VILAR, a/k/a "Albert ) | **NOTICE OF MOTION** |
| Vilar," and GARY ALAN TANAKA, ) | |
| ) | |
| Defendants. ) | |
| ) | |

PLEASE TAKE NOTICE, that upon the annexed Declaration of Jessica Margolis, Esq., the

Exhibits attached thereto and the accompanying Memorandum of Law, Defendant Gary Alan

Tanaka, by his attorneys, will move this Court before the Hon. Kenneth Karas, United States

District Judge for the Southern District of New York, located at 500 Pearl Street, New York, New

York, at a date and time to be fixed by the Court, for an Order Effectuating the Court's April 4,

2007 Order of Suppression, and for such other and further relief as this Court deems just and

proper.

Dated:  August 17, 2007
        New York, New York

By:   /s/  Glenn C. Colton

Glenn C. Colton (GC-2493)
Jessica L. Margolis (JM-7786)
WILSON SONSINI GOODRICH & ROSATI
PROFESSIONAL CORPORATION
1301 Avenue of the Americas – 40th Floor
New York, New York  10019
Tel: 212.999.5800

*Attorneys for Defendant*
*Gary Alan Tanaka*