UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>- against –<br><br>ALBERTO WILLIAM VILAR, a/k/a "Albert Vilar," and GARY ALAN TANAKA<br><br>Defendants. | S3 05 Cr. 621 (KMK)<br><br>ECF CASE |

## DECLARATION OF JESSICA L. MARGOLIS

I, Jessica L. Margolis, declare as follows:

I am an attorney associated with the firm of Wilson Sonsini Goodrich & Rosati, Professional Corporation, attorneys for Defendant Gary Alan Tanaka. I am admitted to practice before the courts of the State of New York and before the United States District Courts for the Southern and Eastern Districts of New York. I respectfully submit this declaration in support of Defendant's motion to effectuate order of suppression. I have personal knowledge of the facts set forth in this declaration.

1. A true and correct copy of the Search Warrant On Written Affidavit, captioned United States v. Premises Known and Described as the Offices of Amerindo Investment Advisors Inc., Located at 399 Park Avenue, 22nd Floor, New York, New York, dated May 25, 2005, is attached hereto as Exhibit A.

-2-

      2.      True and correct copies of excerpts from the transcript of the hearing held on May 31, 2006, are attached hereto as Exhibit B.

      I declare under penalty of perjury that the foregoing is true and correct. Executed in New York, New York on August 17, 2006.

                                                                       Jessica L. Margolis