

U.S. Department of Justice

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

September 27, 2007



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED

10/1/07

BY FACSIMILE

The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street, Room 533
White Plains, New York 10601

    Re:    United States. v. Alberto William Vilar and Gary Alan Tanaka,
            S3 05 Cr. 621 (KMK)

Dear Judge Karas:

        The Government respectfully submits this letter to request a modification of the briefing schedule applicable to defendants' pending motions concerning the application and implications of the Court's April 4, 2007 order. The current schedule requires the Government to file its opposition by September 28, and for defendants to file any reply by October 15. The Government has discussed this request with counsel for the defendants and the parties have agreed to the following revised filing deadlines: Government opposition briefs by October 5, and defendants' reply papers by October 26. Counsel for Mr. Tanaka reserve all Speedy Trial Act rights and objections as previously asserted.

Respectfully submitted,

MICHAEL J. GARCIA
UNITED STATES ATTORNEY

Marc Litt
Assistant United States Attorney
(212) 637-2295

The proposed request for a modification to the briefing schedule is granted. Since this matter has been reassigned from Judge Karas to me, all future correspondence and filings should be directed to my attention.

SO ORDERED:

U.S.D.J.