


**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 27, 2007



BY FACSIMILE

The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street, Room 533
White Plains, New York 10601

    Re:    United States. v. Alberto William Vilar and Gary Alan Tanaka,
             S3 05 Cr. 621 (KMK)

Dear Judge Karas:

       The Government respectfully submits this letter to request a modification of the briefing schedule applicable to defendants' pending motions concerning the application and implications of the Court's April 4, 2007 order. The current schedule requires the Government to file its opposition by September 28, and for defendants to file any reply by October 15. The Government has discussed this request with counsel for the defendants and the parties have agreed to the following revised filing deadlines: Government opposition briefs by October 5, and defendants' reply papers by October 26. Counsel for Mr. Tanaka reserve all Speedy Trial Act rights and objections as previously asserted.

                                        Respectfully submitted,

                                          MICHAEL J. GARCIA
                                          UNITED STATES ATTORNEY

The proposed request for a
modification to the briefing schedule is
granted. Since this matter has been
reassigned from Judge Karas to me, all
future correspondence and filings
should be directed to my attention.

                                          Marc Litt
                                          Assistant United States Attorney
                                          (212) 637-2295

**SO ORDERED:**

U.S.D.J.