# EXHIBIT E



# MEMORANDUM

**Date:** January 31, 2007          **File:** 207761-10001

**To:** Eugene Licker

**From:** Melissa L. Kosack

**Re:** Quantity and Locations of Amerindo U.S. Documents

This memorandum will identify the quantity and current locations of Amerindo U.S. documents as far as Loeb & Loeb LLP is currently aware.

- **Documents Reviewed by Loeb**

Loeb & Loeb LLP has reviewed a total of 122 boxes of documents from the New York office of Amerindo U.S[1]. For these 122 boxes, we have determined whether documents are responsive and whether or not the responsive documents are privileged. Currently, the responsive documents from these 122 boxes have been scanned and imported into two Summation databases. One database has 28,572 documents, and the other database has 15,596 documents. Therefore, there are a total of 44,168 responsive documents from the 122 boxes.

- **Documents Collected by Loeb but Not Yet Reviewed**

Subsequent to the execution of the search warrant, there were a total of 515 boxes on-site at Amerindo U.S.'s New York office. As stated above, Loeb reviewed 122 boxes. There are 393 boxes remaining that have not yet been reviewed. There is a general index for these

---

[1] Included within the 122 boxes are boxes of documents retrieved from Amerindo U.S.'s San Francisco office and sent to Amerindo U.S.'s New York office.



boxes that specifies the original location, within Amerindo U.S.'s offices, of the documents and a very general description of the contents of the box. These 393 boxes are located at Loeb & Loeb LLP's off-site storage facility. It is our understanding that these boxes can be retrieved in a day.

- **Documents at Amerindo U.S.'s Off-Site Storage Facility**

Currently, there are 384 boxes at Iron Mountain, Amerindo U.S.'s off-site storage facility. None of these boxes have been reviewed. We have at least a partial, very general index of these documents on a box-level basis.

NY553940.2
20776110001
01/31/2007 :erl