

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

ALBERTO WILLIAM VILAR and
GARY ALAN TANAKA,

                Defendants.

No. 05 Crim. 621 (RJS)

ORDER

RICHARD J. SULLIVAN, District Judge:

    By letter dated December 26, 2007, counsel for defendant Tanaka represents to the Court that, having conferred with counsel for all parties in this case, the first date where all parties are available for trial "appears to be July 14, 2008" (Def. Tanaka's Dec. 26, 2007 Ltr. at 1.)

    Accordingly,

    IT IS HEREBY ORDERED that trial in this action shall commence on Monday, July 14, 2008 at 9:30 a.m. in the United States District Court, Courtroom 21C, 500 Pearl Street, New York, New York.

    IT IS FURTHER ORDERED that all parties shall appear for a status conference before the Court on Wednesday, January 30, 2008, at 10:00 a.m.

SO ORDERED.

Dated:    New York, New York
            January 11, 2008

                                          RICHARD J. SULLIVAN
                                          UNITED STATES DISTRICT JUDGE