USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/21/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

ALBERTO WILLIAM VILAR and
GARY ALAN TANAKA,

                Defendants.

No. 05 Crim. 621 (RJS)

ORDER

RICHARD J. SULLIVAN, District Judge:

    At a conference held before the Court on February 19, 2008, the Court adopted the following directives:

    Trial in this action will commence on July 14, 2008, and will last approximately six weeks thereafter, or, in the alternative, will commence on September 8, 2008, and will last approximately seven weeks thereafter. Parties and counsel are advised to avoid scheduling other matters during those times.

    The parties' joint proposed pre-trial briefing schedule, as set forth in the Government's letter dated February 14, 2008, is hereby adopted by the Court. Specifically, the parties shall abide by the following pre-trial briefing schedule:

        Production of Government Exhibits - 60 days before trial

        Production of Government's Witness List - 60 days before trial

        404(b) Notice (including identification of the specific 404(b) grounds for each piece of evidence) - 60 days before trial

        Defendants' Briefs regarding potential Taint and 404(b) issues - 39 days before trial

        Government's Response Briefs - 29 days before trial

        Joint Proposed *Voir Dire* and Requests to Charge - 21 days before trial

The parties shall appear for a status conference on May 2, 2008, at 10:00 a.m. in the United States District Court, Courtroom 21C, 500 Pearl Street, New York, New York. Prior to the conference, counsel for defendant Vilar should notify the Court of any adjournments in other matters in which counsel is appearing that may affect the trial schedule in this action.

In addition, although the Court did not issue this directive at the conference, upon further consideration, the Court directs the parties to submit additional briefing regarding the disclosure of materials falling within the scope of 18 U.S.C. § 3500. Specifically, the parties are hereby ordered to submit letter briefs, not to exceed four (4) pages in length, regarding this Court's authority and/or the need to compel early disclosure by the Government of materials falling within the scope of Section 3500. The parties should abide by the following briefing schedule: defendants' letters by March 3, 2008; the Government's opposition by March 12, 2008.

SO ORDERED.

Dated:   New York, New York
         February 20, 2008

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE