UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**ECF CASE**

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) **NOTICE OF APPEARANCE AND REQUEST** |
| v. | ) **FOR ELECTRONIC NOTIFICATION** |
| | ) |
| ALBERTO WILLIAM VILAR, | ) |
| a/k/a "Albert Vilar," and | ) |
| GARY ALAN TANAKA, | ) S3 05 Cr. 621 (RJS) |
| | ) |
| Defendants. | ) |

TO:    Clerk of Court
        United States District Court
        Southern District of New York

The undersigned attorney respectfully requests the Clerk to note his appearance in this case, and to add his as the Filing User for the United States to whom Notices of Electronic Filing will be transmitted in this case.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York

by:  _/s/ Joshua Klein_____
        Joshua Klein
        Assistant United States Attorney
        (212) 637-2397 (tel)
        (212) 637-2452 (fax)
        josh.klein@usdoj.gov