UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

No. 05 Crim. 621 (RJS)

ALBERTO WILLIAM VILAR and
GARY ALAN TANAKA,

ORDER

Defendants.

RICHARD J. SULLIVAN, District Judge:

By letter dated August 5, 2008, defendant Gary Tanaka seeks a modification of his bail conditions to permit him to travel to Chicago, Illinois from August 8-10 in order to attend an "international horse racing competition . . . ." The government and the Pretrial Services Officer supervising Tanaka do not object to Tanaka's request.

IT IS HEREBY ORDERED that Tanaka's request for a modification of his bail conditions is GRANTED, provided that Tanaka (1) informs Pretrial Services of the details of his trip as soon as they are finalized, and (2) reports by telephone to Pretrial Services twice each day during the course of his trip.

SO ORDERED.

Dated:   New York, New York
         August 7, 2008

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE