

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 14, 2008

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/14/08
```

BY FAX

The Honorable Richard J. Sullivan
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 615
New York, New York 10007

      Re:    <u>United States v. Alberto William Vilar and Gary Alan Tanaka,</u>
              S3 05 Cr. 621 (RJS)

Dear Judge Sullivan:

      The Government respectfully submits this letter concerning the effect of the Court's July 31, 2008 Order adjourning the trial date to September 22, 2008 on the Court's pretrial schedule set forth in its May 5, 2008 Order.

      Specifically, in light of the two-week adjournment of the trial date, the Government respectfully requests that the time for submitting joint proposed *voir dire* and requests to charge be extended from August 19, 2008 to September 2, 2008. The Government has conferred with counsel for the defendants, and they have no objection to this request.

                             Respectfully submitted,

                             MICHAEL J. GARCIA
                             UNITED STATES ATTORNEY

              By:  _____
                       Marc Litt
                       Joshua Klein
                       Benjamin A. Naftalis
                       Assistant United States Attorneys
                       (212) 637-2295 / -2397/ -2456

cc:      Defense Counsel

SO ORDERED
Dated: 8/14/08
_____
RICHARD J. SULLIVAN
U.S.D.J.

TOTAL P.02