Glenn C. Colton (GC-2493)
Jessica L. Margolis (JM-7786)
WILSON SONSINI GOODRICH & ROSATI
PROFESSIONAL CORPORATION
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Tel: 212.999.5800

*Attorneys for Defendant*
*Gary Alan Tanaka*

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/22/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

    - against -

ALBERTO WILLIAM VILAR, a/k/a "Albert Vilar," and GARY ALAN TANAKA

        Defendants.

---

S3 05 Cr. 621 (RJS)

ECF CASE

### [PROPOSED] ORDER GRANTING DEFENDANT GARY TANAKA'S MOTION FOR LEAVE TO FILE UNDER SEAL MEMORANDUM IN OPPOSITION TO GOVERNMENT'S MOTION FOR AN *IN CAMERA* REVIEW OF CERTAIN ATTORNEY-CLIENT PRIVILEGED COMMUNICATIONS

After full consideration and for good cause shown, the Court GRANTS Gary Tanaka's Motion for Leave to File Under Seal his Memorandum in Opposition to the Government's Motion for an *In Camera* Review of Certain Attorney-Client Privileged Communications.

IT IS HEREBY ORDERED THAT:

Mr. Tanaka's Memorandum in Opposition to the Government's Motion for an *In Camera* Review of Certain Attorney-Client Privileged Communications shall be filed under seal.

IT IS SO ORDERED.

Dated: **Aug 20**, 2008

_____
United States District Court
Southern District of New York

-1-