**U.S. Department of Justice**

United States Attorney
Southern District of New York

```
┌─────────────────────────┐
│ USDC SDNY               │
│ DOCUMENT                │
│ ELECTRONICALLY FILED    │
│ DOC #: _____  │
│ DATE FILED: _____  │
└─────────────────────────┘
```

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

August 26, 2008

**BY FACSIMILE**

Honorable Richard J. Sullivan
United States District Judge
United States Courthouse
500 Pearl Street, Room 920
New York, New York 10007

**MEMO ENDORSED**

> Re: United States v. Alberto Vilar and Gary Tanaka
> S3 05 Cr. 621 (RJS)

Dear Judge Sullivan:

The Government respectfully submits this letter to request a one day extension of the due date for the Government's Reply Memorandum of Law in Support of It's Motion For An *In Camera* Review of Certain Attorney-Client Privileged Communications. Counsel for defendant Gary Tanaka consents to the extension of time, counsel for Mr. Vilar does not oppose it.

Very truly yours,

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By: /s/ Rhonda Jung
Rhonda Jung
Special Assistant United
   States Attorney
Jonathan Kolodner
Assistant United States Attorney
Telephone: (212) 637-2217/2561

SO ORDERED
Date: 8/26/08
/s/ Richard J. Sullivan, U.S.D.J.

cc: Glenn Colton, Esq. (212) 319-6657
    Herald Price Fahringer, Esq. (212) 999-5899