

U.S. Department of Justice

United States Attorney
Southern District of New York

**MEMO ENDORSED**

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

September 2, 2008

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/3/08

**BY FACSIMILE**

The Honorable Richard J. Sullivan
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street

    Re:   United States v. Alberto W. Vilar and Gary A. Tanaka, S3 05 Cr. 621 (RJS)

Dear Judge Sullivan:

    The Government respectfully submits this letter, with the consent of defense counsel, to request that the deadline for the submission of the joint request to charge, voir dire, and jury questionnaire in this matter be extended until Friday, September 12, 2008.

    Respectfully submitted,

    MICHAEL J. GARCIA
    United States Attorney

By: _____
    Marc Litt/ Ben Naftalis/ Josh Klein
    Assistant United States Attorneys
    (212) 637-2295/-2456/-2397

cc: All Counsel

SO ORDERED
9/2/08
RICHARD J. SULLIVAN
U.S.D.J.