UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

ALBERTO WILLIAM VILAR and
GARY ALAN TANAKA,

                      Defendants.

No. 05 Crim. 621 (RJS)
ORDER

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/7/09

RICHARD J. SULLIVAN, District Judge:

    The Clerk of the Court is respectfully directed to docket the attached letter.

Dated:    December 7, 2009
            New York, New York

                                              RICHARD J. SULLIVAN
                                              UNITED STATES DISTRICT JUDGE

December 3, 2009

Hon. Richard J. Sullivan
U.S. District Court
Southern District of N.Y.
500 Pearl St.
N.Y., N.Y. 10007

Your Honor:

    I'm writing to you on behalf of Mr. Alberto Vilar. I was in Mr. Vilar's employ as a housekeeper from 2002. My last date of service in the Vilar household was December 2008.

    From the time I met 'Señor Alberto' (as I used to address my employer affectionately), he was a generous and kind man to me. I often chatted with him about personal matters (both his and mine) and I'm grateful to him for taking the time from his busy schedule to address me as his equal. Because of my limited English and Hispanic background, some of my Anglo employers assume I must also be illiterate. I've asked a friend to translate this letter for you from Spanish to English.

    Mr. Vilar is a soft-spoken, quiet man. I used to watch him listening to music, not salsa, more like the music I hear in an elevator. He calls it 'classical.' I also observed close friends and other family members come and go, but as time went on, there were fewer and fewer people visiting him.

    I feel sorry for Mr. Vilar. I know he is a religious man because he would often tell me he was going to Church or he was coming back from Church. I find it hard to believe some of the things I've read about him in the Spanish newspaper. There must be some mistake.

    That's all I know or can say about him.

Sincerely

*[signature]*

Samma Girón