USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/4/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

ALBERTO WILLIAM VILAR and
GARY ALAN TANAKA,

                Defendants.

No. 05 Cr. 621 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    The Clerk of the Court is respectfully directed to docket the attached letter.

    The parties are reminded that, pursuant to the Court's individual sentencing procedures, the Government is responsible for filing all letters from victims, and the Defendants are responsible for filing all letters submitted on their own behalf.

Dated:      February 4, 2010
               New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE

February 1, 2010



The Honorable Richard J. Sullivan
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl St.
NY, NY 10007

### Re: United States v. Alberto Vilar, et al.
### 1:05-cr-00621 (RJS)

Dear Judge Sullivan:

My name is Michael Walsh and I am a cousin of Alberto Vilar. My siblings and I invested monies in Amerindo run by Alberto Vilar and Gary Tanaka. Recently, I learned that there may be funds available for distribution to investors who have been wronged. If this is the case, please consider myself, Patricia Kabara, Robin Sayko and Don Walsh in such a distribution.

Thank you for your consideration.


Michael C. Walsh



Westfield, NJ 07090

908