USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/8/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

ALBERTO WILLIAM VILAR and
GARY ALAN TANAKA,

                Defendants.

No. 05 Cr. 621 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    The Clerk of the Court is respectfully directed to docket the attached letter.

    The parties are reminded that, pursuant to the Court's individual sentencing procedures, the Government is responsible for filing all letters from victims, and the Defendants are responsible for filing all letters submitted on their own behalf.

Dated:      February 5, 2010
                New York, New York

                                        RICHARD J. SULLIVAN
                                        UNITED STATES DISTRICT JUDGE

## Sullivan NYSD Chambers

**From:** "Mike Walsh" <█████████>
**To:** <sullivannysdchambers@nysd.uscourts.gov>
**Cc:** <jon@jonmarks.com>; <marc.litt@usdoj.gov>; <gcolton@sonnenschein.com>
**Sent:** Thursday, February 04, 2010 10:02 PM
**Subject:** RE: U.S. v. Vilar and Tanka, 05 Cr. 621 (RJS)

-----Original Message-----
From: Mike Walsh [mailto:█████████]
Sent: Thursday, February 04, 2010 9:53 PM
To: sullivannyschambers@nysd.uscourts.gov
Cc: jon@jonmarks.com; marc.litt@usdoj.gov; gcolton@sonnenschein.com
Subject: U.S. v. Vilar and Tanka, 05 Cr. 621 (RJS)


Subject: FW: U.S. v. Vilar and Tanka, 05 Cr. 621 (RJS)

Dear Judge Sullivan,

I hope you received my earlier letter, dated 2/1/10. My name is Michael
Walsh,
cousin of Alberto Vilar, brother to Don Walsh and Patricia Kabara.
My stepsister is Robin Sayko. I received a copy of the subject document
and reviewed it last night.

Although I did not read the document word for word, I was not able to find
my name listed as an investor. I'm sure you can understand my concern. When
our mother died in 1995, she left her estate to the four of us, to be
divided equally. Included in the estate was her investment in Amerindo.

If memory serves me, I had little, if any, activity in my Amerindo account
over the years. I am in possession of every statement and correspondence
with Amerindo since 1995.

I am hoping you can direct me to the individual/agency so I can be properly
recognized as an investor.

Thank you for your time and consideration.

Michael C. Walsh
█████████

Westfield, NJ 07090

908█████████



cc: Jonathan Marks
   Marc Litt
   Glenn Colton