Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

United States District Court

Southern District of New York



Caption:

United States v.

Gary Tanaka

Docket No.: 05-CR-621

Richard J. Sullivan
(District Court Judge)

Notice is hereby given that Gary Tanaka appeals to the United States Court of Appeals for the Second Circuit from the judgment [✓], other [ ] _____ (specify)

entered in this action on 02/09/2010
(date)

This appeal concerns: Conviction only [ ]   Sentence only [ ]   Conviction & Sentence [✓]   Other [ ]

Defendant found guilty by plea [ ]   trial [✓]   N/A [ ].

Offense occurred after November 1, 1987?   Yes [✓]   No [ ]   N/A [ ]

Date of sentence: 02/05/2010   N/A [ ]

Bail/Jail Disposition: Committed [ ]   Not committed [✓]**   N/A [ ]

** Ordered to self-surrender on April 5, 2010

Appellant is represented by counsel?   Yes [✓]   No [ ]   If yes, provide the following information:

Defendant's Counsel: Glenn Colton, Sonnenschein Nath & Rosenthal LLP

Counsel's Address: 1221 Avenue of the Americas
New York, NY 10020

Counsel's Phone: 212-398-5797

Assistant U.S. Attorney: Marc Litt

AUSA's Address: One St. Andrews Plaza
New York, NY 10007

AUSA's Phone: 212-637-2295