PREET BHARARA
United States Attorney for the
Southern District of New York
By: SHARON COHEN LEVIN
Assistant United States Attorney
One St. Andrews Plaza
New York, New York 10007
Tel.: (212) 637-1060

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------x
                                 :
UNITED STATES OF AMERICA,        :
                                 :   DECLARATION OF PUBLICATION
     -v-                         :
                                 :   S3 05 Cr. 621 (RJS)
ALBERTO WILLIAM VILAR,           :
     a/k/a "Albert Vilar,"       :
GARY ALAN TANANKA,               :
                                 :
               Defendant.        :
--------------------------------x

       I, SHARON COHEN LEVIN, pursuant to Title 28, United States Code, Section 1746, hereby declare under the penalty of perjury:

       That I am an Assistant United States Attorney in the office of the United States Attorney for the Southern District of New York, and

       That attached to this declaration are (1) a true and correct copy of a notice of criminal forfeiture in this action, (2) a true and correct copy of an Advertisement Certification Report, indicating that the aforementioned notice was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on November 19, 2010, as

required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, and

That both documents referenced-above were obtained from a Consolidated Asset Tracking System maintained by the Department of Justice.

Dated: New York, New York
July 14, 2011

                                                                       /s/
                                                SHARON COHEN LEVIN

Attachment 1

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK
# COURT CASE NUMBER: S3 05 CR. 621 (RJS); NOTICE OF FORFEITURE

Notice is hereby given that on November 09, 2010, in the case of <u>U.S. v. Alberto William Vilar and Gary Alan Tanaka</u>, Court Case Number S3 05 CR. 621 (RJS), the United States District Court for the Southern District of New York entered an Order condemning and forfeiting the following property to the United States of America:

Cash in lieu of any and all right, title and interest in Amerindo Technology Growth Fund II, Inc. (09-USP-001347)

Any and all right, title and interest in Amerindo Investment Advisors, Inc. (11-USP-000323)

Any and all right, title and interest in Amerindo Investment Advisors II, Inc. (11-USP-000324)

Any and all right, title and interest in Amerindo Investment Advisors (UK) Ltd. (11-USP-000325)

Any and all right, title and interest in Techno Raquia SA (11-USP-000326)

Any and all right, title and interest in Amerindo Management Inc. (11-USP-000327)

Any and all right, title and interest in Amerindo Technology Growth Fund, Inc. (11-USP-000328)

Any and all right, title and interest in Olafson, Inc. (11-USP-000329)

Any and all right, title and interest in Amerindo Master Venture Fund, LLC. (11-USP-000330)

Funds contained in JP Morgan Chase (f/k/a Bear Stearns & Co., Inc.) brokerage accouint no. 102-17995 held in the name of Techno Raquia, SA (11-USP-000331)

Funds contained in JP Morgan Chase (f/k/a Bear Stearns & Co., Inc.) brokerage account no. 102-01485 held in the name of Amerindo Management, Inc., sub-account M26 (11-USP-000332)

All funds contained at JP Morgan Chase (f/k/a Bear Stearns & Co., Inc.) brokerage account no. 102-01490 held in the name of Amerindo Technology Growth Fund, Inc. (11-USP-000334)

All funds contained in JP Morgan Chase (f/k/a Bear Stearns & Co., Inc.) brokerage account no. 102-01495 held in the name of Amerindo Technology Growth Fund II, Inc. (11-USP-000335)

All funds on deposit at JP Morgan Chase (f/k/a Bear Stearns & Co., Inc.) brokerage account no. 102-15833 held in the name of Olafson, Inc. (11-USP-000336)

All funds contained in JP Morgan Chase (f/k/a Bear Stearns & Co., Inc.) brokerage account no. 102-05012 held in the name of The Trustees of the Amerindo Advisors (UK) Ltd Red Benefits Scheme (11-USP-000337)

All funds contained in JP Morgan Chase (f/k/a Bear Stearns & Co., Inc.) brokerage accountno. 102-25590 held in the name of Amerindo Master Venture Fund, LLC. (11-USP-000338)

    All funds contained in JP Morgan Chase (f/k/a Bear Stearns & Co., Inc.) brokerage account no. 102-25612 held in the name of Amerindo Investment Advisors, Inc., Money Purchase Plan and Trust (11-USP-000339)

    All funds contained in SG Americas Securities, LLC, account no. 64524357 held in the name of Amerindo Technologies Growth Fund (11-USP-000340)

    All right, title and interest of The Trustees of the Amerindo Advisors (UK) Ltd., Ret. Benefits Scheme (11-USP-000341)

    All right, title and interest of Amerindo Investment Advisors, Inc., Money Purchase Plan and Trust (11-USP-000342)

    Approximately $273,611.89 in funds formerly held by @Ventures Management, LLC for the benefit of Amerindo Technology Growth Fund II, Inc. (11-USP-000343)

    Approximately $1.6 million in funds on deposit at US Bank for the benefit of Amerindo Technology Growth Fund II, Inc. (11-USP-000344)

    Any and all right, title and interest of Gary Tanaka in one or more apartment units at 860 United Nations Plaza, New York, NY (11-USP-000345)

    Any and all right, title and itnerest of Alberto Vilar in 7 High Coombe Place, Warren Cutting, Kingston Upon Thames, Surrey, England (11-USP-000346)

    Any and all right, title and interest in thirty-two (32) race horses (11-USP-000347), including the following items: 1 Race horse named Billy Allen; 1 Race horse called Debicki; 1 Race horse called Honimiere; 1 Race horse called King's Drama; 1 Race horse called Passager; 1 Race horse called Philatelist; 1 Race horse called Pressing; 1 Race horse called Simonas; 1 Race horse called Touch of Land; 1 Race horse called Shaker; 1 Race horse called Sudan; 1 Race horse called Gentlewave; 1 Race horse called Rakti; 1 Race horse called Epalo; 1 Race horse called Millkom; 1 Race horse called Donna Viola; 1 Race horse called Golden Apples; 1 Race horse called Gourmet Girl; 1 Race horse called Lovellon; 1 Race horse named Sarafan; 1 Race horse named Polaire; 1 Race horse named Star Parade; 1 Race horse named Queen Maud; 1 Race horse named Fruhlingssturm; 1 Race horse named Distant Valley; 1 Race horse named Agata; 1 Race horse named Riddlesdown; 1 Race horse named Don Incuato; 1 Race horse called Passinetti; 1 Race horse called Pico Central; 1 Race horse named Snow Polina; 1 Race horse named Squeak.

    The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct. Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file a Petition within 60 days of the first date of publication (November 19, 2010) of this Notice on this official government internet web site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1). The petition must be filed with the Clerk of the Court, United States District Court, 500 Pearl Street, Room 120, New York, NY 10007, and a copy served upon Assistant United States Attorney Amy Lester, One St. Andrew's Plaza, New York, NY 10007. The petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

    Following the Court's disposition of all petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such petitions, the United

States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.



**Advertisement Certification Report**

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between November 19, 2010 and December 18, 2010.  Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. Alberto William Vilar and Gary Alan Tanaka

**Court Case No:** S3 05 CR. 621 (RJS)
**For Asset ID(s):** See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 11/19/2010 | 24.0 | Verified |
| 2 | 11/20/2010 | 24.0 | Verified |
| 3 | 11/21/2010 | 24.0 | Verified |
| 4 | 11/22/2010 | 24.0 | Verified |
| 5 | 11/23/2010 | 24.0 | Verified |
| 6 | 11/24/2010 | 24.0 | Verified |
| 7 | 11/25/2010 | 24.0 | Verified |
| 8 | 11/26/2010 | 24.0 | Verified |
| 9 | 11/27/2010 | 24.0 | Verified |
| 10 | 11/28/2010 | 24.0 | Verified |
| 11 | 11/29/2010 | 24.0 | Verified |
| 12 | 11/30/2010 | 24.0 | Verified |
| 13 | 12/01/2010 | 23.9 | Verified |
| 14 | 12/02/2010 | 24.0 | Verified |
| 15 | 12/03/2010 | 24.0 | Verified |
| 16 | 12/04/2010 | 24.0 | Verified |
| 17 | 12/05/2010 | 24.0 | Verified |
| 18 | 12/06/2010 | 24.0 | Verified |
| 19 | 12/07/2010 | 24.0 | Verified |
| 20 | 12/08/2010 | 24.0 | Verified |
| 21 | 12/09/2010 | 24.0 | Verified |
| 22 | 12/10/2010 | 24.0 | Verified |
| 23 | 12/11/2010 | 24.0 | Verified |
| 24 | 12/12/2010 | 24.0 | Verified |
| 25 | 12/13/2010 | 24.0 | Verified |
| 26 | 12/14/2010 | 23.9 | Verified |
| 27 | 12/15/2010 | 24.0 | Verified |
| 28 | 12/16/2010 | 24.0 | Verified |
| 29 | 12/17/2010 | 24.0 | Verified |
| 30 | 12/18/2010 | 24.0 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.