```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/28/11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

ALBERTO WILLIAM VILAR and
GARY ALAN TANAKA,

Defendants.

No. 05 Cr. 621 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

The Court is in receipt of the following correspondence: (1) an e-mail message, addressed to Assistant United States Attorney Marc Litt and received in Chambers on September 27, 2011; and (2) a letter to Mr. Litt from the same author, dated February 25, 2010, which was attached to the e-mail message. The correspondence requests information about the writer's status as a victim who is potentially entitled to restitution in this case.

Because Mr. Litt is no longer with the United States Attorney's Office for the Southern District of New York, the Court has forwarded the correspondence to the appropriate Government recipients. IT IS HEREBY ORDERED THAT the Government shall respond no later than October 28, 2011, sending a copy of its response to the Court.

SO ORDERED.

Dated: September 27, 2011
       New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE