UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | | |
|---|---|---|
| USA | : | |
| -against - | : | 05 cr 621 (RJS) |
| ALBERTO VILAR | : | NOTICE of CHANGE of |
| | : | ADDRESS |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

PLEASE TAKE NOTICE, that the address and contact information for counsel for Defendant ALBERTO VILAR, has changed.

New contact information is:

Vivian Shevitz
401 Cumberland Ave. - Apt. 609
Portland, ME 04101
914 - 763 - 2122

FAX: 888- 859-0158
vivian@shevitzlaw.com


Dated: October 1, 2011

                                              Vivian Shevitz
                                              Attorney for Plaintiff
                                              401 Cumberland Ave. - Apt.609
                                              Portland, ME 04101
                                              914-763-2122
                                              Fax: 888-859-0158
                                              Vivian@shevitzlaw.com