UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



UNITED STATES OF AMERICA

-v-

ALBERTO WILLIAM VILAR and
GARY ALAN TANAKA,

Defendants.

No. 05 Cr. 621 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

The Court is in receipt of a letter from Michael M. Sotomayor, undated but received in Chambers on October 18, 2011, on behalf of members of the Jordan family, who are potential claimants in this matter. The Court has forwarded the correspondence to the appropriate Government recipients. IT IS HEREBY ORDERED THAT the Government shall respond no later than November 18, 2011, sending a copy of its response to the Court.

SO ORDERED.

Dated:   October 19, 2011
         New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE