

D$F

**U.S. Department of Justice**

United States Attorney
Southern District of New York



The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
#:
FILED: JAN 0 5 2012

December 30, 2011

By Hand Delivery

The Honorable Richard J. Sullivan
United States District Judge
Southern District of New York
500 Pearl Street, Room 620
New York, New York 10007

The Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street, Room 755
New York, New York 10007



RECEIVED
DEC 30 2011
CHAMBERS OF
LAURA TAYLOR SWAIN
U.S.D.J.

    Re: <u>United States</u> v. <u>Alberto William Vilar, et al</u>.
       05 Cr. 621 (RJS)

       <u>SEC</u> v. <u>Amerindo Investment Advisors, Inc., et al.</u>
       05 Civ. 5231 (LTS)

Dear Judges Sullivan and Swain:

  The Government and the parties to the above referenced criminal case submit this letter in response to the Courts' December 19, 2011 Order.

  The Government has obtained the current values of the assets listed in the Government's Proposed Final Order of Forfeiture submitted in the criminal case referenced above. The following is an accounting of the value of each of those assets:

| Asset Number | Asset Name | Current Value |
| --- | --- | --- |
| 1 | Amerindo Investment Advisors, Inc. | Unable to be determined at this time |

| | | |
|---|---|---|
| 2 | Amerindo Investment Advisors II, Inc. | Unable to be determined at this time |
| 3 | Amerindo Investment Advisors (UK) Ltd. | Unable to be determined at this time |
| 4 | Techno Raquia, S.A. | Unable to be determined at this time |
| 5 | Amerindo Management, Inc. | Unable to be determined at this time |
| 6 | Amerindo Technology Growth Fund, Inc. | Unable to be determined at this time |
| 7 | Amerindo Technology Growth Fund II, Inc. | Unable to be determined at this time |
| 8 | Olafson, Inc. | Unable to be determined at this time |
| 9 | The Trustees of the Amerindo Advisors (UK) Ltd. Ret. Benefits Scheme | Unable to be determined at this time |
| 10 | Amerindo Master Venture Fund, LLC | Unable to be determined at this time |
| 11 | Amerindo Investor Advisors Inc. Money Purchase Plan and Trust | Unable to be determined at this time |
| 12 | Bear Stearns & Co., Inc. Account Number 102-17995, held in the name of Techno Raquia, S.A. | $31,628.00 |
| 13 | Bear Stearns & Co., Inc. Account Number 102-01485, held in the name of Amerindo Management Inc., sub-Account M26 | $952,511.00 |

| 14 | Bear Stearns & Co., Inc. Account Number 102-01490, held in the name of Amerindo Technology Growth Fund Inc. | $0.00 |
|---|---|---|
| 15 | Bear Stearns & Co., Inc. Account Number 102-01495, held in the name of Amerindo Technology Growth Fund II, Inc. | $21,130,960.00 |
| 16 | Bear Stearns & Co., Inc. Account Number 102-15833, held in the name of Olafson, Inc. | $84,312.00 |
| 17 | Bear Stearns & Co., Inc. Account Number 102-05012, held in the name of The Trustees of the Amerindo Advisors Ltd. Ret. Benefits Scheme | $14,021,885.00 |
| 18 | Bear Stearns & Co., Inc. Account Number 102-25590, held in the name of Amerindo Master Venture Fund, LLC | $26,612.00 |
| 19 | Bear Stearns & Co., Inc. Account Number 102-25612, held in the name of Amerindo Investment Advisors, Inc. Money Purchase Plan and Trust | $35,325.00 |
| 20 | SG Americas Securities, LLC Account Number 64524357, held in the name of Amerindo Technologies Growth Fund | $3,152,910.19 |
| 21 | Approximately $273,611.89 in funds formerly held by @Ventures Management, LLC for the benefit of Amerindo Technology Growth Fund II, Inc. | $273,611.89 |
| 22 | Approximately $1.6 million in funds on deposit at U.S. Bank for the benefit of Amerindo Technology Growth Fund II, Inc. | $1,440,439.58 |
| | **Total** | **$41,150,194.66** |

    With respect to Asset Number 20 listed above, SG Americas Securities, LLC Account Number 64524357, held in the name of Amerindo Technologies Growth Fund, the current value of that account as listed in the chart above is the current cash value and does not include the value of outstanding stocks. There are 32,200 shares of Sirrus XM Radio stocks associated with the SG

Americas Securities Account that have not been redeemed. Those Sirrus XM Radio stocks have an approximate value of $58,604.00.

Additionally, the above referenced chart does not include the values for approximately 45 million shares of unpriced stocks which are contained in the following accounts:

1. Asset Number 12 listed above, Bear Stearns Account Number 102-17995, held in the name of Techno Raquia, S.A.;

2. Asset Number 13 listed above, Bear Stearns Account Number 102-01485, held in the name of Amerindo Management Inc., sub-Account M26;

3. Asset Number 15 listed above, Bear Stearns Account Number 102-01495, held in the name of Amerindo Technology Growth Fund II, Inc.; and

4. Asset Number 17 listed above, Bear Stearns Account Number 102-05012, held in the name of The Trustees of the Amerindo Advisors Ltd. Ret. Benefits Scheme.

The Government is unable to obtain the current values for the unpriced stocks without incurring substantial expenses.

The Government has provided counsel for Mr. Vilar and Mr. Tanaka with a draft copy of this letter and counsel for Mr. Vilar has asked that the following language be included in this letter:

> Mr. Vilar has no information regarding valuation of the assets, no access to the assets, and no present ability to confirm any valuation provided by the government.

Additionally, counsel for Mr. Tanaka has asked that the following language be included in this letter:

> Mr. Tanaka likewise lacks access to information that would enable him to place a current value on the assets or confirm the government's figures.

Respectfully submitted,

PREET BHARARA
United States Attorney
Southern District of New York

By: *Sharon Cohen Levin*
Sharon Cohen Levin
Chief, Asset Forfeiture Unit
Assistant United States Attorney
Tel.: (212) 637-1060

cc: (All Via Electronic Mail)
    Attorneys for Defendants
        Vivian Shevitz (vivian@shevitzlaw.com)
        Susan C. Wolfe (scwolfe1@aol.com)
        Jane Simkin Smith (jssmith1@optonline.net)
        David C. Burger (dcb@robinsonbrog.com)
        Robert R. Leinwand (rrl@robinsonbrog.com)
        Nathan Dershowitz (NDershowitz@lawdea.com)
        Victoria Eiger (Veiger@lawdea.com)
        Mimidoka@aol.com

    Mark D. Salzberg (SalzbergM@SEC.GOV)
    Neal Jacobson (JacobsonN@SEC.GOV)

    Julian Friedman (jfriedman@stillmanfriedman.com)
    Patrick W. Begos (pwb@begoshorgan.com)