Vivian Shevitz
Attorney at Law
46 Truesdale Lake Drive
South Salem, New York 10590
(914) 763-2122
Vivian@shevitzlaw.com

September 12, 2013

Hon. Richard J Sullivan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

   Re:  *SEC v. Amerindo* 05 cv 5231 (RJS) and
      *United States v. Vilar and Tanaka*, 05 cr 621 (RJS)

NOTICE OF CHANGE OF ADDRESS

Dear Judge Sullivan and parties,

PLEASE TAKE NOTICE that my address is now changed, to the address on the letterhead (effective next Monday September 16, 2013), specifically:

46 Truesdale Lake Drive
South Salem, NY 10590

       Very truly yours,

        /s/
       Vivian Shevitz

To all counsel by ECF