UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-23-13
```

UNITED STATES OF AMERICA

-v-

GARY TANAKA,

                Defendant.

No. 05 Cr. 621 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    The Court is in receipt of the attached letter from Defendant Tanaka requesting that he be allowed to travel outside of his district of residence to shop in nearby Fairfield County, Connecticut. The Court has consulted with pre-trial services, which is not opposed to this request. Accordingly, the request is GRANTED.

SO ORDERED.

Dated:    September 20, 2013
             New York, New York

                                        RICHARD J. SULLIVAN
                                        UNITED STATES DISTRICT JUDGE

Vivian Shevitz<br>
Attorney at Law<br>
46 Truesdale Lake Drive<br>
South Salem, New York 10590<br>
(914) 763-2122<br>
Vivian@shevitzlaw.com

September 17, 2013

Hon. Richard J. Sullivan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> Re: United States v. Gary Tanaka  05 cr 621 (RJS)
> Request to Enlarge Bail Limit
> To Include Southern Connecticut

Dear Judge Sullivan:

As we are moving into the house in South Salem today I realized that my I need to request that Gary Tanaka's bail limit be extended to include the greater Danbury/Ridgefield/Norwalk Connecticut areas (Fairfield County). South Salem is in a corner of the county that "juts out" into Connecticut (or put another way, Connecticut "juts" into Westchester County. I use Fairfield County stores and services for daily living needs. (Ridgefield is less than 5 miles away; by contrast White Plains is about 28 miles away).

I ask that Mr. Tanaka be permitted to "travel" into and through Fairfield County, CT for these daily living needs.

Very truly yours,

/s/

Vivian Shevitz

Cc: Benjamin Naftalis (email)
    Justin Anderson (email)
    Leo Barrios (email)
    Dennis Khilkevich (email)
    Kristin Cook (Maine Pretrial)