# Fisher, Byrialsen & Kreizer, P.L.L.C.
### Attorneys At Law

David N. Fisher*
Jane H. Fisher-Byrialsen+
David P. Kreizer*
_____

Alissa M. Boshnack
Lara H. Weissman*
_____

Judd B. Shaw^
Of Counsel

291 broadway, Suite 709
new york, New york 10007

Tel: (212) 962-0848
Fax: (212) 577-1178

_____
www.FBKLegal.com
_____

482 Notch Road
Woodland Park, NJ 07424
T: (973) 638-1530
F: (973) 638-1531

*Admitted in NY & NJ
+ Admitted in NY, MD & DC
^Admitted in NJ

October 3, 2013

Hon. Richard J. Sullivan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

                         Re: United States v. Gary Tanaka 05 cr 621 (RJS)
                                      Request to Extend Curfew

Dear Judge Sullivan:

        I am the attorney assigned to represent Mr. Gary Allan Tanaka in the above reference matter. I write to request, on Mr. Tanaka's behalf, that his current 11:00 p.m. nightly curfew be extended on the evenings of October 12 and October 13, 2013 to 1:30 a.m. for the purpose of attending the wedding festivities.

        On October 12, 2013 Mr. Tanaka wishes to attend a pre-wedding dinner for a close family friend in Brooklyn Heights and a wedding in Long Island City the following day. Both festivities are anticipated to conclude at approximately 11p.m. and considering the anticipated travel time back to his residence; he should be home at approximately 1:00 a.m.

Accordingly, I request the Mr. Tanaka's curfew be extended to 1:30 a.m. on these two days to permit him time to safely travel home. The government has been contacted and consents to this request.

Very truly yours,

/s/

Jane Fisher-Byrialsen Esq.
FISHER, BYRIALSEN & KREIZER PLLC
291 Broadway Suite709
New York, New York 10007
(212) 962-0848

Cc: Benjamin Naftalis (email)
    Justin Anderson (email)
    Leo Barrios (email)