# FISHER, BYRIALSEN & KREIZER, P.L.L.C.
## ATTORNEYS AT LAW

DAVID N. FISHER*
JANE H. FISHER-BYRIALSEN+
DAVID P. KREIZER*

ALISSA M. BOSHNACK
LARA H. WEISSMAN*

JUDD B. SHAW^
OF COUNSEL

291 BROADWAY, SUITE 709
NEW YORK, NEW YORK 10007

TEL: (212) 962-0848
FAX: (212) 577-1178

WWW.FBKLEGAL.COM

**MEMO ENDORSED**

482 NOTCH ROAD
WOODLAND PARK, NJ 07424
T: (973) 638-1530
F: (973) 638-1531

*ADMITTED IN NY & NJ
+ ADMITTED IN NY, MD & DC
^ADMITTED IN NJ

Hon. Richard J. Sullivan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

```
October 3, 2013
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-7-13
```

Re: United States v. Gary Tanaka 05 cr 621 (RJS)
Request to Extend Curfew

Dear Judge Sullivan:

    I am the attorney assigned to represent Mr. Gary Allan Tanaka in the above reference matter. I write to request, on Mr. Tanaka's behalf, that his current 11:00 p.m. nightly curfew be extended on the evenings of October 12 and October 13, 2013 to 1:30 a.m. for the purpose of attending the wedding festivities.

    On October 12, 2013 Mr. Tanaka wishes to attend a pre-wedding dinner for a close family friend in Brooklyn Heights and a wedding in Long Island City the following day. Both festivities are anticipated to conclude at approximately 11p.m. and considering the anticipated travel time back to his residence; he should be home at approximately 1:00 a.m.

        Accordingly, I request the Mr. Tanaka's curfew be extended to 1:30 a.m. on these two days to permit him time to safely travel home. The government has been contacted and consents to this request.

        Very truly yours,

        /s/

        Jane Fisher-Byrialsen Esq.
        FISHER, BYRIALSEN & KREIZER PLLC
        291 Broadway Suite709
        New York, New York 10007
        (212) 962-0848

Cc: Benjamin Naftalis (email)
    Justin Anderson (email)
    Leo Barrios (email)

The Court has consulted with pretrial services, which is not opposed to this request. Accordingly, IT IS HEREBY ORDERED THAT the request is GRANTED.

SO ORDERED.
Date: 10/9/13

RICHARD J. SULLIVAN
U.S.D.J.