# FISHER, BYRIALSEN & KREIZER, P.L.L.C.

## ATTORNEYS AT LAW

DAVID N. FISHER*
JANE H. FISHER-BYRIALSEN+
DAVID P. KREIZER*

ALISSA M. BOSHNACK
LARA H. WEISSMAN*

JUDD B. SHAW^
OF COUNSEL

291 BROADWAY, SUITE 709
NEW YORK, NEW YORK 10007

TEL: (212) 962-0848
FAX: (212) 577-1178

WWW.FBKLEGAL.COM

482 NOTCH ROAD
WOODLAND PARK, NJ 07424
T: (973) 638-1530
F: (973) 638-1531

*ADMITTED IN NY & NJ
+ ADMITTED IN NY, MD & DC
^ADMITTED IN NJ

November 14, 2013

Honorable Richard J. Sullivan
United States Courthouse
Southern District of New York
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

Re: *United States of America v. Gary Tanaka*, 05 CR 621 (RJS)
**Permission for Late Curfew on Thanksgiving Night**

Your Honor,

    I write, on Mr. Tanaka's behalf, to request that his current 11:00 p.m. curfew be extended on the evening of November 28, 2013, to 1:30 a.m. for the purposes of attending Thanksgiving dinner with friends in Brooklyn and allowing time to travel home from there. I make this request with the consent of the government and Pretrial Services Officer Leo Barrios.

Sincerely,

/s/

Jane Fisher-Byrialsen Esq.
FISHER, BYRIALSEN & KREIZER PLLC
291 Broadway Suite 709
New York, New York 10007
(212) 962-0848

Cc: Benjamin Naftalis (via email)
Justin Anderson (via email)
Leo Barrios (via email)
Vivian Shevitz (via email)
Gary Tanaka (via email)

For the reasons set forth in the Court's bail revocation Order (Doc. No. 633), IT IS HEREBY ORDERED THAT the request is denied.

SO ORDERED
Dated: 11/25/13
RICHARD J. SULLIVAN
U.S.D.J.