# FISHER, BYRIALSEN & KREIZER, P.L.L.C.
## ATTORNEYS AT LAW

```
                        USDS SDNY
                        DOCUMENT
                        ELECTRONICALLY FILED
                        DOC #: _____
                        DATE FILED: 12-31-13
```

291 BROADWAY, SUITE 709
NEW YORK, NEW YORK 10007

DAVID N. FISHER*
JANE H. FISHER-BYRIALSEN+
DAVID P. KREIZER*

ALISSA M. BOSHNACK
LARA H. WEISSMAN*
KAITLIN F. NARES^

TEL: (212) 962-0848
FAX: (212) 577-1178

482 NOTCH ROAD
WOODLAND PARK, NJ 07424
T: (973) 638-1530
F: (973) 638-1531

JUDD B. SHAW^
OF COUNSEL

WWW.FBKLEGAL.COM

*ADMITTED IN NY & NJ
+ ADMITTED IN NY, MD & DC
^ADMITTED IN NJ

December 31, 2013

Hon. Richard J. Sullivan
United States District Judge
Southern District of New York
40 Centre Street
New York, New York 10007

**MEMO ENDORSED**

Re: *United States v. Vilar*, et.al. 05 CR 621 (RJS)

Your Honor:

    I am the attorney assigned to represent Gary Tanaka in the above referenced matter. At Mr. Tanaka's request I am asking the Court to adjourn the conference scheduled for Friday, January 3, 2014, at 2:00 p.m. Mr. Tanaka asks for a two to three week adjournment to allow for the completion of the Second Circuit's consideration of the current issues pending appeal. The government consents to this request.

    Thank you for your time and consideration.

Very truly yours,

```
IT IS HEREBY ORDERED THAT the
conference is adjourned to              /s/
January 31, 2014 at 3:00 p.m.
```

Jane H. Fisher-Byrialsen, Esq.
FISHER, BYRISALEN, & KREIZER PLLC

cc: AUSA Justin Anderson, Esq. and AUSA Benjamin Naftalis, Esq. (via Email)

SO ORDERED
Dated: 12/31/13

RICHARD J. SULLIVAN
U.S.D.J.