USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-29-14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America

-v-

GARY TANAKA,

Defendant.

05-CR-621 (RJS)

ORDER FOR AUTHORIZATION
AND RELEASE OF ANNUITY

U.S.M.S. Register No.
57819-054

An order having heretofore been made in this case authorizing the Clerk of this Court to accept a pledge in the amount of **$191,517.42** secured by a **SYMETRA LIFE INSURANCE ANNUITY (V000059097)**, and authorized by an executed June 6, 2005 Security and Pledge Agreement restricting any financial transactions to be processed on the annuity, as a condition to assure the appearance of the above-named defendant before the United States District Court for the Southern District of New York in accordance with the provisions of the bond given by the said defendant; and

WHEREAS the docket reflects that on **NOVEMBER 19, 2013,** the defendant's bail was revoked and defendant was remanded and ordered by **RICHARD J. SULLIVAN, U.S.D.J.** to surrender to the United States Marshals no later than November 20, 2013; and

WHEREAS the defendant did surrender on **NOVEMBER 20, 2013** to the United States Marshals; and

WHEREAS the Government has no objection in the Clerk of the Court authorizing release of the Government's interest in the **SYMETRA LIFE INSURANCE ANNUITY (V000059097)** so that it may be accessible by its rightful owner; and

WHEREAS the Government is not aware of any other reason the annuity secured as bail should not be accessible by its rightful owner or other person entitled to it;

NOW, THEREFORE, IT IS HEREBY ORDERED, that the Clerk of the Court is authorize to release the Government's interest in the **SYMETRA LIFE INSURANCE COMPANY ANNUITY (V000059097)**, referenced in the first paragraph of this Order, less the Clerk's fees, if any to its rightful owner, **JANETTE S. TANAKA** and **DIANE C. TANAKA**.

Dated: New York, New York
　　　　Jan. 28, 2014

_____
RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE

CONSENTED TO:

　　　　PREET BHARARA
　　　　United States Attorney

by: _____　　　　Date: January 27, 2014
　　　JUSTIN ANDERSON
　　　Assistant United States Attorney
　　　(212) 637-1035

**Address of payee, if different from address on original Bail Order:**
(to be completed by District Court Clerk's Office)

_____

_____

_____

_____

**Phone Number:** _____

**The Clerk's Office Finance Unit will contact the party once the check is ready.**

**FOR CLERK'S OFFICE USE ONLY:**

| RECEIVED CHECK NO: | DATED: |
|---|---|
| IN THE AMOUNT OF: $ | |
| PAYABLE TO: | |
| SIGN & PRINT: | |