UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

UNITED STATES OF AMERICA

-v-                                        **NOTICE OF APPEARANCE**
                                           Docket 05 Cr. 621 (RJS)

GARY ALLAN TANAKA, et al.,

                Defendants.
-------------------------------------------------------X

The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filings will be transmitted in this case.

Respectfully submitted,

Frederick H. Cohn
Attorney for Defendant
Gary Allan Tanaka
111 Broadway, Suite 1805
New York, NY 10006
(212) 768 1110 phone
(212) 338 9088 by fax
Fcohn@frederickhcohn.com

TO: CLERK OF THE COURT
    Southern District of New York
    500 Pearl Street
    New York, NY 10007