**MANDATE**

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

1:05-cr-00621-RJS-1

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 30th day of August, two thousand and thirteen,

Before: JON O. NEWMAN,
        JOSÉ A. CABRANES,
        CHESTER J. STRAUB,
        *Circuit Judges.*

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 02/21/2014

---

United States of America,

    Appellee,

v.

Alberto Vilar and Gary Alan Tanaka,

    Defendants - Appellants.

**JUDGMENT**
Docket Nos. 10-521 (L)
              10-580 (Con)
              10-4639 (Con)

---

The appeal in the above captioned case from judgments of conviction of the United States District Court for the Southern District of New York were argued on the district court's record and the parties' briefs. Upon consideration thereof,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the judgments of the district court are AFFIRMED in part and the case is REMANDED in accordance with the opinion of this court.

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

**MANDATE ISSUED ON 02/21/2014**