FREDERICK H. COHN

ATTORNEY AT LAW

111 BROADWAY

SUITE 1805

NEW YORK, NY 10006

212-768-1110
FAX 212-338-9088
fcohn@frederickhcohn.com
www.fcohlaw.com

Frederick H. Cohn
Angela Lipsman, Esq.
Irina Stankevitch, Paralegal

February 24, 2014

**BY ECF**
Judge Richard J. Sullivan
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

**United States v. Gary Tanaka**
**S3 05 CR 621 (RJS)**

Please accept my apology for the lateness of this letter. I have reviewed much of the file (I am getting ready for a trial currently set for next week). In the interim you have set a schedule which I believe I can meet.

Thank you for your consideration.

Respectfully yours,

Frederick H. Cohn

cc: Gary Tanaka