4-5-14

Dear Judge Sullivan:

I am Gary Tanaka's mother. I am 90 years old. I am writing to you because you are sentencing my son again, and I want to ask you for leniency.

Gary's father and I were sent to Minidoka internment camp in Idaho, where we remained from 1942 until 1946. Gary was born there in 1943. He spent his early life incarcerated though he, and we, had done nothing wrong.

The place was an isolated wasteland. The barracks were built on loose soil, with clover planted to hold the soil down during dust storms.

The barracks were and were built of flimsy lumber, and were not insulated. Temperatures ranged from 110 degrees in the summer, to minus 20. The walls of the rooms were drafty, with gaps and holes. Internees were subjected to years of these extreme temperatures, and we had to fend for ourselves to stay warm.

We also had to fend for ourselves to sleep. We were told to make our own "mattresses", of large cotton sacks filled with dry straw. I think that is how Gary contracted his permanent allergies. But he never complains.

There were public showers and outhouses, segregated by gender, but there were no private stalls. Armed sentries followed us to these outhouses, with moving search lights at nights.

Gary's uncle (his dad's younger brother) was killed in June 1943, in Italy, after being inducted into the US army during the time of his family's internment. This was Gary's early life. We tried to recover when we were released, and took up our life in Seattle.

Gary did not speak English until after he started kindergarten. I was working, and Gary stayed with his grandmother, who came from Japan, and spoke Japanese to him. His teachers were concerned when he started school that he did not "understand."

Gary's gift for mathematics was recognized by a teacher when Gary was in high school. I was very proud of him when he went to M.I.T., and then got a doctoral degree from Imperial College in London. He has been a good son, polite, a gentleman, respectful, and obedient.

The last nine years have been a nightmare form me, and for our family – Gary's two sisters. (I live with Diane, Gary's sister, in Los Angeles).

Every time I have seen Gary since he was arrested in 2005, he has had to wear an ankle bracelet, or he has been incarcerated. Diane and I visited him for his 70th birthday while he was in Maine, during his year of release on bail, living with Vivian. I am grateful that he found some happiness with a partner, after his marriage with Renata became a casualty of this episode.

During this period, Renata cut Gary off financially, so he was not only separated physically from his family, including his son Alex, but spiritually as well. After Renata cut him off, I personally advanced him money to pay for his appeal lawyers, and have continued to cover a significant amount for his ongoing medical and dental needs. I know that Gary wants to repay me. I just don't know that he will be able to do that. It is a point of deep humiliation.

Judge Sullivan, I know that you are going to sentence him again soon. Whatever he may have done that was wrong, I hope it does not require further incarceration. I beg you to free Gary so that he can live the rest of his life without shackles and fences and gates, in the way he started his life.

Sincerely,

*Aanette Tanaka*