UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
_____

United States of America,

v.

Alberto William Vilar and Gary Tanaka,

                Defendants.
_____

05 CR 621 (RJS)

NOTICE OF
MOTION
IN SUPPORT OF
VACATUR OF CONVICTIONS
AND NEW TRIAL,
PURSUANT TO
FED.R.CRIM.P.  33

      PLEASE TAKE NOTICE, THAT UPON the annexed declaration of Vivian Shevitz, and the sentencing submission filed on behalf of ALBERTO VILAR, DOC 671 filed in this case on April 14, 2014, counsel hereby moves, on behalf of ALBERTO VILAR and (as counsel for this purpose for GARY TANAKA), for an order for a new trial pursuant to Fed. R. Crim.P. 33.

                                                  _____/s/_____
                                                  Vivian Shevitz
                                                  Attorney for Defendant
                                                    ALBERTO VILAR and GARY TANAKA
                                                  46 Truesdale Lake Drive
                                                  South Salem, New York 10590
                                                  (914) 763-2122 (office and cell)
                                                  888-859-0158 (fax)
                                                  Vivian@shevitzlaw.com

April 14, 2014