UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/21/14
```

UNITED STATES OF AMERICA,

-v-

ALBERTO VILAR and GARY TANAKA,

Defendants.

No. 05 Cr. 621 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

The Court is in receipt of a letter from Defendant Vilar, dated April 21, 2014, requesting that both Defendants be present at each other's sentencing proceedings. (Doc. No. 673.) In light of the significant overlap between the issues in each Defendant's sentencing, IT IS HEREBY ORDERED THAT the Court will sentence both Defendants in the same proceeding. Both Defendants shall appear at 9:30 a.m. on April 24, 2014. IT IS FURTHER ORDERED THAT the government shall inform the Court no later than April 23, 2014 which victims it believes will wish to speak at sentencing.

SO ORDERED.

Dated:   April 21, 2014
         New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE