**FREDERICK H. COHN**
ATTORNEY AT LAW
245 A Seventh Street
Jersey City, New Jersey 07302
212-768-1110
201-876-2543
fcohn@frederickhcohn.com

N.Y. Office                                   <u>FREDERICK H. COHN</u>
111 Broadway                                  Angela Lipsman, Esq. (N.Y.; N.J.)
Suite 1805                                    Irina Stankevitch, Paralegal
New York, New York 10006

April 23, 2014

Hon. Richard J Sullivan
United States Court House
40 Foley Square
New York, NY 10007

**Re: United States v. Tanaka
05 Cr 621(RJS)**

Dear Judge Sullivan:

      In regard to your order of today requiring a response by the end of business today, I respectfully suggest that the statement made by Mr. Begos is not timely and respectfully decline at this time to address it. We adopt, as well, Ms. Shevitz' response.

Respectfully yours,

*[signature]*

Frederick H. Cohn

cc: Vivian Shevitz, Esq. (Via E-mail)
    Benjamin Naftalios, AUSA (via E-mail)