UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/25/14
```

UNITED STATES OF AMERICA

-v-

GARY ALAN TANAKA,

                Defendant.

No. 05 Cr. 621 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    Having reviewed and/or considered the application of the United States of America, by its attorney, Preet Bharara, United States Attorney for the Southern District of New York, Benjamin Naftalis and Justin Anderson, Assistant United States Attorneys, of counsel; the presentence report; Gary Alan Tanaka's conviction on Counts One, Three, and Four of the above Indictment; and all other proceedings in this case, the Court hereby ORDERS that:

    **1. Amount of Restitution.** Gary Alan Tanaka (the "Defendant") shall pay restitution in the total amount of $26,637,502.69 to the victims of the offenses charged in Counts One, Three, and Four of the Indictment. The names, addresses, and specific amounts owed to each victim are set forth in the Schedule of Victims attached hereto. Upon advice of a change of address, the Clerk of the Court is authorized to send payments to the new address without further order of this Court.

    **2. Joint and Several Liability.** The Defendant's liability for restitution shall be joint and several with that of any other defendant ordered to make restitution for the offenses in this matter, specifically Alberto Vilar who has been convicted of Counts One through Twelve of the Indictment. The Defendant's liability for restitution shall continue unabated until either the

Defendant has paid the full amount of restitution ordered herein, or every victim has been paid the total amount of his loss from all the restitution paid by the Defendant and his co-defendant in this matter.

**3. Sealing.** Consistent with 18 U.S.C. §§ 3771(a)(8) & 3664(d)(4) and Federal Rule of Criminal Procedure 49.1, to protect the privacy interests of victims, the Schedule of Victims attached hereto shall be filed under seal, except that copies may be retained and used or disclosed by the Government, the Clerk's Office, and the Probation Department, as need be to effect and enforce this Order, without further order of this Court.

SO ORDERED.

Dated: April 25, 2014
New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE