Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

United States District Court

Southern District of New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 2 4 2014

Caption:

USA v.

GARY TANAKA

Docket No.: 05cr621

Sullivan J

(District Court Judge)

Notice is hereby given that GARY TANAKA appeals to the United States Court of Appeals for the Second Circuit from the judgment ✔, other ☐ _____ (specify)

entered in this action on April 24 2014
(date)

This appeal concerns: Conviction only ☐   Sentence only ✔   Conviction & Sentence ☐   Other ✔

and denial Rule 33 motion

Defendant found guilty by plea ☐   trial ✔   N/A ☐

Offense occurred after November 1, 1987? Yes ✔   No ☐   N/A ☐

Date of sentence: 4-24-14   N/A ☐

Bail/Jail Disposition: Committed ☐   Not committed ☐   N/A ☐

Appellant is represented by counsel? Yes ✔   No ☐   If yes, provide the following information:

Defendant's Counsel: Frederick H. Cohn
Counsel's Address: 245A 7th Street
Jersey City NJ 07302
Counsel's Phone: (212) 768-1110

Assistant U.S. Attorney: Benjamin Naftalis/ Justin Anderson
AUSA's Address: 1 St. Andrews Plaza
NY NY 10007

AUSA's Phone:

Signature