## CRIMINAL APPEAL TRANSCRIPT INFORMATION - FORM B

**TO BE COMPLETED BY ATTORNEY:**

**CASE NAME:** United States v. Gary Tanaka

**DOCKET NUMBER:** 05 Cr 621

**COUNSEL'S NAME:** Frederick H. Cohn

**COUNSEL'S ADDRESS:** 245A 7th Street, Jersey City, NJ 07302

**COUNSEL'S PHONE:** (212) 768-1110

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 25 2014
```

### QUESTIONNAIRE

[✓] I am ordering a transcript.

[ ] I am not ordering a transcript.  Reason: [ ] Daily copy available   [ ] U.S. Atty. placed order   [ ] Other (attach explanation)

### TRANSCRIPT ORDER

Prepare transcript of

[ ] Pre-trial proceedings: _____ (Description & Dates)

[ ] Trial: _____ (Description & Dates)

[✓] Sentencing: April 24, 2014 (Description & Dates)

[ ] Post-trial proceedings: _____ (Description & Dates)

I, **Frederick H. Cohn** (counsel's name), hereby certify that I will make satisfactory arrangements with the court reporter for payment of the costs of the transcript in accordance with FRAP 10(b).

Method of payment: [ ] Funds   [✓] CJA Form 24

_/s/ Counsel's Signature_   04/24/14 Date

**TO BE COMPLETED BY COURT REPORTER AND FORWARDED TO COURT OF APPEALS:**

### ACKNOWLEDGMENT

Date order received: _____   Estimated Number of Pages: _____

Estimated completion date: _____

Court Reporter's Signature   Date

After filling out the "To Be Completed by Attorney" section, counsel should submit the original to the U.S. District Court and copies to the Court of Appeals, U.S. Attorney's Office, and Court Reporter.