## CRIMINAL APPEAL TRANSCRIPT INFORMATION - FORM B

**TO BE COMPLETED BY ATTORNEY:**

**CASE NAME:** US v Vilar and Tanaka                                                                 v.

**DOCKET NUMBER:** 05 cr 621 RJS)

**COUNSEL'S NAME:** Vivian Shevitz

**COUNSEL'S ADDRESS:** 46 Truesdale Lake Drive
South Salem, New York 10590

**COUNSEL'S PHONE:** 914 763 2122 vivian@shevitzlaw.com

### QUESTIONNAIRE

[✓] I am ordering a transcript.

[ ] I am not ordering a transcript. Reason: [ ] Daily copy available  [ ] U.S. Atty. placed order
[ ] Other (attach explanation)

### TRANSCRIPT ORDER

Prepare transcript of

[ ] Pre-trial proceedings:_____
(Description & Dates)

[ ] Trial:_____
(Description & Dates)

[✓] Sentencing: April 24, 2014
(Description & Dates)

[ ] Post-trial proceedings:_____
(Description & Dates)

I, Vivian Shevitz, hereby certify that I will make satisfactory arrangements with
(counsel's name)
the court reporter for payment of the costs of the transcript in accordance with FRAP 10(b).

Method of payment: [ ] Funds  [✓] CJA Form 24

/s/ Vivian Shevitz   Vivian Shevitz (Digitally signed by Vivian Shevitz, DN: cn=Vivian Shevitz, o=Vivian Shevitz, Attorney at Law, ou, email=vivian@shevitzlaw.com, c=US, Date: 2014.04.28 11:30:50 -04'00')   4-24-14    [signature] 4/28/14
Counsel's Signature                                                                                Date

**TO BE COMPLETED BY COURT REPORTER AND FORWARDED TO COURT OF APPEALS:**

### ACKNOWLEDGMENT

Date order received: _____        Estimated Number of Pages: _____

Estimated completion date: _____

_____        _____
Court Reporter's Signature                                                  Date

After filling out the "To Be Completed by Attorney" section, counsel should submit the original to the U.S. District Court and copies to the Court of Appeals, U.S. Attorney's Office, and Court Reporter.