SEYMOUR J. REISMAN
DAVID H. PEIREZ *
JEROME REISMAN
MICHAEL J. ANGELO
JOSEPH CAPOBIANCO
NANCY E. GIANAKOS •
_____

GLENN S. FORSTNER °
LISA A. GIUNTA
CHERYL BERGER

*   MEMBER NY AND FL BAR
°   MEMBER NY AND NJ BAR
•   MEMBER NY, NJ AND CT BAR



1305 FRANKLIN AVENUE
PO BOX 119
GARDEN CITY, NEW YORK  11530
PHONE (516) 746-7799 | FAX (516) 742-4946
WWW.REISMANPEIREZ.COM

Direct E-Mail:
JReisman@reismanpeirez.com

SENIOR COUNSEL
HON. JOHN B. RIORDAN
NASSAU COUNTY SURROGATE
(2001-2010)

DANIEl PALMIERI
RETIRED NYS SUPREME COURT
JUSTICE
_____

OF COUNSEL
ROBERT KLUGMAN

September 19, 2019

Honorable Richard J. Sullivan
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:   *United States v. Vilar and Tanaka*
             **Case No. 05-CR-621 (RJS)**

Dear Judge Sullivan:

      We represent claimants Debra Mayer and Lisa Mayer (the "Mayers") in the above-referenced criminal action.  In response to the Court's September 17, 2019 Order (*see* Dkt. No. 818) concerning, *inter alia*, our request for an extension of time to file the Mayers' petition for a hearing in an ancillary forfeiture proceeding (*see* Dkt. No. 813), we respectfully join in the letter submitted by the Government today (*see* Dkt. No. 821). Thank you.

                                       Respectfully yours,

                                       */s/ Jerome Reisman*

                                       Jerome Reisman

JR/lg:217881

cc:  All parties (via ECF)