

SEYMOUR J. REISMAN
DAVID H. PEIREZ *
JEROME REISMAN
MICHAEL J. ANGELO
JOSEPH CAPOBIANCO
NANCY E. GIANAKOS •

GLENN S. FORSTNER °
LISA A. GIUNTA-POPEIL

* MEMBER NY AND FL BAR
° MEMBER NY AND NJ BAR
• MEMBER NY, NJ AND CT BAR

REISMAN PEIREZ REISMAN
& CAPOBIANCO LLP

1305 FRANKLIN AVENUE
SUITE 270
GARDEN CITY, NEW YORK  11530
PHONE (516) 746-7799 | FAX (516) 742-4946
WWW.REISMANPEIREZ.COM

Direct E-Mail:
JReisman@reismanpeirez.com

SENIOR COUNSEL
HON. JOHN B. RIORDAN
NASSAU COUNTY SURROGATE
(2001-2010)

DANIEL PALMIERI
RETIRED NYS SUPREME COURT
JUSTICE

April 28, 2021

**Via ECF**
Hon. Richard J. Sullivan
United States District Judge - SDNY
Thurgood Marshall States Courthouse
40 Foley Square, Room 2104
New York, NY 10007

Re:  *US v. Vilar, et al.*, **05-CR-621 (RJS)**

Dear Judge Sullivan:

We represent Lisa and Debra Mayer (the "Mayers") in the above-referenced matter.  We write in connection to the letter submitted by counsel for the Amerindo Advisors (UK) Limited Retirement Benefits Scheme (the "Pension Scheme") on April 16, 2021 (Dkt. No. 948), your Honor's Order of April 27, 2021 (Dkt. No. 949) and the letter submitted by the Government on April 27, 2021 (Dkt. No. 950).

The Mayers respectfully join with the Government's April 27, 2021 letter and note their objection to the release of any funds from the Pension Scheme to the extent such release would impinge on their claims and rights and reduce the amount available to fully satisfy their New York State judgments, including post-judgment interest.[1]  Thank you.

Respectfully yours,

Jerome Reisman

CC:  All counsel of record (via ECF)
JR/lgp:222790

---

[1]   As set forth in the Mayers' March 24, 2021 letter to the Court, as of March 23, 2021, $12,408,249.80 in principal and approximately $10,798,199.46 in interest remained due and owing to the Mayers on their state judgments, for a total of $23,206,449.26, with interest accruing therefrom at the rate of nine percent (9%) per annum. (Dkt. No. 942.)