

SEYMOUR J. REISMAN
DAVID H. PEIREZ *
JEROME REISMAN
MICHAEL J. ANGELO
JOSEPH CAPOBIANCO
NANCY E. GIANAKOS •

———

GLENN S. FORSTNER °
LISA A. GIUNTA-POPEIL

\* MEMBER NY AND FL BAR
° MEMBER NY AND NJ BAR
• MEMBER NY, NJ AND CT BAR

1305 FRANKLIN AVENUE
SUITE 270
GARDEN CITY, NEW YORK 11530
PHONE (516) 746-7799 | FAX (516) 742-4946
WWW.REISMANPEIREZ.COM

Direct E-Mail:
JReisman@reismanpeirez.com

SENIOR COUNSEL
HON. JOHN B. RIORDAN
NASSAU COUNTY SURROGATE
(2001-2010)

DANIEL PALMIERI
RETIRED NYS SUPREME COURT
JUSTICE

June 22, 2021

**Via ECF**

Hon. Richard J. Sullivan
United States District Judge - SDNY
Thurgood Marshall States Courthouse
40 Foley Square, Room 2104
New York, NY 10007

> Re: *US v. Vilar, et al.*, 05-CR-621 (RJS)

Dear Judge Sullivan:

      We represent Lisa and Debra Mayer (the "Mayers") in the above-referenced matter. We write in connection to the June 17, 2021 letter (Dkt. No. 957) submitted by the Government's counsel requesting that the summary judgment motion filed by the Trustees of the Amerindo Advisors (UK) Limited Retirement Benefits Scheme be denied as premature, since no discovery has been conducted on the Trustees' claim. The Mayers join in the Government's request. The Mayers also join in the Government's request set forth in footnote 2 of the June 17, 2021 letter that in the event the Court allows the Trustees' motion prior to discovery, the Mayers be given sixty days from the date of the Court's order to file opposition papers to the summary judgment motion   Thank you.

      Respectfully yours,

      */s/ Jerome Reisman*

      Jerome Reisman

CC: All counsel of record (via ECF)
JR/lgp:223339