UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>ALBERTO WILLIAM VILAR, *et al.*,<br><br>Defendants. | No. 05-cr-621 (RJS)<br><br>ORDER |

<u>RICHARD J. SULLIVAN</u>, Circuit Judge:

The Court is in receipt of defense counsel's letters in response to its Order requiring a status update on the impact of Mr. Vilar's passing on the instant proceedings.  (Doc. Nos. 973, 974.)  IT IS HEREBY ORDERED that, no later than October 15, 2021, the Government shall submit a letter to the Court responding to these letters and detailing its position on the impact of Mr. Vilar's passing on the various matters pending before this Court and the Second Circuit.  IT IS FURTHER ORDERED that any response to the Government's letter shall be filed no later than October 22, 2021.

SO ORDERED.

Dated:      October 5, 2021
            New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation