

SEYMOUR J. REISMAN
DAVID H. PEIREZ *
JEROME REISMAN
MICHAEL J. ANGELO
JOSEPH CAPOBIANCO
NANCY E. GIANAKOS •

GLENN S. FORSTNER °
LISA A. GIUNTA-POPEIL

\*   MEMBER NY AND FL BAR
°   MEMBER NY AND NJ BAR
•   MEMBER NY, NJ AND CT BAR

**REISMAN PEIREZ REISMAN & CAPOBIANCO LLP**

1305 FRANKLIN AVENUE
SUITE 270
GARDEN CITY, NEW YORK 11530
PHONE (516) 746-7799 | FAX (516) 742-4946
WWW.REISMANPEIREZ.COM

Direct E-Mail:
JReisman@reismanpeirez.com

SENIOR COUNSEL
HON. JOHN B. RIORDAN
NASSAU COUNTY SURROGATE
(2001-2010)

DANIEL PALMIERI
RETIRED NYS SUPREME COURT
JUSTICE

October 21, 2021

**Via ECF**

Hon. Richard J. Sullivan
United States District Judge - SDNY
Thurgood Marshall States Courthouse
40 Foley Square, Room 2104
New York, NY 10007

Re: *US v. Vilar, et al.*, 05-CR-621 (RJS)

Dear Judge Sullivan:

We represent Lisa and Debra Mayer (the "Mayers") in the above-referenced matter. We write in connection to the October 15, 2021 letter (*see* Dkt. No. 976) submitted jointly by the parties concerning the Second Preliminary Order of Forfeiture as to Substitute Assets entered by the Court on December 9, 2019 (the Second Substitute Asset Order"; *see* Dkt. No. 848). In that letter, the Government represented that on that same day, October 15, 2021, a global settlement (the "Settlement") had been reached between it, the Trustees (the "Trustees") of the Amerindo Advisors (UK) Limited Retirement Benefits Scheme (the "Pension Scheme"), James Stableford ("Stableford"), the enforcement staff of the Securities and Exchange Commission (the "Commission"), Defendant Gary Tanaka ("Defendant') and various Amerindo corporate entities (the "Amerindo Entities," and together with the Government, the Trustees, the Pension Scheme, Stableford, the Commission and Defendant, the "Settling Parties"). (*See* Dkt. No. 976, pgs. 1-2.) According to the Government, the Trustees and Stableford, as a result of this Settlement, "no further discovery or litigation schedule should be adopted with respect to the Second Substitute Asset Order, because it will be vacated as part of the Settlement upon the Commission's approval." (Dkt. No. 976, pg. 2.)

As set forth in the October 15, 2021 joint letter, in light of this latest development, the Mayers need additional time to consider and address the new issues raised by the Government's, the Trustees' and Stableford's position before they are able to state their own position with respect thereto. (*See* Dkt. No. 976, pg. 3.) Thus, the Mayers, along with the other non-settling Petitioners, requested that they be given until October 25, 2021 to address all their

REISMAN PEIREZ REISMAN & CAPOBIANCO LLP

Hon. Richard J. Sullivan
October 21, 2021
Page 2

concerns in separate letters to the Court.  (*See* Dkt. No. 976, pg. 3.)  Today, you issued an order directing the non-settling Petitioners to submit their letters to the Court no later than October 28, 2021.  (*See* Dkt. No. 978.)  However, Lisa Mayer is currently on vacation and will not return home until October 26, 2021.  Accordingly, we respectfully request additional time, until November 3, 2021, to submit our letter to the Court, so that we can have adequate time to fully apprise both our clients of these new developments before setting forth the Mayers' position.  Thank you.

Respectfully yours,

Jerome Reisman

CC:  All counsel of record (via ECF)
JR/lgp:224131.2

---

IT IS HEREBY ORDERED THAT the Mayers' Letter Motion for Extension of Time (Doc. No. 979) is GRANTED.  The deadline for the non-settling Petitioners to submit their responses is hereby extended from October 28,2021 to November 3, 2021.

The Clerk of Court is respectfully directed to terminate the motion pending at document number 979.

SO ORDERED.
Dated: October 21, 2021          _____
                                       Richard J. Sullivan
                                 U.S.C.J., Sitting by Designation