UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>ALBERTO WILLIAM VILAR, *et al.*,<br><br>Defendants. | No. 05-cr-621 (RJS)<br><br>ORDER |

RICHARD J. SULLIVAN, Circuit Judge:

The Court is in receipt of the government's letter requesting that the Court set a schedule for briefing and oral argument on the remaining claims to the approximately $12.7 million in assets subject to the First Preliminary Order of Forfeiture as to Substitute Assets (Doc. No. 802). (Doc. No. 1016.) Having considered the government's proposed schedule, IT IS HEREBY ORDERED THAT Petitioners shall file their briefs no later than **October 14, 2022**; the government shall respond by **November 14, 2022**; and the parties shall appear before the Court for oral argument on **Thursday, December 15, 2022 at 2:00 p.m.** in Courtroom 21C at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated:   August 2, 2022
         New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation